UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAN BURKS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.:16-1102 (CRC) |
| v. | ) ) ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

# PRAECIPE

Plaintiffs hereby provide notice that the Islamic Republic of Iran and the Iranian Revolutionary Guard Corps rejected Plaintiffs' attempt to serve them under 28 U.S.C. § 1608(a)(3), *see* Exhibit 1, and that Plaintiffs will now proceed to initiate service under 28 U.S.C. § 1608(a)(4).

December 16, 2016                               Respectfully submitted,

/s/ Joshua K. Perles
Joshua K. Perles (No. 1031069)
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
PERLES LAW FIRM, PC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Telephone: 202-955-9055