# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 16-cv-1102 (CRC) |
| | ) |
| vs. | ) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The United States, through its undersigned counsel, and Plaintiffs, through their undersigned counsel, hereby file this joint status report in accordance with this Court's April 19, 2019 minute order.

1. On March 6, 2019, Plaintiffs filed a motion to compel non-party Defense Threat Reduction Agency ("DTRA") to comply with a subpoena "seek[ing] various government reports regarding three attacks on Plaintiffs" in Iraq from late 2006 to 2007. Pls.' Mot. to Compel at 1-2, ECF No. 31.

2. DTRA identified documents responsive to Plaintiffs' subpoena, completed its classification review of those documents, and on June 17, 2019, released to Plaintiffs redacted versions of those documents.

3. Plaintiffs reviewed the documents and on Thursday, June 27, 2019, the parties conferred. Plaintiffs identified certain follow-up requests regarding the Government's production.

4. The Government is currently following up on Plaintiffs' requests.

5.	The parties need additional time to determine if any remaining issues can be resolved without involvement of the Court.  The parties will file a joint status report on or before July 26, 2019, indicating the status of the dispute and proposing a further briefing schedule if necessary.

6.	Accordingly, the United States and Plaintiffs respectfully request that the Court continue to stay the briefing on Plaintiffs' pending motion to compel and order the parties to submit a joint status report on or before July 26, 2019.

| | |
|---|---|
| Dated: July 2, 2019 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ Steven R. Perles<br>Steven R. Perles (D.C. Bar No. 326975)<br>Edward B. MacAllister (D.C. Bar No. 494558) |
| JACQUELINE COLEMAN SNEAD<br>Assistant Branch Director | Joshua K Perles (D.C. Bar No. 1031069)<br>PERLES LAW FIRM, PC<br>1050 Connecticut Ave., NW  Suite 500 |
| /s/ Vinita B. Andrapalliyal<br>VINITA B. ANDRAPALLIYAL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Benjamin Franklin Station.<br>Washington, D.C. 20044<br>Tel: (202) 305-0845<br>Fax: (202) 616-8470<br>Email: vinita.b.andrapalliyal@usdoj.gov | Washington, DC 20036<br>Tel: (202) 955-9055<br><br>James P. Bonner<br>Patrick L. Rocco<br>FLEISCHMAN BONNER & ROCCO LLP<br>447 Springfield Avenue, 2nd Fl.<br>Summit, NJ 07901<br>Tel: (908) 516-2045<br><br>Attorneys for Plaintiffs |
| Attorneys for the United States | |