# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 16-cv-1102 (CRC) |
| vs. | ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The United States, through its undersigned counsel, and Plaintiffs, through their undersigned counsel, hereby file this joint status report in accordance with this Court's December 12, 2019 minute order.

1. On March 6, 2019, Plaintiffs filed a motion to compel non-party Defense Threat Reduction Agency ("DTRA") to comply with a subpoena "seek[ing] various government reports regarding three attacks on Plaintiffs" in Iraq from late 2006 to 2007. Pls.' Mot. to Compel at 1-2, ECF No. 31.

2. DTRA identified documents responsive to Plaintiffs' subpoena, completed its classification review of those documents, and on June 17, 2019, released to Plaintiffs redacted versions of those documents.

3. On September 17, 2019, DTRA released to Plaintiffs redacted versions of additionally responsive documents, also upon completing a classification review.

4. On November 21, 2019, in response to Plaintiffs' request, the United States provided to Plaintiffs a log of its withholdings.

1

5. Thereafter, the parties met and conferred multiple times in an attempt to resolve their differences without need for further litigation.

6. The parties were unable to reach a full resolution and Plaintiffs intend to file a motion to compel. The parties are still conferring on a briefing schedule and intend to file a request for a briefing schedule by Friday, January 10, 2020.

7. Accordingly, the United States and Plaintiffs respectfully request that the Court continue to stay the briefing on Plaintiffs' pending motion to compel and order the parties to submit a request for a briefing schedule by January 10, 2020.

Dated: January 7, 2020

JOSEPH H. HUNT
Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station.
Washington, D.C. 20044
Tel: (202) 305-0845
Fax: (202) 616-8470
Email: vinita.b.andrapalliyal@usdoj.gov

Attorneys for the United States

Respectfully submitted,

/s/ Steven R. Perles
Steven R. Perles (D.C. Bar No. 326975)
Edward B. MacAllister (D.C. Bar No. 494558)
Joshua K Perles (D.C. Bar No. 1031069)
PERLES LAW FIRM, PC
1050 Connecticut Ave., NW  Suite 500
Washington, DC 20036
Tel: (202) 955-9055

James P. Bonner
Patrick L. Rocco
FLEISCHMAN BONNER & ROCCO LLP
447 Springfield Avenue, 2nd Fl.
Summit, NJ 07901
Tel: (908) 516-2045

Attorneys for Plaintiffs