```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
ALAN BURKS, et al.,
                                        CA No:  1:16-cv-01102-CRC
            Plaintiffs,
                                        Washington, D.C.
                                        Monday, July 13, 2021
vs.                                     10:03 a.m.

ISLAMIC REPUBLIC OF IRAN, et al.,

            Defendants.
- - - - - - - - - - - - - - - - x
```

---

TRANSCRIPT OF STATUS CONFERENCE
HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | **JOSHUA PERLES, ESQ.**<br>PERLES LAW FIRM, PC<br>1050 Connecticut Avenue, NW, Suite 500<br>Washington, DC 20036<br>sperles@perleslaw.com |
| | **PATRICK L. ROCCO, ESQ.**<br>**FLEISCHMAN BONNER & ROCCO LLP**<br>447 Springfield Avenue<br>Second Floor<br>Summit, NJ 07901<br>(908) 516-2045<br>procco@fbrllp.com |
| For the Defendants: | (No one appeared for Defendants) |
| Court Reporter: | Lisa A. Moreira, RDR, CRR<br>Official Court Reporter<br>U.S. Courthouse, Room 6718<br>333 Constitution Avenue, NW<br>Washington, DC  20001<br>202-354-3187 |

```
 1                      P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  Your Honor, we're on the
 3   record for Civil Case 16-1102, Alan Burks vs. The Islamic
 4   Republic of Iran, et al.
 5            Counsel, please identify yourselves for the
 6   record.
 7            MR. PERLES:  Good morning.  My name is Joshua
 8   Perles.  I'm counsel for plaintiffs.
 9            MR. ROCCO:  Good morning, Your Honor; Pat Rocco,
10   Fleischman, Bonner & Rocco, also counsel for plaintiffs.
11            THE COURT:  Okay.  Good morning, gentlemen.
12   Thanks for calling in.  Obviously there is no one appearing
13   on behalf of the defendants in this case.
14            So I read your latest status report, and I guess
15   my question for you is, given the substantial overlap in
16   evidence and witnesses between this case and the Karchar
17   case and the factual findings that Judge Kollar-Kotelly made
18   in that case as to both jurisdiction and liability, and
19   obviously without prejudging any issues but assuming the
20   Court adopts Judge Kollar-Kotelly's findings after
21   presentation of evidence in this case, I wonder why there is
22   a need for what would effectively be three rounds of
23   briefing:  first on jurisdiction; second on class cert; and
24   then, assuming that the Court asserts jurisdiction and
25   certifies the class, there would be yet another round on
```

1   liability, and then, if liability were established, a whole
2   separate round of damages briefing.  It occurs to me that it
3   might be more efficient, especially given how long this case
4   has been around, to consolidate briefing on the
5   jurisdictional, the liability, and the class cert issues,
6   which is somewhat of a departure from the approach that you
7   all suggest in your status report, so I figured I would get
8   you on the phone and get your views on that.
9            MR. PERLES:  Thank you, Your Honor.
10           We had the same thought after being ordered to
11  appear this morning.  We thought that might be what you
12  wanted to discuss, and we are amenable to combining the
13  motion for class certification with our briefing on subject
14  matter jurisdiction.  The evidentiary requirements for class
15  certification go a little bit beyond the scope of what would
16  be needed for subject matter jurisdiction, but I think we
17  could successfully combine the two.
18           THE COURT:  Okay.  Why don't we do that, and I
19  will leave it up to you to let me know how long you think
20  you need.  I would prefer to -- you know, I generally
21  ascribe to the touch-it-once theory instead of doing things
22  piecemeal.  You know, again, obviously not prejudging where
23  I might come out on any of the issues.
24           MR. PERLES:  Your Honor, the one caveat is that we
25  currently have informal discovery being carried out with the

1       Department of Defense that's relevant to class
2       certification.
3                   THE COURT:  This is different than the discovery
4       proceedings that we went through earlier this summer?
5                   MR. PERLES:  It is.  It has to do with the
6       Department of Defense's ability to identify victims of EFP
7       attacks.
8                   THE COURT:  What's the status of those informal
9       discussions?
10                  MR. PERLES:  They're early.  We have contacted the
11      secretary of defense, and we have yet to hear a response
12      from him.
13                  I don't think that the tail should wag the dog, so
14      to speak, and that should hold up proceedings in this
15      matter.  As Your Honor correctly stated, these proceedings
16      have been going on for a while.  If it's acceptable to Your
17      Honor, I'd like to discuss this matter with co-counsel and
18      with our expert witnesses and try to determine what a
19      reasonable period of time would be for this combined brief;
20      and if our discovery efforts with DOD come to fruition
21      before they are due, all the better.  If not, I think we can
22      proceed.
23                  THE COURT:  Okay.  Do you want to file a status
24      report within a week?
25                  MR. PERLES:  Sure.  That would be perfect, Your

1  Honor.
2          THE COURT:  Okay.  We will enter a minute order to
3  that effect.  We'll hear from you, and then issue an order
4  thereafter.
5          Anything else?
6          MR. PERLES:  Thank you, Your Honor.
7          MR. ROCCO:  No.  Thank you, Your Honor.
8          THE COURT:  Okay.  Thanks for calling in.
9              (Whereupon the hearing was
10               concluded at 10:08 a.m.)
11          **CERTIFICATE OF OFFICIAL COURT REPORTER**
12
13          I, LISA A. MOREIRA, RDR, CRR, do hereby
14  certify that the above and foregoing constitutes a true and
15  accurate transcript of my stenographic notes and is a full,
16  true and complete transcript of the proceedings to the best
17  of my ability.
18     **NOTE:**  This hearing was held during the COVID-19
19  pandemic stay-at-home restrictions and is subject to the
20  technological limitations of court reporting remotely.
21          Dated this 19th day of July, 2021.
22
23                       /s/Lisa A. Moreira, RDR, CRR
                         Official Court Reporter
                         United States Courthouse
24                       Room 6718
                         333 Constitution Avenue, NW
25                       Washington, DC 20001