UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 16-cv-1102 (CRC) |

**PLAINTIFFS' STATUS REPORT**

On July 14, 2021 the Court ordered Plaintiffs to "file a status report proposing a schedule for further proceedings in this case by July 20, 2021." Minute Order (July 14, 2021). In keeping with the Court's instruction during the July 13 status conference, Plaintiffs respectfully propose that the Court order Plaintiffs to:

(1) submit briefing on the Court's subject matter jurisdiction over the claims of the proposed class representatives;

(2) move for class certification and submit a memorandum in support thereof; and

(3) move for entry of default judgment as to liability in regards to the class and submit a memorandum in support thereof;

on or before October 29, 2021.

While the Court must first establish subject matter jurisdiction before certifying a class, *see e.g., O.A. v. Trump*, 404 F. Supp. 3d 109, 125 (D.D.C. 2019) (treating subject matter jurisdiction as a threshold issue); *Steele v. United States*, 200 F. Supp. 3d 217, 219 (D.D.C. 2016) ("after ruling that the proper subject matter jurisdiction exists, the Court finds that plaintiffs have

satisfied the class certification requirements of [FRCP 23(b)(3)] as it relates to their request for restitution."), and must first certify a class before granting a motion by the class representatives for entry of default judgment as to liability, Plaintiffs see no reason that they cannot simultaneously provide the Court with the necessary briefing, written testimony, and documentary evidence to rule as to each question.

As to the October 29 date for this "omnibus" submission, counsel for Plaintiffs balanced several factors, including availability of experts, availability of counsel, as well as ongoing efforts to improve the soon-to-be proposed system for providing notice to class members.

In particular, the two lead partners handling this case at Fleischman Bonner & Rocco LLP ("FBR"), James Boner and Patrick Rocco, are both lead counsel in a Bankruptcy case in the District of Delaware that is currently proceeding on an extremely expedited basis. Trial in that case is scheduled for September 9 through September 22, 2021. The requested October 29, 2021 filing date in this matter will also allow FBR to devote sufficient resources to the omnibus submission requested by this Court addressing subject matter jurisdiction, class certification and class liability issues.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: July 20, 2021 | /s/ Steven R. Perles<br>Steven R. Perles (D.C. Bar No. 326975)<br>Edward B. MacAllister (D.C. Bar No. 494558)<br>Joshua K. Perles (D.C. Bar No. 1031069)<br>PERLES LAW FIRM, PC<br>816 Connecticut Ave., NW<br>12th Floor<br>Washington, DC 20006<br>Tel: (202) 955-9055 |

James P. Bonner
Patrick L. Rocco
FLEISCHMAN BONNER & ROCCO LLP
447 Springfield Avenue, 2nd Fl.
Summit, NJ 07901
Tel: (908) 516-2045

*Attorneys for Plaintiff*