PX-20

SECRET//REL TO USA, ACGU

RFI Analytical Product:
Classified By: Multiple Sources
Declassify on: Manual Review
Prepared by: MND-CS Team

Declassified by: MG Michael E. Kurilla
USCENTCOM Chief of Staff
Declassified on:  12 June 2019



# Counter IED Operational Integration Center

## IRAQ EFP TAI
### RFS 3166 - Final Product
### Information Cutoff Date: 11/30/2007

BURKS_DTRA_PROD_00025

MDR 19-0055   Approved for release to The Defense Threat Reduction Agency (DTRA)   06/12/19   001
Overall Classification of this Document is: SECRET//REL to USA, ACGU

SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

2



# Purpose

The purpose of the COIC product is to provide JIEDDO with updated intelligence information to guide hunter-tracker team (Fox Team) preparation for deployment. COIC will provide situational awareness of EFP events within individual Brigade Combat Team's (BCT) battle-space having high numbers of EFP events. Further, our purpose is to examine responsible EFP networks for potential target actions.

BURKS_DTRA_PROD_00026

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU 3



# Agenda / Product Overview

## Agenda

- Executive Summary

- Area Orientation

- ORSA Team Analysis

- Network Identified

- Contributors/References

## Product Overview

Requestor:

3.5(c)

What was requested:
1. Overview of EFP events over the last 12 months
2. Identify top four Brigade boundaries with the most EFP activity
3. Assessment of EFP networks that are responsible
4. GMTI data identifying common origins of people or equipment related to the EFP events

What was provided:
1. Overview of EFP activity for the last 12 months (red for detonated and green for found and cleared)
2. ORSA analysis of EFP events by top brigade boundaries
3. HUMINT analysis overview of Special Groups within 2-1 AO battlespace

BURKS_DTRA_PROD_00027

SECRET// REL TO USA, ACGU



# Events in ITO by Month/Device Type/Effectiveness

## Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

* Device type as specified by TF Troy AAIED tracker. "Effective" as defined by TF Troy

BURKS_DTRA_PROD_00031

SECRET//REL TO USA, ACGU

4



# Executive Summary

• EFP networks are mostly comprised of JAM special group members with ties to IRGC-QF for supply and re-supply of EFPs and financing

• Successful infiltration of critical positions within the government, to include members of the Provincial Council, members of the Ministry of Oil, Iraqi Police (IP), and Iraqi Army (IA) provides JAM with the ability to traffic weapons, insurgents, and financing with little fear of reprisal

• JAM receives financial and weapons support from Iranian Intelligence agents. An organized cell structure with redundant finance and weapons supply chains allow JAM members within Baghdad to be highly effective and provide quick reorganization should a member be captured by CF.  Small arms, mortar and rockets, and IED/EFP attacks against Coalition Forces and Iraqi CF supporters are the primary targets for JAM operations

• The logistical cycle for illicit goods traveling from Iran into Iraq mirrors a well planned trans-shipment business model contained with warehouses, warehouse managers and drivers to perform delivery of the products. JAM, JAM SG, BADR Corp and IRGC logistical support is a very compartmentalized operation

• Approximately one years (1 Dec 06 – 25 Nov 07) worth of data, from TF Troy, looks at incidents in the ITO resulting in 736 events; 496 Explosions and 240 Found/Cleared (67.4% Explosion rate)

• There were 806 CF casualties associated with 299 events; 134 KIA and 672 WIA

•Events associated with the battle spaces of 2/1 ID, 4/1 ID, 2/2 ID and 2/82 ABN were examined in detail:
   –2/2 ID: 133 Explosions; 91 Found/Cleared; 35 KIA; 183 WIA
   –4/1 ID: 55 Explosions; 18 Found/Cleared; 15 KIA; 87 WIA
   –2/82 ABN: 37 Explosions; 28 Found/Cleared; 12 KIA; 52 WIA
   –2/1 ID: 40 Explosions; 11 Found/Cleared; 15 KIA; 66 WIA

BURKS_DTRA_PROD_00028

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

5



# Methodology

- One year (-) (1 Dec 06 – 25 Nov 07) look at incidents in the ITO

- Event data provided by TF Troy EFP/AAIED Event tracking spreadsheet

- A total of 736 events occurred in the ITO during the time period examined. Of these, there were:
  - Explosions: 496
  - Found/Cleared : 240 (67.4% Explosion rate)

- There were 806 CF casualties associated with 299 events; 134 KIA and 672 WIA

- Events associated with the battle spaces of 2/1 ID, 4/1 ID, 2/2 ID and 2/82 ABN were examined in detail:
  - 2/2 ID: 133 Explosions; 91 Found/Cleared; 35 KIA; 183 WIA
  - 4/1 ID: 55 Explosions; 18 Found/Cleared; 15 KIA; 87 WIA
  - 2/82 ABN: 37 Explosions; 28 Found/Cleared; 12 KIA; 52 WIA
  - 2/1 ID: 40 Explosions; 11 Found/Cleared; 15 KIA; 66 WIA

