PX-30

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| ALAN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 16-cv-1102 (CRC) |
| ) | |
| v. ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

---

**DECLARATION OF MICHAEL OATES IN SUPPORT OF**
**PLAINTIFFS' MOTION TO ESTABLISH SUBJECT MATTER**
**JURISDICTION  AND FOR CLASS CERTIFICATION**

I, Michael Oates, declare pursuant to 28 U.S.C. § 1746, subject to penalties of perjury, as

follows:

**I.      Summary of Background & Qualifications**

1.       I am a retired General Officer of the United States Army where I served for 32

years.  I make this Declaration in support of Plaintiffs' motions to establish this Court's subject

matter jurisdiction over the four explosively formed penetrator ("EFP") attacks that are the

subject of Plaintiffs' Complaint and for class certification.

2.       I received a B.S. degree from the United States Military Academy, West Point,

and I hold an M.A. in National Security and Strategic Studies from the United States Naval War

College.

3.       I have had many assignments in the Army since 1979.  Those listed below are the

ones most relevant to this matter, during Operations Iraqi Freedom and New Dawn (2003-2011):

• June 2002-November 2003 – Executive Officer to the Secretary of the Army,
  Office of the Secretary of the Army, Washington, D.C. (Colonel)

- November 2003-March 2004 – Chief of Staff to the Deputy Administrator and Chief Operating Officer, Coalition Provisional Authority, Operation Iraqi Freedom, Baghdad, Iraq (Colonel)

- June 2004-April 2007 – Deputy Commanding General (Operations), 101st Airborne Division (Air Assault), Fort Campbell, Kentucky and Operation Iraqi Freedom, Iraq (Brigadier General)

- August 2005-September 2006 – Deputy Commanding General (Operations), Multi-National Division North, Iraq (Brigadier General)

*April 2007-September 2009 – Commanding General, 10th Mountain Division (Light) and Fort Drum, Fort Drum, New York (Major General)

- June 2008-May 2009 – Commanding General, Multi-National Division Center/South, Operation Iraqi Freedom, Iraq (Major General)

- September 2009-December 2009 – Special Assistant to the Chief of Staff, United States Army, Washington, D.C. (Major General)

- December 2009-April 2011 – Director, Joint Improvised Explosive Device Defeat Organization ("JIEDDO") (Lieutenant General)

4.      During my tenure as a Commander in Iraq and as the Director of JIEDDO, I amassed extensive, first-hand knowledge of the use of EFPs in Iraq by Shi'a militia groups that were proxies of Iran known as "Special Groups."

5.      JIEDDO was the Department of Defense's ("DOD") lead agency for providing counter-improvised explosive device ("C-IED") capabilities in support of combat forces in Iraq and Afghanistan.  JIEDDO served as the central repository of information on all improvised explosive device ("IED") attacks in Iraq during the conflict.  In this function, JIEDDO served during the war as the primary DOD entity with access to both intelligence and technical reporting on EFPs.  During my tenure as Director of JIEDDO, I gained additional first-hand knowledge of the use of EFPs in Iraq by Iran's proxies and Iran's critical role in facilitating the manufacture and use of EFPs against American soldiers.

6.      I was qualified by this Court in *Timothy Karcher, et al. v. Islamic Republic of Iran*, No. 16-cv-00232 (D.D.C.) as an expert on the tactical and strategic threats faced by U.S. and Coalition Forces in Iraq from 2003 to 2008, including the specific threat to U.S. military forces from IEDs and other ordnance, including EFPs.

## II.   Expert Retention

7.      Plaintiffs' attorneys have retained me as a testifying expert in this litigation pursuant to Rule 26 of the Federal Rules of Civil Procedure.  I have prepared this expert declaration in that capacity.  I am being compensated at a rate of $500 per hour by Plaintiffs' counsel.  I have no prior or current professional connection with any of the parties in this case that would preclude my ability to provide impartial testimony herein.

## III.   Scope of Requested Work

8.      Plaintiffs' attorneys have requested that I provide expert testimony about the U.S. military's threat assessments in Iraq, including Iran's role in attacks on U.S. Forces, U.S. civilians and U.S. government workers in Iraq, such as the attacks on the four U.S. servicemen named in the Complaint in this action.  In particular, I have been asked to explain the role of Iran's Islamic Revolutionary Guard Corps ("IRGC") and Iran's Lebanese terrorist proxy, Hezbollah, in creating and supporting the key Iraqi terrorist groups who perpetrated those attacks by, among other things, financing, training and arming them with EFPs.  I have also reviewed the available evidence concerning the attacks on the four U.S. servicemen named in the Complaint – Second Lieutenant Peter Burks, Captain James David Hochstetler, Captain Benjamin David Tiffner and Sergeant First Class Randolph Delbert Nantz – to determine whether those servicemen were the victims of EFP attacks and whether Iran played a substantial role in those attacks.

9.      This expert declaration is not intended as a comprehensive overview of the threats

U.S. and Coalition Forces faced in Iraq.  Rather, I present a broad overview of what were highly dynamic, fluid and complex events impacting the U.S. experience in Iraq during the years 2003-2011.

## IV.    Summary of Opinions

10.    In the second half of 2004, the Iranian IRGC and Iran's proxy, Hezbollah, started developing so-called "Special Groups" or "SGs" – trained terror cells within Muqtada al-Sadr's Jaysh al-Mahdi ("JAM")  and Badr Corps[1] – that were directly supplied and trained by Hezbollah and the IRGC.

11.    The Coalition Provisional Authority ("CPA") was a transitional government of Iraq established following the invasion of the country in 2003 by the U.S.-led Multinational Force.  The CPA was aware of Iran's development of Shi'a militia groups in southern Iraq as early as 2004.  However, the focus of the U.S. military was on former Saddam Hussein loyalists and Al Qaeda.  As the Shi'a militia groups began to use violence against the coalition in southern Iraq, the U.S. military assessed that Iran, through its IRGC and its proxy Hezbollah, was orchestrating a deliberate campaign of violence against U.S. service members and was responsible for hundreds of attacks, including nearly all EFP attacks in Iraq, and that they posed a significant and growing threat to stability in Iraq.  Beginning in 2006, the U.S. military increased its efforts to counter IRGC-sponsored attacks in Iraq and adopted more aggressive measures to target IRGC-sponsored groups.

12.    Later declassified intelligence reports, detainee interrogations, weapons cache discoveries and experience with IRGC "ratlines" for smuggling munitions from Iran to Iraq all confirmed the central role that Iran's IRGC and Iran's proxy Hezbollah played in devising and

---

[1] As discussed below at ¶ 34, Badr Corps is the subordinate military wing of the Iranian-sponsored Iraqi political party Supreme Council for the Islamic Revolution in Iraq ("SCIRI").

supporting the EFP attacks that killed and injured many hundreds of U.S. service members in Iraq.

13.     Based upon my personal experience and all available intelligence that was available to me as the Director of JIEDDO and as a Commanding General in Iraq, I can clearly state that Iran was the indisputable source of the effective EFPs used against American Forces in Iraq.[2]  Indeed, I am unaware of a single effective EFP attack against American Forces where Iran or its proxies did not provide the EFP that killed or injured U.S. service members or U.S. civilians.

14.     I have reviewed the available evidence of the attacks on Second Lieutenant Peter Burks, Captain Benjamin David Tiffner, Captain James David Hochstetler and Sergeant First Class Randolph Delbert Nantz.  For the reasons explained in detail below, it is my opinion that the evidence supports the conclusion that all four of these attacks were EFP attacks in which Iran played a substantial role.

15.     I have also reviewed documents produced by the United States Central Command (CENTCOM) in response to Plaintiffs' Freedom of Information Act requests for information regarding EFP attacks against U.S. service members in Iraq.  Those documents demonstrate that the DOD has compiled data of all known successful EFP attacks against U.S. Forces in Iraq and can identify the victims of those attacks.  That data also demonstrates that the successful EFP attacks against U.S. Forces occurred almost entirely in areas dominated by Shi'a militia groups who received material and training support from Iran.

---

[2] The enhanced armor of the vehicles used by U.S. Forces was resistant to ordinary surface-laid IEDs, including crudely made EFPs.  I use the word "effective" above to explain that only the more sophisticated EFPs designed, supplied, or disseminated by Iran were successful in penetrating U.S. armored vehicles to cause the deaths and injuries to U.S. service members for which this lawsuit seeks redress.

V.     **My Various Commands in Iraq and My Role as Director of JIEDDO Provide the Bases for My Knowledge That Iran Was Responsible for All Effective EFP Attacks on U.S. Forces and U.S. Civilians in Iraq**

16.     I served as a senior officer and commander in Iraq on three separate occasions and as the Director of JIEDDO, leading all DOD action on countering the IED threat. These positions of responsibility provided me with access to all the relevant data associated with the use of IEDs, and specifically EFPs, as weapons, along with detailed information on the enemy threat posed by those explosives.  That information provides the basis of my assessment of Iranian responsibility for the effective EFP attacks on U.S. Forces in Iraq.

