UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAN BURKS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 16-cv-1102 (CRC) |
| | ) | |
| v. | ) | |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF KEVIN MCDONNELL**

I, Kevin McDonnell, declare pursuant to 28 U.S.C. § 1746, subject to penalties of perjury, as follows:

**Background & Qualifications**

1. I am a paid contractor of the Perles Law Firm, PC.

2. I make this Declaration on my own personal knowledge in support of Plaintiffs' motion for entry of default judgment as to liability and motion for class certification.

3. I served as Commander of the Combined and Joint Special Operations Task Force – Arabian Peninsula (CJSOTF-AP) - Iraq from Jun 2005 to February 2006, and from August 2006 to April 2007. In this capacity I was Commander of all theater Special Operations Forces in Iraq (Operation IRAQI FREEDOM), consisting of 5,400 personnel including U.S. Army Special Forces, U.S. Navy SEALs, U.S. Air Force Special Operations Aviation elements, U.S. Interagency staff elements, British Special Forces, and the Iraqi Special Operations Forces Brigade. Under my command these forces conducted full spectrum combat operations, civil-military

1

    development, and infrastructure development in critical areas, as well as provided command, control, communications, intelligence, logistics, and fiscal support for all theater Special Operations Forces assigned in Iraq (Operation IRAQI FREEDOM) that conducted Direct Action, Special Reconnaissance, Foreign Internal Defense and Combat Advisory missions, Civil Affairs, Psychological Operations, Information Operations, and special technical operations, in support of nine Multi-National Division (MND) commanders. CJSOTF-AP created special conditions inside the geographic area assigned to nine MND commanders to defeat enemy insurgent networks, develop the support of the civilian population, build a top-end indigenous security capacity, and enable conventional and general purpose forces to achieve their Commanders' objectives.

4. I also had the additional duties of establishing and commanding Task Force 17. Established at the direction of General George W. Casey, Jr., in November 2006, Task Force 17's mission was to counter malign Iranian influence by tracking and interdicting Shi'a militia networks receiving material, financial, training, and weapons supplies and support from Iran's Islamic Revolutionary Guard Corps, which would then target US personnel and conduct destabilizing operations against the Iraqi government. This mission was accomplished with an extensive network of overlapping intelligence disciplines that involved host national personnel and CJSOTF-AP sub-units across the country in areas that suffered from significant malign Iranian influence.

**EFP Attack on Sergeant First Class Randolph Delbert Nantz's Convoy**

5. On December 22, 2006, Sergeant First Class Randolph Delbert Nantz was riding in a

Humvee in a three-vehicle convoy in the Baghdad Al Jadida neighborhood of Baghdad, Iraq.

6. At the time of this attack, Sergeant First Class Nantz served in CJSOTF-AP under my command.

7. Sergeant First Class Nantz's convoy had just pulled into a side residential street when it was engaged by a sophisticated ambush of multiple weapon systems that engaged every vehicle in the convoy. One of these weapons was an explosively formed penetrator ("EFP") device. This particular engagement continued for two days as my forces tried to recover what was left of the vehicles. Every time the recovery force went in, the firefight started up again. As a result, we were not able to recover normal forensic evidence from the vehicles in the convoy that would have revealed every type of weapon used in the ambush. Therefore, we were not able to determine, until Sergeant First Class Nantz reached level-one trauma care and copper shrapnel was detected in his tissue, that he and his vehicle had been struck by an EFP. The attack occurred at the location marked in the image below:



3

8. The only groups capable of carrying out an EFP attack at this time and location were the Iranian-backed Shi'a militias I was tasked with defeating.

9. Sergeant Nantz was sitting in the back right seat and was struck in the backside. The EFP's slug of molten copper, particles of which were removed from Sergeant Nantz's body during surgery, tore through his buttocks and deposited copper shrapnel in his body. Sergeant Nantz's injuries included third-degree burns over 22% of his body, large muscle tissue loss, severe nerve damage, and the amputation of his left leg below the knee. I know this because I have reviewed Nantz's medical records, discussed these injuries with Nantz, and because I have seen the actual slug of copper that was removed from his body.

