UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) No. 16-cv-1102 (CRC)<br>) |
| vs. | )<br>) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' STATUS REPORT**

On April 9, 2024 this Court ordered Plaintiffs to "file a status report by April 23, 2024, detailing the status of this action and any plans to file a motion for default judgment." Plaintiffs hereby notify the Court that earlier today they filed a renewed motion for default judgment as to liability for all Plaintiffs but Randolph Delbert Nantz, a motion for appointment of special master to calculate damages, and a motion for stay as to the claims of Mr. Nantz during the pendency of the plaintiffs' petition for rehearing en banc and potential petition for certiorari in *Borochov. v. Islamic Republic of Iran,* No. 22-7058 (D.C. Cir.). ECF 67. Like Mr. Nantz's claim, the claims at issue in *Borochov* turn on whether terrorist attacks that do not result in a death can form the basis of a cause of action under 28 U.S.C. § 1605A.

Dated:  April 23, 2024						Respectfully submitted,

<div style="margin-left:3em">

/s/ Steven R. Perles
Steven R. Perles (D.C. Bar No. 326975)
Edward B. MacAllister (D.C. Bar No. 494558)
Joshua K. Perles (D.C. Bar No. 1031069)
PERLES LAW FIRM, PC
816 Connecticut Avenue, NW
12th Floor
Washington, DC 20006
Telephone:  (202) 955-9055

James P. Bonner (*pro hac vice*)
Patrick L. Rocco (*pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone:  (908) 586-2045

*Attorneys for Plaintiffs*

</div>