# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) No. 16-cv-1102 (CRC) |
| | ) |
| vs. | ) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JAMES HOCHSTETLER**

I, James Hochstetler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is James "Jim" Hochstetler, and I am a plaintiff in the above captioned action.

2. I am a United States national.

3. I was born in June 1978, in Bloomington, Illinois.

4. My adoptive stepson, Kyle Marshall, ex-wife Leanne Renfro (formerly Hochstetler), daughter P.H. and son James "Jimmy" Hochstetler II are also plaintiffs in the above captioned action.

5. I graduated from West Point in 2000 with a B.S. in Engineering Management in the top 10% of my class. I was the first person from my hometown in Illinois to attend the Academy. During the Academy, I was selected for a highly selective Combat Diver Qualification Program which I completed in July of 1999. (1 of 25 selected).

6. Upon graduation, I was commissioned as an Infantry Officer and went to Fort Benning for my Infantry Officers Basic Course. Based upon my performance, I was selected to attend Ranger School. After an Assignment to Hawaii as an Infantry Officer I applied to and was

allowed to attend Special Forces Assessment and Selection. I was then assigned to Fort Bragg for Special Forces training for about 20 months. Based on my performance there, I was selected for the 5th Special Forces Group. I got blown up about a year later in Iraq while doing a Pre-Deployment Site Survey.

7. Leanne and I were married from January 2001 to February 2015.

8. We knew each other in high school, but didn't start dating until my last semester at West Point, after we met at the 100th Night Dance.

9. At the time we got married, Leanne had a child from a previous relationship, Kyle. Even before Leanne and I were married, and to this date, Kyle has been my son in every meaning of the word. From age 4 on, Kyle and I lived together in the same house, I provided for him, we ate meals together as a family, I took him to school, provided all the advice and support a father would. I loved and treated him as I loved and treated my two biological children with Leanne, Jimmy and P.H. Kyle's biological father played no substantial role in his upbringing. I formally adopted Kyle when he was 17.

10. After Leanne and I got married, she joined me in Hawaii, where I was stationed. We lived there together for three years, and that was where Jimmy was born in 2003.

11. During that time, our family explored Hawaii together. There's a lot to do. We took hikes to waterfalls, enjoyed the ocean, and the local food. My work in the Army kept me busy, but I always tried to make time for my family.

12. On August 23, 2007 I was on a Pre-Deployment Site Survey when my vehicle was struck by an EFP. The last thing I remember clearly from that day is looking out the window as I sat behind the driver of our Humvee. I have flashes of memory, but nothing coherent.

2

13. The next thing I remember was waking up at Balad air base, hopped up on morphine. Someone told me to call my wife and tell her I was alive, then put a phone in my hand. I left her a message. They transferred me to Landstuhl, Germany where I underwent many surgeries to save my eye and hand, which were both heavily damaged. I had also lost most of my nose.

14. Eventually, they sent me to Walter Reed where the initial reconstruction surgery took 18 hours. My face was more fractured than they thought. They rebuilt my nose out of cartilage from my ears and skin from my forehead. It was so damaged that the recovery was miserable. I didn't want to get hooked on pain meds—I had heard about that happening—and so was in nearly constant pain as I convalesced from the initial surgeries. I was allowed to return home but had to travel back for subsequent facial reconstruction surgeries.

15. After the injury, I also began having intense migraines, which built over time to occur on a daily basis and continue to this day.

16. It has been hard for me to admit, but perhaps the most impactful injury I received in the attack was a Traumatic Brain Injury, which has worsened over time. My judgment, emotional regulation, and executive functioning have all dropped off over time. It has ruined my life and I don't know how long it will be before the injury overtakes me completely.

17. Before the injury I was a rock star. I finished in the top 10% of my class at West Point, I had exemplary performance throughout my military career, including in Special Forces. I could have done anything after I had gotten out. My former peers are congresspeople and business executives. They're crushing it. And I'm sitting here like, "why am I behind the curve?" Am I not working hard enough? Now I'm living out of a suitcase, living in my car, scraping up change to go get a power bar from the gas station. I went from rock star to sh**bird.

3

18. Brain injuries do not age well. They just progressively worsen. I've had to learn to operate more within my limits. I have to operate in short bursts of functionality, but I can't do that all day. I can do it for a couple hours and I gotta stop.

19. It's been shameful and embarrassing, my inability to perform professionally. I feel like I've failed in so many ways. And to me, that's probably the most emotionally traumatic aspect of any of it. Guys like me are taught that "failure's not an option," right? In training, we were told that "dying is quitting," and I would never abandon the people relying on me, but it just hurts so much, it's so ******* painful and exhausting that it seems better to die. I would never kill myself, ever, but I can't help but think about it sometimes.

20. If my family could just get stable economically, it would take the biggest weight off my neck. It's this struggle of how do I not fail as a father and give the kids what they deserve now and ten years from now that's been the hardest thing. My Mom and Dad are both alive. But you know my dad got a job at Caterpillar tractor company right as the Economic Recession of the 80s hit and he got laid off. And that he spent his next 10-15 just struggling to make ends meet. It's one of the reasons I went to the Academy. I never wanted to be in a situation where I couldn't get a job and take care of my family.

21. Though I didn't recognize it at the time, I had intense survivor's guilt for the two servicemen killed in the same EFP attack that injured me, and for Ben Tiffner who was killed in a different EFP attack. I didn't lose a hand, I didn't die. My team was over there without a Captain and I had just lost one of my best friends. What if something happened to them while I was recovering? I insisted on redeploying. I was living with pain of 7-8 on a daily basis, ignoring the warning lights, and this just became my norm.

4

22. In 2014, when I finally decided to get treatment for my migraines, I was prescribed a drug that, unbeknownst to me, impaired my ability to drive. After waking up with my vehicle in a ditch, I realized it was time to medically retire, which I was allowed to do. I was too broken and a liability to the team.

23. After the injury, I just stopped being able to recognize myself. I made impulsive choices I never would have before the injury. I made investments that were financially ruinous. I had negative interactions with law enforcement, one of which resulted in me being shot multiple times while under restraint. I lost four units of blood and nearly died. These are things I would never have done before my injury. There is no question in my mind that the changes in my cognition contributed directly to my divorce with Leanne. I wasn't the same man she married, but I'm doing everything I can to meet my responsibilities as a father.

24. It's been so long since the attack, and I still feel like I've been in this constant state of being ambushed. It's been so hard for me to recognize these changes in myself, because I'm living in it. It's been so hard for me to ask for help, and to share these things with my lawyers and with the Court.

Dated:_____

James David Hochstetler (Apr 18, 2025 11:58 EDT)

James Hochstetler

5