- Units with high event counts as noted below:

| Unit | Number of Events | Explosions | Found/Cleared | KIA | WIA |
|------|------------------|-----------|---------------|-----|-----|
| 2/2 ID | 224 | 133 | 91 | 35 | 183 |
| 4/1 ID | 73 | 55 | 18 | 15 | 87 |
| 2/82 ABN | 65 | 37 | 28 | 12 | 52 |
| 2/1 ID | 51 | 40 | 11 | 15 | 66 |
| 1/8 IA | 45 | 28 | 17 | 9 | 34 |
| OVERWATCH BATTLE GROUP (W) | 34 | 24 | 10 | 1 | 21 |
| AO SCIMITAR | 29 | 19 | 10 | 3 | 19 |
| IRAQ IRMY | 27 | 25 | 2 | 6 | 38 |
| 4/25 ABN | 28 | 27 | 1 | 6 | 37 |
| 4/2 SBCT | 19 | 9 | 10 | 8 | 11 |

BURKS_DTRA_PROD_00029

SECRET// REL TO USA, ACGU



SECRET//REL TO USA, ACGU

8



# CF Casualties in ITO by Month

### Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

Data Period: 1 Dec 06 – 25 Nov 07

BURKS_DTRA_PROD_00032

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

9



# Events by Month By MND



**Data Period: 1 Dec 06 – 25 Nov 07**

* MND attribution based on 31 Oct 07 Boundaries.

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00033

SECRET//REL TO USA, ACGU

10



# Events by Month (Top 5 BCTs)



Legend:
- 2/2 ID
- 4/1 ID
- 2/82 ABN
- 2/1 ID
- 1/8 IA

Y-axis: No. Events
X-axis: Month/Year

Data Period: 1 Dec 06 – 25 Nov 07.  BCT Boundaries a/o 31 Oct 07

BURKS_DTRA_PROD_00034

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

11



# Events by Month by BCT: MND Baghdad



**Data Period: 1 Dec 06 – 25 Nov 07.  BCT Boundaries a/o 31 Oct 07**

BURKS_DTRA_PROD_00035

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

12



# Events by Month by BCT: MND Southeast



**Data Period: 1Dec 06 – 25 Nov 07**

\* BCT attribution based on 31 Oct 07 BCT Boundaries

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

13



# Events by Month by BCT: MND Center



**Data Period: 1 Dec 06 – 25 Nov 07**

\* BCT attribution based on 31 Oct 07 BCT Boundaries

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00037

SECRET//REL TO USA, ACGU

14



# Events by Month by BCT: MND Central South



**Data Period: 1 Dec 06 – 25 Nov 07**

\* BCT attribution based on 31 Oct 07 BCT Boundaries

BURKS_DTRA_PROD_00038

SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

15



# Events by Month by BCT: MND North



**Data Period: 1 Dec 06 – 25 Nov 07**

* BCT attribution based on 31 Oct 07 BCT Boundaries

BURKS_DTRA_PROD_00039

SECRET//REL TO USA, ACGU



SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# 2/2 ID BCT Battle Space

BURKS_DTRA_PROD_00041

SECRET// REL TO USA, ACGU



SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

18

Data

SECRET//REL TO USA, ACGU



# Events in 2/2 ID AOR by Month/Device Type/Effectiveness

## Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

\* Device type as specified by TF Troy AAIED tracker. "Effective" as defined by TF Troy

BURKS_DTRA_PROD_00043

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU



20



# CF Casualties in 2/2 ID AOR by Month

### Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

**Data Period: 1 Dec 06 – 25 Nov 07**

SECRET//REL TO USA, ACGU



SECRET//REL TO USA, ACGU



# Target Vehicle Position

Target Vehicle Position (x$^{th}$)



Other/Unknown; 48%

First; 33%

First/Add'l; 0%

Second; 11%

Third; 6%

Fourth; 2%

Data Period: 1 Dec 06 – 25 Nov 07

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00046

SECRET//REL TO USA, ACGU



# Vehicle Position Targeted



Data Period: 1 Dec 06 – 25 Nov 07

BURKS_DTRA_PROD_00047

SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# 4/1 ID BCT Battle Space

BURKS_DTRA_PROD_00048

SECRET// REL TO USA, ACGU



SECRET//REL TO USA, ACGU
SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

26



# Events in 4/1 ID AOR by Month/Device Type/Effectiveness

## Data Period: 1 Dec 06 – 25 Nov 07



○ Drop likely linked to MAS decree for JAM to
cease targeting CF or reporting detailing
EFP actors travel to Iran for training

\* Device type as specified by TF Troy AAIED tracker. "Effective" as defined by TF Troy

BURKS_DTRA_PROD_00050

SECRET//REL TO USA, ACGU

27



# CF Casualties in 4/1 ID AOR by Month

## Data Period: 1 Dec 06 – 25 Nov 07



◯ Drop likely linked to MAS decree for JAM to
cease targeting CF or reporting detailing
EFP actors travel to Iran for training