17.     As a former division commander in Iraq and later head of JIEDDO, I was deeply involved in the Iraq conflict, was privy to the DOD's assessment of the source of EFP attacks against U.S. Forces in Iraq, and was directly involved in U.S. kinetic measures taken against both Sunni and Shi'a terror groups in Iraq, including specifically U.S. efforts to combat Shi'a terror groups' use of deadly EFPs.

18.     During my tenure in Iraq, I was a senior officer with the CPA, which was the legal entity administering and governing Iraq from the point of invasion in 2003 until mid-2004. As noted above, from November 2003 until March 2004, I was the Chief of Staff to the Chief Operating Officer and Deputy Administrator for CPA in Iraq.

19.     In that role, I was responsible for, among other things, overseeing the rebuilding of electricity and oil infrastructure, and the security forces in Iraq, primarily the Iraqi Army and the Iraqi Police.  Many of the CPA's Provincial Reconstruction Teams (PRTs) in southern Iraq provided direct and candid reports to our office of the growing strength and belligerency of the Iranian-supported Shi'a militia groups.

20.     In mid-2005, I served as the Deputy Commanding General of the 101st Airborne Division, Multi-National Division North ("MND-North").  MND-North referred to all of the

6

Coalition Forces that operated in Iraq, north of Baghdad, Iraq to the Turkish border, west to the Syrian border and east to the Iranian border.  The Iranian border in northern Iraq was used extensively to smuggle contraband and black-market goods into Iraq.  This smuggling avenue was also used by Iranian Islamic Revolutionary Guard Corps-Quds Force ("IRGC-QF")[3] operatives to clandestinely enter Iraq for purposes of gaining influence and control in Sunni-Shi'a-Kurd contested areas around Kirkuk.  While the EFP threat was not as significant in northern Iraq, significant stores of Iranian-provided munitions smuggled in through this border area, including EFPs, were used against U.S. and Coalition Forces and civilians.

21.     In my role as the Deputy Commanding General of the 101st Airborne Division, MND-North, I personally encountered Iraqi insurgent activity in this region.  That activity included Al Qaeda and Shi'a militia.  The Shi'a militia activity in MND-North was minimal in 2005-2006, but those militia were present in the far eastern part of our operational area in Diyala Province, and north to Kirkuk.

22.     As Deputy Commanding General I was privy to intelligence reports regarding the various anti-Coalition forces in MND-North; this included Al Qaeda, former Saddam loyalists, and Iranian-backed Shi'a' militia operating in Samarra, Kirkuk and Diyala.  The various groups used IEDs extensively and each had a signature method that helped tie the IED to the specific enemy source.  Former Saddam loyalists, largely former soldiers used military-grade munitions like artillery shells as IEDs. Al Qaeda used explosive vests, vehicle-borne suicide bombs, and some spectacular booby-traps.  The Iranian -supplied Shi'a militia used EFPs and other conventional IEDs.

---

[3] As discussed in paragraph 33 below, IRGC-QF is the international terrorist arm of Iran's IRGC.

23.     During my tenure in MND-North, we experienced roughly 1,000 IED attacks per month. The vast majority of the attacks were from former regime loyalists and Al Qaeda. The Iranian-supplied Shi'a militias operated in Diyala up to Kirkuk and west to Sammara and the incidence of EFPs was minimal.

24.     I left Iraq and MND-North in September 2006 to return to the United States to assume duty as the Commanding General, 10th Mountain Division (Light) at Fort Drum, NY, beginning in April 2007 and to prepare for the division's deployment to Iraq in 2008.

25.     I returned to Iraq in June 2008 as the Commanding General of the 10th Mountain Division, MND-Center/South. MND-Center/South included essentially all of the southern provinces of Iraq. That included the southern belts of Baghdad south all the way to, and including, the city of Basra, and ultimately to the borders of Saudi Arabia and Kuwait, then east to the border of Iran and west to the border of Anbar Province. The southern half of Iraq is almost exclusively ethnic Shi'a and has a significant relationship with the Shi'a Iranian regime. Since the beginning of the U.S. attack in Iraq in 2003, Iran had moved quickly to support the minority Shi'a population in southern Iraq and to develop clandestine militias through the assistance of Iranian proxies in Hezbollah. This support included funding, training, and weapons, including EFPs.

26.     As noted previously, as Commanding General of the 10th Mountain Division, MND-Center/South, I encountered Shi'a militia and Special Groups in this region. "Special Groups" or "SGs" were trained terror cells within JAM and Badr Corps that were directly supplied and trained by Hezbollah and the IRGC. While the volume of IED incidents in the MND-Center/South was lower than MND-North, the IEDs were more lethal in the MND-Center/South area. "Effectiveness or lethality" of the IED or EFP is defined by the amount of

8

damage or number of casualties inflicted by a single use.  The EFP is more effective and lethal than conventional surface-laid IEDs because the EFPs are designed to penetrate U.S. military vehicles and are uniquely more difficult to defeat with even the most advanced armor kits available.

27.     As Commanding General of the 10th Mountain Division, MND-Center/South, I was privy to all intelligence reports regarding enemy forces in my region.  The predominant enemy threat was Iranian-supported Shi'a militias.  Al Qaeda and former Saddam loyalists were active only in the Baghdad area as they relied on local Sunni Iraqis for support. The Iranian-backed Shi'a militia were well-supplied with EFPs, rockets, and other large casualty-producing munitions that were not part of Saddam's former Army inventory.  Multiple assessments of how the Shi'a militia were supplied in southern Iraq concluded Iran was the principal supplier.

28.     Below is a map illustrating how the major areas of responsibility were drawn in Iraq in 2005-2006: Multi-National Division-Baghdad; Multi-National Division-North; Multi-National Division-West; Multi-National Division-Center; Multi-National Division-Center/South; and Multi-National Division-South East.  U.S. Forces primarily operated in the northern, central, and western zones; Polish forces commanded the Center/South, while the British commanded the South East.  The Shi'a-dominated region, Multi-National Division-Center/South (depicted below) was the area I commanded as Commanding General of the 10th Mountain Division from June 2008-May 2009.  Near the end of that tour, I also assumed command of Multi-National Division-South East when British forces departed Iraq in March 2009 and therefore took over command of all of southern Iraq.



29.     As noted above, I was the Director of JIEDDO from December 2009 to April 2011.  JIEDDO received and analyzed every report of an IED attack, including every reported EFP attack and had the most extensive data repository for IEDs in all of the DOD.  It is my opinion, after serving as Director of JIEDDO, that all EFPs that were effective against U.S. Forces were supplied by Iran directly through the IRGC or its proxies in Hezbollah to the Shi'a militias in Iraq.

30.     In 2006, the DOD established JIEDDO to lead and coordinate all DOD efforts to counteract IEDs as weapons of "strategic influence."  Iran perceived that the U.S. Government's willingness to remain in Iraq and the support of the American people were both negatively affected by the death of U.S. servicemen. Iran therefore used IEDs capable of wounding and killing many Americans at low cost, and the more effective variant, the EFP, as a strategic weapon that would cause the United States to leave Iraq as it became exhausted by American fatalities.

31.     The Department of Defense created the JIEDDO organization once it realized that IEDs were the principal killer of our soldiers in Iraq and Afghanistan.  JIEDDO was tasked with

coordinating all the defense activities to understand this weapon, how to mitigate the effects from a material solution or from training and, furthermore, how to understand the enemy networks using IEDs against Coalition Forces.   JIEDDO dealt with the entire range of IEDs, the most lethal of which were EFPs.

32.     As the Director of JIEDDO, I was privy to all DOD intelligence on IEDs (both technical and enemy) as well as most intelligence regarding IEDs originating from other U.S. intelligence agencies and many coalition intelligence agencies.   As the EFP remained the most lethal of all single-use IEDs and one of the most difficult to mitigate with protective armor, JIEDDO was uniquely focused on this weapon and its origins.   A technical assessment of the EFP concluded that only an enemy with sophisticated material production, munitions expertise and technical knowledge, expert knowledge of U.S. Forces' vehicle vulnerability and appropriate metal quality components, along with direct training specifically focused on how to aim and detonate the EFP, could create and use an EFP effectively against U.S. Forces.   As the EFP became the weapon of choice in areas in Iraq where Shi'a militia operated, a significant technical and intelligence-focused investigation determined that the necessary elements to produce and effectively target U.S. Forces with EFPs was beyond the skill and manufacturing capability of the Shi'a militia using EFPs.   Captured unexploded EFPs allowed for a thorough technical examination and capture of key components of the EFP through interdiction of smuggling efforts from Iran.   The resulting analysis concluded that Iranian forces were providing EFPs to their surrogates in Iraq for use against U.S. Forces with an overall strategy to drive the U.S. from Iraq through significant loss of life.