10. To the best of my knowledge, an investigation report pursuant to Army Regulation 15-6 ("AR 15-6 investigation report") was not generated regarding the December 22, 2006 attack. This is not surprising to me because, as discussed in Paragraph 7, the EFP attack that injured Nantz was part of a multi-day fire fight with Iran-backed Shi'a militias, so it was not safe for investigators to approach the damaged vehicles.

11. I know the location of the December 22, 2006 attack because it was part of my duties to know the location and cause of any casualties inflicted on troops serving under my command. Accordingly, this information was reported to me contemporaneously along the chain of command.

**EFP Attack on Captain Benjamin Tiffner's Convoy**

12. On November 7, 2007, Captain Benjamin Tiffner was riding in a Humvee approximately 150 meters from the Adhamiyah Bridge in Baghdad when his vehicle was struck by an EFP, killing him.

4

13. A U.S. Army AR 15-6 investigation report was generated for this attack. I have reviewed the copy of this report obtained by Captain Tiffner's family and find it to be authentic, and its findings reliable. The Tiffner family requested a copy of this report from the U.S. Army and received it directly from the headquarters of U.S. Army Special Operations Command, Fort Bragg, N.C. U.S. Army AR 15-6 investigation reports are prepared to be accurate under U.S. Army Regulation 15-6. They are a U.S. Army Commander's best tool to investigate incidents using the sworn statements of participants and forensic evidence. These reports are used to make findings of fact, correct deficiencies and pursue additional actions. These reports are therefore relied upon by Commanders at all levels of the U.S. Army to carry out their missions.

14. Additionally, I obtained an authentic copy of a dash camera video of the November 7, 2007 attack on Captain Tiffner's vehicle recorded on a device in another U.S. Army vehicle traveling in Captain Tiffner's convoy. This video was provided to me by the team Sergeant who was traveling in the vehicle equipped with the dash camera in the November 7, 2007 attack. I also generated still frames from that video. True and correct copies of the video appear at Plaintiff's Exhibit ("PX")-27, and the still frames at PX-28.

**EFP Attacks on Other U.S. Forces**

15. I know from my tenure as Commander of CJSOTF-AP in Iraq that Iran's crucial role in EFP attacks was not widely known or acknowledged among conventional forces at the time of these attacks.

16. PX-44 (CENTCOM EFP statistics Iraq 2005-2011) is a spreadsheet reflecting a compilation of data that the Perles Law Firm P.C. obtained from the U.S. Department

5

of Defense's ("DOD") United States Central Command ("CENTCOM"). CENTCOM's area of responsibility includes the Middle East and Iraq. I assisted the Perles Law Firm, PC in drafting the FOIA request that resulted in the release of the data contained in PX-44. That exhibit is a combination of several graphs and tables obtained from CENTCOM representing a collection of Field Intelligence Reports or Cache Reports, and Casualty Reports regarding U.S. Forces in Iraq.

17. PX-44 lists 1,534 EFP detonations/attacks resulting in 196 deaths and 861 injuries to coalition forces in Iraq. Each of these incidents is listed by date, time, and grid coordinates. The six-digit grid coordinates of each detonation are accurate to within 100 meters, the eight-digit grid coordinates are accurate to within 10 meters, and the ten-digit grid coordinates are accurate to 1 meter.

18. The EFP incidents listed in PX-44 are likely underinclusive because, as was the case for Sergeant First Class Nantz, the scene of a given EFP attack was sometimes too dangerous for the collection of forensic evidence that would generate the field intelligence reports used to prepare the CENTCOM data reflected in PX-44.

19. That said, Exhibit 44 is still an excellent tool for identifying the vast majority of EFP attacks in Iraq during the Class Period and for confirming that a particular incident involved an injury or death by an EFP. As with Sergeant First Class Nantz, other individual attacks that do not appear on the list can still be identified through later-collected evidence, such as medical treatment reports, autopsy reports, and U.S. Army AR 15-6 investigation reports. In other words, while this list does not include *every* EFP event, every EFP event on this list has been thoroughly vetted by CENTCOM and DOD.

Dated: November 11, 2021

*Kevin McDonnell*
Kevin McDonnell (Nov 11, 2021 14:40 EST)

Kevin McDonnell