**Data Period: 1 Dec 06 – 25 Nov 07**

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU

28



# Event Times by Time of Day/Month*

**Legend**
/ Explosion
& Found/Cleared
Daylight

* Based on event time as noted in TF Troy AAIED event tracker

**Data Period: 1 Nov 06 – 25 Nov 07**

BURKS_DTRA_PROD_00052

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# Target Vehicle Position

Target Vehicle Position (x$^{th}$)



Other/Unknown; 33%

First; 38%

First/Add'l; 1%

Fourth; 1%

Second; 12%

Third; 15%

BURKS_DTRA_PROD_00053

Data Period: 1 Dec 06 – 25 Nov 07

SECRET//REL TO USA, ACGU



# Vehicle Position Targeted



Unknown/Other; 33%

Right Side; 37%

Driver; 1%

TC; 15%

Left Side; 14%

Data Period: 1 Dec 06 – 25 Nov 07

BURKS_DTRA_PROD_00054

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# 2/82 ABN BCT Battle Space

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00055



SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU



33



# Events in 2/82 ABN AOR by Month/Device Type/Effectiveness
## Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

* Device type as specified by TF Troy AAIED tracker. "Effective" as defined by TF Troy

BURKS_DTRA_PROD_00057

SECRET//REL TO USA, ACGU

34



# CF Casualties in 2/82 ABN AOR by Month

### Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

BURKS_DTRA_PROD_00058

SECRET//REL TO USA, ACGU

35

# Event Times by Time of Day/Month*



* Based on event time as noted in TF Troy AAIED event tracker

Data Period: 1 Dec 06 – 25 Nov 07

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00059



# Target Vehicle Position

Target Vehicle Position ($x^{th}$)



First; 23%

Second; 9%

Other/Unknown; 55%

Third; 8%

Fourth; 5%

**Data Period: 1 Dec 06 – 25 Nov 07**

BURKS_DTRA_PROD_00060

SECRET//REL TO USA, ACGU



# Vehicle Position Targeted



Right Side; 29%

Left Side; 6%

TC; 15%

Driver; 3%

Unknown/Other; 47%

**Data Period: 1 Dec 06 – 25 Nov 07**

BURKS_DTRA_PROD_00061

SECRET// REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# 2/1 ID BCT Battle Space

BURKS_DTRA_PROD_00062

SECRET// REL TO USA, ACGU



SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

40



# Events in 2/1 ID AOR by Month/Device Type/Effectiveness

## Data Period: 1 Dec 06 – 25 Nov 07



Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

\* Device type as specified by TF Troy AAIED tracker. "Effective" as defined by TF Troy

SECRET//REL TO USA, ACGU

BURKS_DTRA_PROD_00064

SECRET//REL TO USA, ACGU



# CF Casualties in 2/1 ID AOR by Month

## Data Period: 1 Dec 06 – 25 Nov 07



⬭ Drop likely linked to MAS decree for JAM to cease targeting CF or reporting detailing EFP actors travel to Iran for training

BURKS_DTRA_PROD_00065

SECRET//REL TO USA, ACGU

42

# Event Times by Time of Day/Month*



* Based on event time as noted in TF Troy AAIED event tracker

Data Period: 1 Dec 06 – 25 Nov 07

BURKS_DTRA_PROD_00066

SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU



# Target Vehicle Position

Target Vehicle Position ($x^{th}$)



**Data Period: 1 Dec 06 – 25 Nov 07**

BURKS_DTRA_PROD_00067

SECRET//REL TO USA, ACGU



# Vehicle Position Targeted



**Data Period: 1 Dec 06 – 25 Nov 07**

SECRET// REL TO USA, ACGU

BURKS_DTRA_PROD_00068

SECRET//REL TO USA, ACGU



 **Summary Since 10 NOV 07**
**Relating to JAM, SG and EFPs in 2/1 ID BCT AO**

- Six Jaysh Al-mahdi Members responsible for the Explosively Formed Penetrator (EFP) Attack That Occurred On 14 November 2007 outside the Green zone

  1.4(c)

- EFPs to be em laced in Kadhimi a, IVO of RTE Cubs North 1.4(c)

- On 19 November 2007 A Jaysh Al-mahdi Member In Shulla, Baghdad, Iraq, Received A Shi ment Of EFPs. Unknown origin of shipment 1.4(c)

BURKS_DTRA_PROD_00069

SECRET// REL TO USA, ACGU

Pages 46 through 54 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - -
1.4(c), 1.4(g)
1.4(c), 3.5(c)

BURKS_DTRA_PROD_00070

SECRET//REL TO USA, ACGU 55



## Way Ahead

- Develop the Ali Abdul Karim cell operating in South Baghdad.

- Identify the EFP supplier of Abbas Khaddam (LNU) Al 'Abadi.

- Develop the Hamid Dabash EFP Cell network. Identify possible emplacement locations along RTE Cubs.

BURKS_DTRA_PROD_00071

SECRET//REL TO USA, ACGU

SECRET//REL TO USA, ACGU

56

# Questions?



Page 57 redacted for the following reason:
----------------------
3.5(c)

BURKS_DTRA_PROD_00073