## VI.   U.S. Assessment/Actions Taken to Combat Iranian-Sponsored Terrorism in Iraq

33.     From 2004 through 2006, while U.S. Forces were preoccupied with defeating

Sunni insurgents – primarily Al Qaeda in Iraq ("AQI") and other Sunni terrorist groups – Iran's

influence and material support of militant factions among Iraq's majority Shiite population

continued to grow.  Iran wielded that influence and material support through its international

militant arm, the IRGC-QF, which the U.S. designated as an SDGT on October 25, 2007;[4] and

its terrorist proxy in Lebanon, Hezbollah.

34.     In southern Iraq, Iran acted through the IRGC-QF and Hezbollah to support the

Shi'a political party SCIRI, its subordinate military wing the Badr Corps and the militia group

JAM.  In the second half of 2004, the IRGC and Hezbollah started developing so-called "Special

Groups"– trained terror cells within JAM and Badr Corps – that were directly supplied and

trained by Hezbollah and the IRGC.  Those "Special Groups" formed to carry out the fight

against U.S. and Coalition Forces in Iraq included Asa'ib Ahl al-Haq ("AAH"), a terrorist

Special Group formed by former JAM commander Qais Khazali,[5] Kata'ib Hezbollah ("KH"), a

Special Group formed by Badr Corps veteran Abu Mahdi al Muhandis, the Sheibani Network, a

hybrid Special Group formed by former Badr Corps member Abu Mustafa al-Sheibani and the

---

[4] *See* Press Release, U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism" (Oct. 25, 2007), https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx.  The 2008 State Department Report on Terrorism observed that in 2007 the IRGC-Quds Force:

> continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles [sic] (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces.

U.S. Dep't of State, *Country Reports on Terrorism 2007*, at 173 (Apr. 2008) (the "2008 State Department Report"), https://2009-2017.state.gov/documents/organization/105904.pdf.

[5] AAH was also sometimes referred to as the Khazali Network.  The Complaint uses the alternative spelling "Qazali Network."  Compl. at ¶ 2.

Promised Day Brigades ("PDB"), a Special Group formed by former JAM commander Muqtada al-Sadr.

### A. Evolution of U.S. Understanding of the IRGC's and Hezbollah's Roles In and Support of the Special Groups

35.     Iranian supported Shi'a militias and Special Groups were primarily responsible for the EFP attacks against U.S. Forces in Iraq.  Thus, in order to understand Iran's material role in the use of those EFPs in Iraq, it is important to first look at the broader influence that Iran's IRGC and its proxy Hezbollah had on those Iraqi Shi'a militia and Special Groups, as well as Iran's earlier role in supporting Hezbollah's successful use of EFPs against Israeli forces in Southern Lebanon in the 1990s.[6]  I understand that the expert Declaration of Matthew Levitt deals with Iran's early influence in Iraq prior to the removal of Saddam Hussein, and Iran's support of Shi'a political parties in Iraq both during and after the Hussein regime.  In the sections below, I focus primarily on military operations and how Iranian influence on Shi'a militias and special groups in Iraq grew substantially after the end of the Hussein regime culminating in the deadly use of EFPs against U.S. Forces.

### (i)     The 2004 Najaf Uprising

36.     After the fall of Saddam Hussein's regime, a young and relatively low-ranking Shi'a cleric named Muqtada al-Sadr gained influence among the Iraqi Shi'a population.  Sadr was the surviving son of the famous Shi'a martyr, Grand Ayatollah Mohammad Sadeq al-Sadr, who had been murdered by Saddam Hussein's security services more than a decade earlier.  Shortly after the war that deposed Hussein, Sadrist offices named "the Office of the Martyr Sadr"

---

[6] The history of Iran's influence and direct involvement with these Special Groups in Iraq closely mirrors Iran's earlier involvement in Lebanon, where Iran sponsored the terrorist group Hezbollah and provided Hezbollah with EFPs.  Iran first introduced EFPs in Lebanon in the mid-to-late 1990s, where Hezbollah used them effectively against the Israeli Defense Force. *See* ¶¶ 44-45 below.

("OMS") opened across the country.  In the summer of 2003, following a June visit to Tehran, Sadr formed an armed wing of the OMS, known as JAM.

37.     With the substantial loyalty of the Shi'a slums, the financial support of Iran's IRGC-QF, and the advice and training provided by Hezbollah, Sadrist loyalists and their paramilitary arm, JAM, rapidly expanded their territorial control in predominantly Shi'a neighborhoods in Baghdad (like Sadr City, a 20km area comprised of tenements and inhabited by over 2 million Shi'a in East Baghdad).  Over time, that influence spread to religiously mixed areas, displacing or killing local Sunnis in the midst.[7]

38.     Muqtada al-Sadr had voiced his opposition to the U.S.-led Coalition and the CPA as early as 2003 and had demanded an immediate withdrawal of all foreign forces.  Sadr's hostility to U.S. and Coalition Forces manifested itself in two events that precipitated what became known as "the uprising" in Najaf and other Shi'a centers across southern Iraq.  On March 28, 2004, Coalition Forces shut down the main Sadrist newspaper, al-Hawza, for inciting violence; a few days later Coalition Forces arrested a senior cleric close to Sadr.[8]  JAM responded within a few days with major uprisings in Baghdad, Karbala, Najaf and other southern cities.[9]  The initial uprising showcased JAM's capabilities by demonstrating Sadr's ability to coordinate violence across southern and central Iraq. In Najaf, Sadr agreed to a ceasefire with the CF in June 2004 that was largely favorable to JAM, securing certain no-go zones for Coalition Forces. The ceasefire was, however, short lived: in early August 2004, JAM attacked a U.S.

---

[7] "Jaysh al-Mahdi," Institute for the Study of War, http://www.understandingwar.org/jaysh-al-mahdi.

[8]  Larry Diamond, "What Went Wrong in Iraq," *The New York Times* (Aug. 31, 2004); Daniel P. Bolger, *Why We Lost, A General's Inside Account of the Iraq and Afghanistan Wars*, at 174 (2014).

[9]  Bolger, *supra* note 8, at 174. *See also* Marisa Cochrane, *The Fragmentation of the Sadrist Movement*, Institute for the Study of War, at 14 (January 2009).

patrol in Najaf. This engagement was followed by another, in which JAM mounted several attacks in one day against an Iraqi Police station, leading to a large-scale response by U.S. and Iraqi forces.[10]  The resulting battle was devastating for JAM, which suffered more than 1,000 fatalities and lost much of its prestige as a fighting force.[11]

39.     From that point forward, "regular" JAM forces primarily focused on ethnic cleansing of Sunni neighborhoods, revenge killings, kidnapping and extortion, and Sadr relied on newly-formed JAM Special Groups to carry on the fight against the U.S. and Coalition Forces.

(ii)     **Emergence of JAM Special Groups**

40.     JAM's defeat in Najaf and the resulting weakening of Sadr's internal position within the Sadrist Movement presented opportunities for various players.  For Sadr's disenchanted deputies and rivals within the Sadrist Movement, the tactical defeat in Najaf presented an opportunity to gain greater autonomy from Sadr's direct oversight.  For Hezbollah and the IRGC-QF, the (at first) mild fissures within the Sadrist camp provided an opportunity to develop direct relationships with Sadr's most capable and independent-minded JAM commanders and to gain greater direct operational control over the cells that would be tasked with attacking U.S. and Coalition Forces in Iraq.[12]

---

[10]  Adrian Blomfield, "'300 die' in battle for holy city as Iraqi truce ends," *The Telegraph*, August 7, 2004, https://www.telegraph.co.uk/news/worldnews/middleeast/iraq/1468874/300-die-in-battle-for-holy-city-as-Iraqi-truce-ends.html.

[11]  For more on the August 2004 Battle of Najaf, see https://www.marines.mil/Portals/59/Publications/U.S.%20Marines%20in%20Battle_An-Najaf%20%20PCN%2010600000600.pdf?ver=2017-04-11-112333-010.

[12]  To supply the Special Groups, particularly with advanced weaponry, and to transit SG recruits to train in Iran, the IRGC-QF had to rely upon the same Iran-to-Iraq smuggling networks it had used for decades to supply the Badr Corps.

41.     The fallout from the setback in Najaf resulted in al-Sadr relinquishing direct control of the most battle-tested and capable elements of JAM, and the formation of Special Groups.  The Special Group cell commanders remained loyal to Sadr, reported to him and his chief deputies and received salaries and operational funding from Sadr's office (largely supplied by the IRGC, but distributed by Sadr's office), but the day-to-day control of the groups was ceded to the local commanders.  They, in turn, received their training, weapons and operational direction directly from Hezbollah and the IRGC-QF.[13]

42.     From September 2004 to late 2005, these newly-formed Special Groups conducted low-intensity operations against the British and U.S. military but mostly trained in Iran and Lebanon with Iran's proxy, Hezbollah, and the Iranian IRGC-QF and developed their tactics, techniques and procedures, preparing for the next round of conflict.[14]  In May 2006, senior Hezbollah commander Ali Musa Daqduq traveled to Tehran with Yusuf Hashim,[15]  a fellow Hezbollah operative and senior supervisor of Hezbollah operations in Iraq.  There they met with the Commander and Deputy Commander of the IRGC-QF Special External Operations.[16]  Daqduq was directed to return to Iraq and report on the training and operations of

---

[13] This is not to suggest that Special Groups operatives never engaged in freelance murders, kidnappings or other crimes, but their "official" duties were to launch attacks on Coalition Forces, and for those missions, Special Group cells largely took directives from Hezbollah and the IRGC-QF.

[14] For the IRGC-QF, JAM and its propensity for street violence also served as a useful screen for the Badr Corps' systematic but low-key campaign of murdering Sunni leaders and former Ba'ath regime elements.  Some American policy-makers even mistook Badr as a stable alternative to JAM.

[15] In 2018, the United States Treasury Department designated Hashim an SDGT.  Press Release, U.S. Department of the Treasury, "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq" (Nov. 13, 2018), https://home.treasury.gov/news/press-releases/sm546.

[16] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007, https://www.globalsecurity.org/military/library/news/2007/07/mil-070702-mnfi-b01.htm.

the Special Groups[17] and provide assessments on their training in mortars and rockets, use of

IEDs and kidnapping operations.[18]

43.     General Abdul Reza Shahlai – the aforementioned deputy commander in the

IRGC-QF who met with Daqduq and Hashim – served as the case officer or supervisor of the

Special Groups in Iraq.  The United States later sanctioned Shahlai as a supporter of terrorism

"for threatening the peace and stability of Iraq and the Government of Iraq."  The U.S. Treasury

Department further found that:

> In late-August 2006, Shahlai provided material support to JAM Special Groups by
> supplying JAM Special Groups members with 122mm grad rockets, 240mm rockets,
> 107mm Katyushas, RPG-7s, 81mms, 60mm mortars, and a large quantity of C-4.
>
> Shahlai also approved and coordinated the training of JAM Special Groups. As of
> May 2007, Shahlai served as the final approving and coordinating authority for all
> Iran-based Lebanese Hizballah training for JAM Special Groups to fight Coalition
> Forces in Iraq.  In late-August 2006, Shahlai instructed a senior Lebanese Hizballah
> official to coordinate anti-aircraft rocket training for JAM Special Groups.[19]

44.     The State Department's Country Reports on Terrorism 2006 (released in April

2007) noted that:

> Iranian government forces have been responsible for at least some of the increasing
> lethality of anti-Coalition attacks by providing Shi'a militants with the capability to
> build IEDs with explosively formed projectiles [EFPs] similar to those developed by
> Iran and Lebanese Hizballah.  The Iranian Revolutionary Guard was linked to armor-
> piercing explosives that resulted in the deaths of Coalition Forces.  The
> Revolutionary Guard, along with Lebanese Hizballah, implemented training
> programs for Iraqi militants in the construction and use of sophisticated IED
> technology.  These individuals then passed on this training to additional militants in
> Iraq.[20]

---

[17] *Id.*

[18] *Id.*

[19] Press Release, U.S. Department of the Treasury, "Treasury Designates Individuals and Entities Fueling Violence in Iraq" (Sept. 16, 2008), https://www.treasury.gov/press-center/press-releases/Pages/hp1141.aspx.

[20] U.S. Department of State, *Country Reports on Terrorism 2006* (Apr. 2007), https://2009-2017.state.gov/j/ct/rls/crt/2006/82736.htm.

It went on to observe that:

> Since at least 2004, Hizballah has provided training and logistics to select Iraqi Shi'a militants, including for the construction and use of shaped charge IEDs, which Hizballah developed against Israeli forces in southern Lebanon during the late 1990s and which can penetrate heavily armored vehicles.[21]

---

[21] *Id.*

### a. Iran Provided EFPs to Special Groups and Supported the Use of EFPs Against U.S. Forces

45.     One of Iran's primary forms of material support to the Special Groups was financing, manufacturing, and deploying EFPs and training the Special Groups in the use of EFPs.[22]  The EFPs supplied by the IRGC to Special Groups in Iraq were professionally manufactured and specifically designed to target U.S. and Coalition Forces' armor, such as armored patrols and supply convoys. First used by Iran's proxy Hezbollah against the Israeli Defense Forces in Lebanon in the mid-to-late 1990s, Hezbollah-designed and IRGC-manufactured EFPs were usually made with a precision-manufactured concave copper liner placed at one end of steel casing packed with high explosives.[23]  In Iraq, EFPs were often triggered by passive infra-red ("PIR") devices that triggered these victim-operated weapons – setting off the explosion within the EFP's casing and forcing the copper liner forward and turning it into a high velocity slug that could pierce most military-grade armor.[24]

46.     The U.S. military traced much of the machinery used to manufacture the EFPs, high explosives and PIR devices deployed in Iraq to Iran and its illicit supply chain.[25]  As noted above, the IRGC-QF used long-established smuggling routes and trusted Iraqi operatives to smuggle these EFPs into Iraq and supply them to Special Groups to attack Coalition Forces.[26]

---

[22] Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, Vol. 3, Issue 11-12, November 2010; Joseph Felter & Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Combating Terrorism Center at West Point*, at 38 (Oct. 15, 2008).

[23] Michael R. Gordon, "Deadliest Bomb in Iraq Made by Iran, U.S. Says," *The New York Times*, February 10, 2007. https://www.nytimes.com/2007/02/10/world/middleeast/10weapons.html?_r=2&pagewanted=1

[24] Felter & Fishman, *supra* note 22, at 77.

[25] Kimberly Kagan, "Iran's Proxy War against the United States and the Iraqi Government," *Iraq Report*, (May 2006-Aug. 2007), https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[26] *See, e.g.* PX-33 [Qais al-Khazali Interrogation Report 10 (Mar. 26, 2007)] at 091; PX-34 [Qais al-Khazali Interrogation Report 18 (Mar. 30, 2007)] at 137.  (References to "PX-__" refer to specific exhibits in Plaintiffs'

47.     Despite the myriad threats and the outpouring of sectarian violence, by mid-2006, General George W. Casey and Multi-National Force-Iraq ("MNF-I") commanders had come to recognize that the threat from the IRGC-QF warranted greater attention than it had previously been given.  As the Office of the Director of National Intelligence later noted:

> Iran has been intensifying aspects of its lethal support for select groups of Iraqi Shi'a militants, particularly the JAM, since at least the beginning of 2006. Explosively formed penetrator (EFP) attacks have risen dramatically.[27]

48.     By February 2007, the U.S. government was well aware of Iran's involvement with the Iraqi Special Groups. MNF-I noted that "Iran is a significant contributor to attacks on Coalition forces, and also supports violence against the Iraqi Security Force and innocent Iraqis. There is a growing body of evidence pointing to Iranian supply of EFPs to Iraqi extremist groups… The [IRGC-QF] is the primary Iranian vehicle for [EFP] activity in Iraq. The Qods Force trains extremists and insurgents in terrorist tactics and guerilla warfare. The Qods Force supports terrorism by providing advice, training, and weapons to insurgents and terrorist groups."[28]

49.     In early 2007, the U.S. and Iraqi Prime Minister Maliki "publicly noted the lethal Iranian support to Shi'a militias" and the DOD reported to Congress that:

> Consistent with the National Intelligence Estimate, Iranian support to Shi'a militias, such as JAM and the Badr Organization, includes providing lethal weapons, training, financing, and technical support.  This includes supplying some Shi'a extremist groups with explosively formed projectiles (EFPs), the most effective of the roadside bombs.  Shi'a extremist groups have been implicated in direct attacks against Coalition forces, including with EFP technology.  EFPs

---

Compendium of Exhibits in Support of Plaintiffs' Motions for Subject Matter Jurisdiction and Class Certification submitted herewith.).

[27] U.S. Dir. of Nat'l Intelligence, *Prospects for Iraq's Stability: Some Security Progress but Political Reconciliation Elusive*, at 4 (Aug. 2007), https://www.dni.gov/files/documents/Newsroom/Press%20Releases/2007%20Press%20Releases/20070823_release.pdf.

[28] PX-14 ["Iranian Support for Lethal Activity in Iraq," MNF-I Report, February 11, 2007)].

require advanced manufacturing processes and training for employment that
clearly place them outside the category of "improvised explosive devices."[29]

50.     A clearer assessment of the Special Groups emerged after the March 2007 arrests

of several of the organizers and planners of the January 20, 2007 Karbala operation.  They

included a prominent former Sadr deputy named Qais Khazali, his brother Layth, and a senior

Hezbollah commander named Ali Musa Daqduq.  The Khazalis were leaders of Asa'ib Ahl al-

Haq, a particularly lethal Special Group, that had come under IRGC control.  In an April 2007

Pentagon press briefing, the Commanding General of MNF-I, David Petraeus,[30] noted that:

> The Iranian involvement has really become much clearer to us and brought into
> much more focus during the interrogation of the members – the heads of the Qazali
> network and some of the key members of that network that have been in detention
> now for a month or more.  This is the head of the secret cell network, the extremist
> secret cells.  They were provided substantial funding, training on Iranian soil,
> advanced explosive munitions and technologies as well as run of the mill arms and
> ammunition, in some cases advice and in some cases even a degree of direction.
>
> When we captured these individuals – the initial capture, and then there have been a
> number of others since then – we discovered, for example, a 22-page memorandum
> on a computer that detailed the planning, preparation, approval process and conduct
> of the operation that resulted in five of our soldiers being killed in Karbala.  It also
> detailed – there are numerous documents which detailed a number of different
> attacks on coalition forces, and our sense is that these records were kept so that they
> could be handed in to whoever it is that is financing them. And there's no question,
> again, that Iranian financing is taking place through the IRGC-QF of the Iranian
> Republican Guards Corps.
>
> As you know, there are seven IRGC-QF members in detention as well.  This
> involvement, again, we learned more about with the detention of an individual
> named Sheibani, who is one of the heads of the Sheibani network, which brings
> explosively formed projectiles into Iraq from Iran.  His brother is the Iranian
> connection.  He is – was in Iraq.  And that has been the conduit that then distributes
> these among the extremist elements again of these secret cells and so forth.[31]

---

[29] U.S. Dep't of Defense, Report to Congress, *Measuring Stability and Security in Iraq*, at 17 (Mar. 2007),
https://www.globalsecurity.org/military/library/report/2007/iraq-security-stability_mar2007.pdf.

[30] General Petraeus replaced General Casey in February 2007.

[31] *See* Pentagon Press Briefing, Press conference with Gen. David Petraeus, Commander, Multi-National Force –
Iraq, April 26, 2007, http://web.archive.org/web/20090904142643/http://www.mnf-
iraq.com/index.php?option=com_content&task=view&id=11664&Itemid=1.

51.     The March 26, 2007 Tactical Interrogation Report of Qais Khazali demonstrates that Iran was the exclusive provider of EFPs to Special Groups in Iraq, noting "EFPs still come solely from Iran and there is currently nobody in Iraq manufacturing the components of an EFP. EFP components can be obtained or smuggled from Iran by the same smugglers that get small arms."[32]  The Report also confirms that Iran trained all Special Groups in Iraq on how to use EFPs.

52.     The March 30, 2007 Tactical Interrogation Report of Khazali reflects the results of a further interrogation of Qais Khazali.  Khazali admitted that EFPs were smuggled from Iran through heavy marsh of Maysan Province by Iraqi tribes that have smuggled for generations and that EFPs themselves are not widely distributed; rather, they go to well-trusted Shi'a groups. "JAM and the 'Special Groups' do receive a limited number of EFP IEDs, but most of them go to Al-Khameini groups."  Khazali further confirmed that the IRGC facilitated the transfer of EFPs from Iran to Iraq.[33]

53.     In May 2007, the U.S. government publicly acknowledged the impact of Iranian EFPs on the battlespace in Iraq, and their devastating effects against American Forces. Commander of the MND-Center, Major General Richard Lynch, stated that:  "[M]ost of our casualties have come from improvised explosive devices.  That's still the primary threat to our soldiers – IEDs . . . .  What we're finding is that the technology and the financing and the training of the explosively formed penetrators are coming from Iran.  The EFPs are killing our soldiers, and we can trace that back to Iran."[34]

---

[32] PX-47 [Qais al-Khazali Interrogation Report 11 (Mar. 26, 2007)] at 099.

[33] PX-34 [Qais al-Khazali Interrogation Report 18] at 137.

[34] Maj. Gen. Richard Lynch (Commander, Multinational Division-Center), Press Conference (May 4, 2007), https://www.globalsecurity.org/military/library/news/2007/05/mil-070504-dod03.htm.

54.     In June 2007, General Petraeus reported to Secretary of Defense Robert Gates:

This past week we briefed DPM [Deputy Prime Minister] Barham Saleh and NSA [National Security Advisor] Mowafak al- Rubaie on what we have learned about Iranian and Lebanese Hezbollah activity in Iraq from those we've detained.  They were properly taken aback and left for Iran on Sunday determined to take a strong message to Tehran.  The evidence is impressive.  The five-page Qais Khazali sworn statement, made last week and marked with his inked fingerprints, is an unequivocal indictment of Iranian interference.  His statement, along with those of his brother and other detainees, provides incontrovertible evidence that Iran is arming, funding, training, equipping, and advising Shi'a extremists operating in Iraq.  Iranian interference began shortly after the Coalition began operations, but advanced significantly after the Najaf operation in 2004.  The statements of those interrogated are buttressed by dozens of documents taken from the captured laptops.  As Qais asserted, without Iranian funding, JAM special groups would not be able to function.  We will brief the Prime Minister this Tuesday on the same material.[35]

55.     Commenting on the March arrests of the Khazali brothers and Daqduq, Brigadier

General Kevin Bergner, spokesman for the MNF-I, noted during a July 2, 2007 press briefing

that the Special Groups operated across Iraq and:

[P]lanned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel.  They receive arms – including explosively formed penetrators, the most deadly form of improvised explosive device – and funding from Iran.  They also have received planning help and orders from Iran . . . .  They also moved money into and around Iraq to fund their operations.[36]

56.     General Bergner also provided details as to the training of Special Groups

members in Iranian camps:

The Qods Force also supplies the special groups with weapons and funding of 750,000 to 3 million U.S. dollars a month.  Without this support, these special groups would be hard pressed to conduct their operations in Iraq . . . .  The Qods Force goal was to develop the Iraqi special groups into a network similar to the Lebanese Hezbollah. Special [G]roups would be unable to conduct their terrorist attacks in Iraq without Iranian-supplied weapons and other support. Like Ali Musa Daqduq, Qais'

---

[35] *See* PX-15 [SECDEF WEEKLY UPDATE 3-9 June 2007, MNF-1 Commander's Weekly Assessment, SECRET, Declassified].

[36] Brig. Gen. Bergner Press Briefing, *supra* note 16; Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says," *U.S. Army* (Jul. 3, 2007), https://www.army.mil/article/3890/iran_arming_training_directing_terror_groups_in_iraq_u_s_official_says.

main contact was [General Shahlai], the deputy commander for Qods Force Department of External Special Operations. Funding and training of the [S]pecial [G]roups started in 2004.[37]

57.     General Petraeus's then-classified June assessment and General Bergner's July public assessment were both later echoed in the U.S. State Department's Country Reports on Terrorism for 2008 which noted that Iran was still:

> Provid[ing] lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was . . . providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hezbollah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.[38]

58.     Once MNF-I understood the full extent of the problem, it made a significant effort to disrupt the Special Group networks, and that resulted in a substantial increase in the discovery of weapons caches, particularly in Baghdad and Iraq's southern provinces bordering Iran. For example, in March 2008, MNF-I detained a key weapons facilitator from Babil Province and a key facilitator linked to the IRGC-QF. Later that month, MNF-I captured an Iranian-trained "indirect fire cell leader and logistics facilitator southeast of Baghdad, a financier for Special Groups in central Iraq, and most importantly, the operational commander of Special Groups in Sadr City."[39]

---

[37] *Id.*

[38] U.S. Dep't of State, *Country Reports on Terrorism 2008* (Apr. 2009), https://2009-2017.state.gov/documents/organization/122599.pdf.

[39] PX-16 [SECDEF WEEKLY UPDATE 17 March – 23 March 2008, MNF-I Commander's Weekly Assessment, SECRET, Declassified].

59.     In a June 2008 report to Secretary Gates, the MNF-I Commander provided a

broader assessment:

> Over the longer term, the success of Coalition and Iraqi efforts to secure southern
> Iraq from criminal gangs, illegal militias, and Iranian-supported SGs will depend on
> stopping the flow of lethal aid from Iran.  Most senior SG leaders have now fled to
> Iran, and reporting indicates that the Iranians are working to enhance their training
> and effectiveness.  Part of our effort to make it more difficult for SGs to return must
> involve enhanced border security.  Securing the land and water borders in southern
> Iraq is a complex and significant challenge, but we are working now to make our
> efforts at interdiction more effective.[40]

### (iii)     IRGC-QF SPECIAL GROUPS (2006-2011)

60.     As noted above, Iran materially supported numerous Special Groups inside Iraq to

perpetrate terrorist attacks on U.S. and Coalition Forces in Iraq.  I discuss below the primary

Special Groups deploying Iranian EFPs against U.S. Forces and U.S. civilians in Iraq.

### a.     Asa'ib Ahl al-Haq ("AAH")

61.     As noted above, Qais Khazali was a pupil of Muqtada al-Sadr's father and later

one of Muqtada al-Sadr's senior deputies.  But he also maintained an uneasy rivalry with the

younger al-Sadr that occasionally devolved into open hostilities.  Khazali had accompanied Sadr

to Tehran in 2003, and he maintained contact with senior IRGC-QF leadership when he assumed

control of Special Group cells after 2004.  In 2006, he began calling the Special Group cells

under his command "Asa'ib Ahl al-Haq" ("AAH").  At first, AAH appears to have remained

within JAM's orbit.  Its emergence as a semi-independent entity, however, likely resulted from

assessments made by senior Hezbollah commanders, including Ali Musa Daqduq, who had

travelled to Iraq at the IRGC-QF's behest to evaluate the training, organization and effectiveness

of the Special Groups.

[40] PX-17 [SECDEF WEEKLY UPDATE 2-8 June 2008, MNF-I Commander's Weekly Assessment, SECRET, Declassified].

25

62.     Qais Khazali and Akram Kaabi were among the more capable JAM commanders, and Hezbollah identified them for the IRGC, cultivated them and ultimately recruited them to serve as direct proxies of the IRGC-QF.[41]  AAH's January 2007 attempt to capture American hostages in the city of Karbala signified a declaration of independence from Sadr and JAM.[42]

63.     Thereafter, despite the capture and detention of the Khazali brothers, AAH continued to function as a full-fledged Iranian-backed terrorist organization because of the significant funding, training and supply of weapons it received from the IRGC, and from the training it received from, and close cooperation it maintained with, Hezbollah.  AAH was able to maintain a fairly high-level offensive tempo from mid-2007 until the departure of U.S. Forces at the end of 2011 and Qais Khazali emerged from U.S. detention to become one of Iraq's most important political leaders.  In sum, from 2006 to 2011, AAH operated as Iran's direct terror proxy targeting U.S. personnel at the direction of Hezbollah and the IRGC-QF.  Iran harbored elements of its leadership (and their families), trained and supplied its operatives, funded the AAH cells, and directed them to commit attacks on Americans in Iraq.

### b.     Kata'ib Hezbollah

64.     Galvanized by its success with the creation and support of AAH, Iran's IRGC-QF tapped Da'wa and Badr Corps veteran Abu Mahdi al Muhandis to form a new Special Group, KH.  Muhandis was an advisor to IRGC-QF Commander Qasem Soleimani[43] and a veteran

---

[41] Following the capture of the Khazali brothers, Kaabi took over AAH's leadership.  He was designated by the U.S. Treasury and continued attacking Coalition and Iraqi Security Forces.  Press Release, U.S. Dep't of Treasury, "Treasury Designates Individuals and Entities Fueling Violence in Iraq" (Sept. 16, 2008), https://www.treasury.gov/press-center/press-releases/Pages/hp1141.aspx.

[42] This was almost certainly true of Qais Khazali personally, though many members of AAH continued for some time to overlap with JAM.

[43] Knights, *supra* note 22, at 12.

terrorist.  Muhandis was wanted in Kuwait for his roles in the 1983 bombings of the U.S. and

French embassies in Kuwait City, and in the 1985 assassination attempt on the Kuwaiti Emir.[44]

It was during this period that Muhandis developed his personal and operational relationships

with his Lebanese counterparts and future Hezbollah leaders, Imad Mughniyeh and Mustafa

Badreddine.

65.     In July 2009, Muhandis and KH were both designated terrorists by the United

States government. [45]  The State Department press release announcing the designations stated:

> Muhandis formed, as of early 2007, a Shi'a militia group employing instructors from
> Hezbollah [sic] to prepare this group and certain Jaysh al-Mahdi (JAM) Special
> Groups for attacks against Coalition Forces. The groups received training in guerilla
> warfare, handling bombs and explosives, and employing weapons--to include
> missiles, mortars, and sniper rifles. In another instance as of September 2007, al-
> Muhandis led networks that moved ammunition and weapons--to include explosively
> formed penetrators (EFPs)--from Iran to Iraq, distributing them to certain JAM
> militias to target Coalition Forces. As of mid-February 2007, al-Muhandis also ran a
> weapons smuggling network that moved sniper rifles through the Iran-Iraq border to
> Shi'a militias that targeted Coalition Forces.[46]

66.     Like its Special Group predecessors, KH was also known for using EFPs.  The

U.S. Department of Defense was already describing KH in 2008 as "receiv[ing] funding,

training, logistics and material support from Iran to attack Iraqi and Coalition Forces using what

the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-

hulled vehicles – and other weapons such as rocket-assisted mortars."[47]

---

[44] *Id.*

[45] *See* Press Release, U.S. Dep't of Treasury, "Treasury Designates Individual, Entity Posing Threat to Stability in
Iraq" (Jul. 2, 2009), https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

[46] Press Release, U.S. Dep't of Treasury, *supra* note 45.

[47] American Forces Press Service, "Coalition Captures Kataib Hezbollah Suspects, Numerous Others," DoD News,
U.S. Department of Defense, August 26, 2008.

67.     In a July 2010 press briefing, MNF-I Commanding General Ray Odierno described KH as "clearly connected to Iranian IRGC."[48]  Gen. Odierno further identified KH as the group behind increased threats to U.S. bases in Iraq and confirmed once more that its operatives had gone to Iran for special training before returning to Iraq to carry out attacks.[49]

68.     In sum, from 2007 to 2011, KH served as Iran's direct terror proxy targeting U.S. personnel at the direction of Hezbollah and Iran's IRGC-QF, which harbored its leadership, trained and supplied its cadres, funding and directing them to commit attacks on Americans in Iraq.

### c.     The Sheibani Network

69.     The Sheibani Network was a hybrid Special Group that received training from Hezbollah and weapons, financing and training from the IRGC-QF.  Former Badr Corps member Abu Mustafa al-Sheibani was the head of the eponymous network.  Sheibani was (and is) effectively an IRGC-QF operative who ran Badr Corps smuggling operations into Iraq before 2003 and was dispatched after the U.S.-led invasion to cement his arms-trafficking network and infiltrate Badr Corps operatives back into Iraq.[50]  Sheibani's network extensively supplied Special Groups after 2004 and was a key supplier of EFPs to Special Groups. In addition to

---

[48] Jim Loney, "Iran-backed force threatens U.S. Iraq bases – general," *Reuters* (July 13, 2010); Bill Roggio, "Iranian-backed Shia terror group remains a threat in Iraq: General Odierno," *The Long War Journal* (July 13, 2010).

[49] *Id*.

[50] Michael Eisenstadt et al., *Iran's Influence in Iraq: Countering Tehran's Whole-of- Government Approach*, The Washington Institute for Near East Policy, Policy Focus #111, at 23 (April 2011); Felter & Fishman, *supra* note 22, at 38.

supplying weapons to the Badr Corps and Special Groups, Sheibani developed and commanded

his own terror cells, responsible for numerous attacks against Coalition and Iraqi Forces.[51]

 70. In 2007, as MNF-I efforts to combat the Special Groups threat intensified,

Sheibani himself was forced to flee Iraq.  As General Petraeus reported to Secretary Gates:

> On the Shi'a side, our special operators conducted 12 operations that resulted in 14
> enemy KIA and 16 detained, to include 8 cell leaders and an Iraqi associate of a
> senior officer in IRGC-Quds Force who was involved in the facilitation and transport
> of Iranian weapons into Iraq.  We're also seeing more indicators that the senior JAM
> leadership may be in some disarray.  Sadr remains in Iran, and the senior JAM
> leader, Sheik Shaybani [sic], has also left Iraq, moving his family to Iran with him,
> though we expect him back fairly soon.  Other JAM leaders have been moving back
> and forth between Iran and Iraq as well.[52]

 71. In early 2008, the U.S. Treasury Department designated Sheibani for his terrorist

activities.[53]  The press release made public the following facts regarding Sheibani and his

network:

> [Al-Sheibani's] 'Iran-sponsored network was created to affect the Iraqi political
> process in Iran's favor.  The network's first objective is to fight U.S. forces, attacking
> convoys and killing soldiers.  Its second objective is to eliminate Iraqi politicians
> opposed to Iran's influence.  Elements of the IRGC were also sending funds and
> weapons to Al-Sheibani's network.'[54]

 72. Furthermore, the Sheibani network was reported to have conducted IED attacks

against Americans in the Baghdad region.  The designation cited as an example, "[a]s of March

2007, Al-Sheibani, known to transport Katyusha rockets to be used for attacks against Coalition

---

[51] Scott Modell and David Asher, *Pushback: Countering the Iran Action Network*, Center for a New American Security, at 13 (September 2013); Felter & Fishman, *supra* note 22, at 38.

[52] PX-18 [SECDEF WEEKLY UPDATE 15 July – 21 July 2007, MNF-I Commander's Weekly Assessment, SECRET, Declassified].

[53] Press Release, U.S. Dep't of Treasury, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq" (Jan. 9, 2008), https://www.treasury.gov/press-center/press-releases/Pages/hp759.aspx.

[54] *Id.*

Forces, launched rockets against Americans and made videos of the attacks to get money from Iran."[55]  Another example concerned a group member who supervised the transport of money and explosives from Iran to Baghdad.[56]  The press release also noted that the network "assisted members of a Shi'a militia group by transporting them to Iran for training and providing them with weapons for their activities in Iraq."[57]

73.      Sheibani was also reported to "command[] several pro-Iranian insurgent groups in southern Iraq that work to destabilize Iraq and sabotage Coalition efforts.  These groups use a variety of weapons, to include mortars, Katyusha rockets, and anti-tank landmines.  Ordered by IRGC headquarters to create disorder, the task of these groups is to attack bases of Coalition Forces in southern Iraq, particularly British forces."[58]

### d.      The Promised Day Brigades ("PDB")

74.      After Hezbollah and the IRGC-QF began their takeover of the Special Groups in 2006-2007, JAM receded to a degree.  In the summer of 2007, Sadr declared a six-months ceasefire and a ban on attacking Coalition Forces.  For much of 2007-2008, he was also embroiled in political disputes with rival Shi'a parties, and JAM engaged in violent clashes with Badr in Diwaniyah, and more importantly in Karbala during a religious festival.

75.      The political upheavals of this period are beyond the scope of this report, but in June 2008, al-Sadr announced his intention to disband JAM to focus his organization on social,

[55] *Id.*

[56] *Id.*

[57] *Id.*

[58] *Id.*

cultural and religious activities.[59]  Sadr further proclaimed in July that he would maintain an elite force, the PDB, to carry out attacks against Coalition Forces.[60]

76.     The PDB was a mere shadow of the JAM forces that Sadr commanded in 2004-2006, but like other Special Groups, it received funding, training and weapons from the IRGC-QF and Hezbollah. The PDB also made extensive use of EFPs.  For example, in August 2009, General Ordierno reported to Secretary Gates that the PDB was responsible for the 15 EFP attacks that were perpetrated that month in Baghdad.  The report also noted "many of [the PDB's] fighters are now returning from Iran, following extensive training, in time to influence elections."[61]

77.     After PDB's announced formation, Gen. Odierno moved aggressively to neutralize it before it could establish itself by conducting operations to disrupts its activities, target its existing networks, and discourage its recruitment efforts.  PDB nonetheless survived and continued to attack Coalition Forces, in part because Sadr's movement was too large and entrenched to disappear altogether, but primarily because the IRGC-QF and Hezbollah sustained it – in keeping with the IRGC's long-time policy of investing in all Shi'a factions.[62]  In short, from 2008 to 2011, PDB served as an Iranian terror proxy for targeting U.S. personnel. Hezbollah and the IRGC-QF periodically harbored its leadership, trained and supplied its operatives, and funded Sadr to sustain their efforts, which included attacks on Americans in Iraq.

---

[59] Sadr was at this time in retreat from his unsuccessful contest with Maliki and his government for dominance within the Shi'a community.

[60] See Cochrane, *supra* note 9, at 37.

[61] PX-19 [SECDEF WEEKLY UPDATE 24 August – 30 August 2009, MNF-I Commander's Weekly Assessment, SECRET, Declassified].

[62] "Promised Day Brigades," Mapping Militant Organizations, Stanford University (updated Aug. 27, 2012), https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/249.

## VII.    DTRA Documents Support a Finding of Iranian
## Responsibility for EFP Attacks on U.S. Forces

78.    In response to Plaintiffs' subpoena, the Defense Threat Reduction Agency

("DTRA"), a federal agency charged with countering and deterring weapons of mass destruction

and emerging threats, produced an intelligence report entitled Wasit Province Study Update (the

"Wasit Report") bearing Bates number BURKS_DTRA_PROD_00006- 00024.[63]  That report

details 32 EFP events in Wasit Province in Iraq in January 2008.  The report notes, among other

things, that "[t]he EFPs in the Hilla area are smuggled in with produce trucks from Mahran . . .

Iran" and "[s]muggling between Iran and Iraq will continue as it has for hundreds of years."[64]

The report further notes that "Iran will continue to supply and train Iraqi surrogates but has a

vested interest in maintaining 'plausible deniability,'"[65] and that "[c]urrent US intelligence

community analysis indicates EFP technology and RPG 29s certainly were introduced to Iraqi

Shi'a militants by Iranian or Lebanese Hizballah actors."[66]

79.    The findings in the Wasit Report support my opinion that Iran was responsible for

and substantially contributed to all of the effective EFP attacks in Iraq.

80.    In response to Plaintiffs' subpoena, DTRA produced a JIEDDO Report entitled

"Counter IED Operational Integration Center, Iraq EFP TAI, RFS 3166 – Final Product –

Information Cutoff Date: 11/30/2007" ("11/30/2007 JIEDDO Report") bearing Bates number

BURKS_DTRA_PROD_00025-00073.[67]

---

[63]  PX-25 [BURKS_DTRA_PROD_00006-00024].

[64]  *Id.* at 007.

[65]  *Id.* at 008.

[66]  *Id.* at 014.

[67]  PX-20 [BURKS_DTRA_PROD_00025-00073].

81.     The 11/30/2007 JIEDDO Report details 736 EFP/IED incidents in the ITO (Iraqi

Theater of Operations) from 1 Dec 2006 to 25 Nov 2007 resulting in 806 Coalition Forces

casualties associated with 299 events/attacks with 134 killed in action and 672 wounded in

action.[68]  The executive summary in that report demonstrates Iran's key supporting role in those

EFP attacks:

> EFP networks are mostly comprised of JAM special group members with ties to IRGC-QF for supply and re-supply of EFPs and financing. . . . JAM receives financial and weapons support from Iranian Intelligence agents. An organized cell structure with redundant finance and weapons supply chains allow JAM members within Baghdad to be highly effective and provide quick reorganization should a member be captured by CF. Small arms, mortar and rockets, and IED/EFP attacks against Coalition Forces and Iraqi CF supporters are the primary targets for JAM operations.[69]

82.     The findings in the 11/30/2007 JIEDDO Report support my opinion that Iran was

responsible for and substantially contributed to all of the effective EFP attacks against U.S.

Forces in Iraq.

---

[68] *Id.* at 5.

[69] *Id.* at 4.

VIII.  **Evidence Regarding the Attacks on the Four**
       **U.S. Servicemen Named in the Complaint**

83.     U.S. Army Regulation 15-6 authorizes a commander to direct a fact-finding investigation for a wide variety of incidents.  Typically, one investigating officer is charged with conducting the investigation, taking testimony from everyone involved.  The investigating officer then prepares an AR 15-6 report of his findings once the investigation is complete.  AR 15-6 investigations and reports are used for many things, including to investigate attacks on U.S. service members in Iraq.  Because they are prepared for commanders and other Army officers to rely on, they must be thorough and accurate. Those extremely important reports allow U.S. military commanders to learn information regarding prior attacks that they use to prevent future attacks and provide information to the families of U.S. service members injured or killed in those attacks about what happened to their loved ones.

84.     As discussed below, I have reviewed the AR 15-6 reports for the attacks on Plaintiffs Burks, Hochstetler and Tiffner, all of which provide evidence that those servicemen were the victims of an Iranian-sponsored EFP attack.

85.     I have reviewed a declaration of Colonel Kevin McDonnell (ret.), who was the Commander of all Special Operations Forces in Iraq in 2007 and Captain Tiffner's commanding officer.  Colonel McDonnell explains the reasons why no there is no available AR 15-6 investigation report exists regarding the attack that injured for Plaintiff Nantz.

## A. **Attack on Plaintiff Captain Hochstetler**

86.     DTRA has produced a SIGACT Report[70] ("Hochstetler SIGACT Report") that explicitly discloses that the August 23, 2007 attack on Captain Hochstetler's convoy was an EFP attack for which Iran was responsible.[71]

87.     The Hochstetler SIGACT Report concludes that the Iusayn'Alwan Abd-Al-Sadahs Improvised Devise Cell with ties to Iran was responsible for the attack on Captain Hochstetler's convoy.[72] That report also concluded that the EFP that injured Captain Hochstetler was "Iranian made" and that the Abd-Al-Sadahs Cell "works with Iranian insurgents."[73]

88.     The Hochstetler AR 15-6 confirms that an EFP destroyed his vehicle and severely wounded Hochstetler.[74]

89.     Captain Hochstetler was awarded the Purple Heart Medal for his combat injuries.[75]  In the Army Request form for his Purple Heart citation, the Army acknowledged that Captain Hochstetler was the victim of an EFP attack.[76]

## B. **Attack on Lieutenant Peter Burks**

---

[70] SIGACT is a reference to a Significant Activity Report.  Those reports were prepared by various U.S. Army groups in the filed in Iraq, such as Combined Explosives Exploitation Cells CEXC platoons, Weapons Intelligence Teams, Weapons Technical Intelligence analysts and Explosive Ordnance Disposal technicians concerning evidence gathered from the scene of an IED attack in Iraq, including EFP attacks.

[71] PX-10 [Hochstetler SIGACT Report].

[72] *Id.* at 00118.

[73] *Id.*

[74] *See* PX-38 [Hochstetler AR-15-6 Report] at 2, 9, 15, 35, 36.

[75] PX-4 [Purple Heart Personnel Action and Purple Heart Certificate of James David Hochstetler].

[76] *Id.* ("Request the following Service Member be awarded the Purple Heart Medal for wounds received as a result of an enemy Explosive Formed Projectile.").

90.     In 2007, there were many Shi'a militia groups that were prevalent in the area of the attack on Lieutenant Peter Burks that were directly backed by Iran or Iran's proxy Hezbollah.

91.     DTRA produced another report in response to Plaintiffs' subpoena entitled "Abu Sajad al-Gharawi - Target Package -OBJ WELLINGTON (As of 04 July 2008)."[77]  That report notes:  "Abu Sajad al-Gharawi has direct links to the IRGC-QF  . . . Gharawi [oversees]  . . .a lethal aid facilitation network that specializes in the smuggling of weapons components and financial support from Iran into Iraq."  It further notes: "A JAM special group is most likely responsible for the EFP" detonated on November 14, 2007.

92.     The EFP detonated on November 14, 2007 is the explosion that killed Lieutenant Burks.  According to the former Secretary of Defense Mark T. Esper, this report specifically attributes the attack on Lieutenant Burks to a JAM militia controlled by Abu Sajad al-Gharawi an Iranian operative.  *See* Secretary Esper's Second Declaration of November 3, 2020 (Docket Entry #50) at paragraph 7 ("DoD has also released information stating that Jaysh AlMahdi, an organization linked to Iran, was likely responsible for the attack on Second Lieutenant Peter Burks.").

93.     DTRA produced a report in response to Plaintiffs' subpoena entitled "Report 14 0815C Nov 07 EFP ATTK (NOT IED) on 4-2 SCR IN KARKH (prepared by C3 OPS)."[78]  That report also establishes that Lieutenant Burks was killed by an EFP attack.

94.     While the precise location of the attack is redacted, the report refers to an attack on a three-vehicle U.S. Army convoy in Karkh (western portion of Baghdad) across the street from the Ministry of Public Affairs, which is where Lieutenant Burks was killed.  The report also

---

[77] PX-11 [BURKS_DTRA-PROD_00388–00390].

[78] PX-12 [BURKS_DTRA_PROD_00107-00112].

notes that there were "5 WIA" (wounded in action) and "1 KIA" (killed in action), which corresponds with the injury and death toll of the Burks attack.[79] The report includes photos of the attack location and notes "First Stryker of three vehicle convoy was struck by [redacted] EFP just prior to turning into Checkpoint 2 (IZ)."[80]

     95.    The AR 15-6 Report for the Burks attack also acknowledges that Second Lt. Burks was killed in an EFP attack.  Indeed, the title of that report is "EFP Attack Resulting in the Death of Second Lieutenant Peter Burks."[81]

     96.    The Burks AR 15-6 further notes:

> "The EFP used in the attack was a 6-8 EFP array with each array being 6"-8"
> diameter. The EFP weighed approximately 50lbs and had the dimensions of
> approximately three feet wide by one foot long by one foot high."[82]

I know from my experience as the Director of JIEDDO and as a Commanding General in Iraq that such a sophisticated EFP array could not have been deployed without the approval, direction and tactical assistance of the IRGC and/or loyal Iranian-sponsored Shi'a militia.

### C.  Attack on Plaintiff Captain Tiffner

     97.    The attack on Captain Tiffner took place 150 meters from the Adhamiyah Bridge (east Baghdad).[83]  This is a Shi'a-dominated area that has a history of Shi'a militia malign activity.

---

[79] *Id.* at 00107.

[80] *Id.* at 00111.

[81] PX-21 [Burks AR 15-6 Report] at 3, 9 ("Upon entering the International Zone, the first Stryker(P32) of a three vehicle convoy was struck by an 6-8 array EFP just prior to turning into Checkpoint 2 . . . Burks was found to have no signs of life. 2LT Burks had signs of bleeding from his ears, nose, mouth and head.").

[82] *Id.* at 10.

[83] *See* PX-13 [Tiffner AR 15-6 report] at 6.

98.     The investigation of the attack states, "Team conducted analysis of Ml151 that had damage consistent with a 3 EFP Array.  Vehicle was struck at GRID MB 39286 90521 on 071430NOV07."[84]  And, further, the "Post-Blast Analysis confirms that the attack, was, in fact, an EFP."[85]

99.     Given the location of the attack on Captain Tiffner and the post-blast analysis conclusion he was attacked with an EFP, I am confident the attack on Captain Tiffner was the work of Iran-supported Shi'a militia.

100.     The AR 15-6 Report for the Tiffner attack also acknowledges that Cpt. Tiffner was killed in an EFP attack.  That report notes: "The cause of CPT Tiffner' s death was an Explosively Formed Penetrator (EFP) that struck his right side, causing multiple traumatic injuries."[86]

**D.  <u>Attack on Plaintiff Sergeant First Class Nantz</u>**

101.     Based on my discussions with Colonel McDonnell, Sergeant Nantz's commanding officer at the time of his attack in Iraq, and my review of Col. McDonnell's Declaration, I understand that the attack on Sergeant First Class Nantz took place in the Baghdad Al Jadida neighborhood of Baghdad, Iraq on December 22, 2006, when Sgt. Nantz's Humvee was attacked by an EFP while the vehicle was proceeding in a three-vehicle convoy.

102.     In late 2006, there were many Shi'a militia groups that were prevalent in the area of the attack on Sergeant First Class Nantz that were directly backed by Iran or Iran's proxy Hezbollah.

---

[84] PX-26 [BURKS_DTRA_PROD_00341-00352] at 00341.

[85] PX-13 [Tiffner AR 15-6 report] at 6.

[86] *Id.*

103.     The U.S. Army post-attack medical report on Sergeant First Class Nantz indicates copper shrapnel was removed from his body after the attack.[87]  The presence of copper shrapnel is a key indicator of an EFP weapon as the effective EFPs use a copper shape charge as the penetrator.  I know of no other weapon used in Iraq that would leave copper shrapnel behind at the point of attack and there is no copper inside the U.S. military vehicle that could serve as shrapnel.

104.     Based upon this "signature" existence of copper shrapnel in Sergeant First Class Nantz' body and the report from Colonel McDonnell noted above, I feel confident concluding that Sergeant First Class Nantz was attacked with an EFP and that Iran provided the effective EFP to the Shi'a militia that carried out the attack.

## IX.     CONCLUSION

105.     Based on the foregoing, it is my opinion that all four U.S. servicemen named in the complaint were the victims of EFP attacks sponsored by Iran.  It is also my opinion that Iran was directly and indirectly responsible for all of the effective EFP attacks against U.S. forces and U.S. civilians in Iraq.

Nov 11, 2021

Dated: November ___, 2021

Michael Oates (Nov 11, 2021 16:35 CST)

Michael Oates

---

[87] *See* PX-3 (U.S. Army medical report) at 3; PX-35 (image of copper shrapnel); PX-43 (Nantz Declaration, at ¶ 2).