Exhibit 4

**James P. Kelly, MA, MD, FAAN, FANA**
Kelly Neuroscience Consulting, LLC
12635 E. Montview Blvd., Suite 141
Aurora, CO  80045


May 12, 2025


Joshua Perles
Perles Law Firm, P.C.
816 Connecticut Ave NW, 12th floor
Washington, DC 20006


Re:     *James Hochstetler*


Dear Mr. Perles:


Thank you for inviting me to consult on the above noted case in which the central questions are whether Mr. Hochstetler sustained a Traumatic Brain Injury (TBI) in the wartime incident on August 23, 2007, and whether that injury underlies the documented changes in his mental abilities, emotional control and personal behavior.

As you know, I am an academic Neurologist with a subspecialty in Behavioral Neurology.  I am Board Certified as a Neurologist by the American Board of Psychiatry and Neurology.  I hold the academic rank of Professor Emeritus of Neurology and Physical Medicine & Rehabilitation (PM&R) at the University of Colorado School of Medicine where I teach and engage in clinical research.  My career focus has been on advancing our understanding of TBI and its neurobehavioral consequences.

Since completing my training in 1989, my professional work has encompassed clinical care, research, education, training, and development of clinical practice guidelines for the management of TBI, including defining TBI, as you will see later in this report.  I had the opportunity to work for the US Department of Defense at Walter Reed National Military Medical Center where I led the establishment of a TBI center for active-duty military personnel who had sustained TBIs from blows to the head and from explosive blasts, a topic of particular relevance to this case.  I later created a TBI institute for military veterans,

many of whom had been exposed to explosive blasts.  More than three thousand such patients have been treated at these medical centers since they were founded.  I have attached my CV and a short bio for your review.

In preparing this report, I have reviewed medical records and written declarations made by the plaintiffs.  I have interviewed two eyewitnesses who were on the scene in Iraq on the day of the attack, I have interviewed and examined Mr. Hochstetler, and I have reviewed the sworn declarations of Mr. Hochstetler, of his ex-wife Leanne Renfroe (on behalf of herself and their minor child P.H.), and of his sons Kyle Marshall, and James Hochstetler II.  I have included pertinent scientific references which address the issues of TBI caused by explosive blasts.

*Medical Records Review:*

Medical records reflect the following facts. James Hostetler was serving in Iraq as a special forces officer on a routine pre deployment check on August 23, 2007 when his vehicle was struck by an explosive device known as an explosively formed projectile. This apparently was a surprise attack which came without warning. He was injured at the time, airlifted to Balad Air Base in Iraq for emergency care, and then transferred to Landstuhl Germany / Ramstein Air Base hospital where he received additional early surgical intervention for his injuries. His injuries at that time were known to be severe facial injuries with burns, eye injuries, and the near-total amputation of his nose. His right hand was also injured by the explosive shrapnel and blast forces.

He was then flown to the United States where he underwent multiple surgeries at Walter Reed Army Medical Center in Washington DC. He required medical rehabilitation interventions as well,  including speech therapy, occupational therapy and physical therapy. Medical records indicate that an MRI scan was performed at the National Naval Medical Center in Bethesda on 8/28/2007 which revealed a lesion in the posterior inferior aspect of the right temporal lobe which was consistent with a traumatic contusion. Medical records show that an MRI scan of the brain performed on 12/28/2007 again revealed the right medial temporal contusion resulting from the blow to his head.

Mr. Hostetler's diagnosis during his hospitalization included facial reconstruction with the removal of retained fragments, post traumatic headaches, migraine headaches, tinnitus, TBI and post-concussion syndrome.

Subsequent medical records continue to show all of those diagnoses at VA medical centers including post-traumatic stress disorder (PTSD) and Attention Deficit Hyperactivity Disorder (ADHD).  He did not have the diagnosis of ADHD as a child or young man.  He later screened positive for TBI within the VA system January 26, 2017. A follow-up MRI scan

performed just two weeks before that TBI screen was said to reveal resolution of the cerebral contusion that had been seen acutely.

I had a telephone interview with Robert (Rob) Hunt, then US Army Capt. of the Team SF Goup, of one eyewitness at the scene who was seated in the from passenger seat of the same vehicle.  He stated that this occurred at approximately 11:40 AM on August 23, 2007 just south of the city of Baghdad. He said that he was speaking with Hochstetler 30 seconds prior to the attack and was fully awake, aware and cognizant up until the explosion. He states that Hochstetler had been chosen as the incoming team leader on a new assignment, indicating that superior officers and commanders had confidence in Hochstetler's abilities to lead the mission.

Rob Hunt states that the blast was produced by a 5 EFP array aimed at about head height at the driver side windows of the vehicle as it passed. The driver seated next to him was struck and killed.  The gunner who was partially outside the roof of the vehicle said, "I'm hit" and fell to the floor.  Rob described being hit in the face by the projectile components. The vehicle continued to move forward for some span of time period he didn't say anything at the time.  An interpreter who was seated behind him in the vehicle on the passenger side was also killed. He looked back and saw James Hochstetler slumped forward, seemingly facing downward and not speaking. He did not respond to Rob's verbal questions.

He himself is not sure whether he was briefly rendered unconscious and estimates that it took him 90 seconds or more after the blast to get to the other side of the vehicle. Mr. Hochstetler could not engage when addressed so Rob had to open the door for him, extricated from the vehicle and then place him on the ground next to the vehicle. After sitting him down, he rolled James Hochstetler forward to stop the bleeding and clear out his nasal passages. He noticed that Hochstetler was having trouble breathing and had to clear his oral airway of blood and debris. He provided first aid and assessed the rest of the situation. He assumes it took about an hour for medevac helicopters to arrive. Both he and James Hochstetler were taken to Balad, with Hochstetler on a litter.

In a second telephone interview, I spoke with Chris Love, the team Sergeant at the time. Chris has subsequently retired from the military. He states that on the day of the attack, he was in a separate vehicle farther back in the convoy and on involved by the blast effect. He knew that Jim Hochstetler was in the lead vehicle which tripped the device that shot the EFP's, assuming that there were three or more projectiles which were shot off simultaneously. The projectiles went through the driver's side the back seat of the driver side and the rear of the vehicle. He saw the plume and the vehicle careening off the road.

He estimates that it was about 5 minutes by the time he was able to approached the vehicle that Jim Hochstetler had been in. At that point Jim was sitting down beside the vehicle. He seemed to be conscious but not fully alert, seeming more confused. Jim was not able to move himself in any way or manage his own physical needs. Jim was then airlifted by helicopter medevac to Balad.

Chris states that he has maintained contact with Jim Hochstetler over the years. He knows that Jim returned to the deployed setting after the months of treatments for his multiple injuries. He states that Jim's demeanor has changed from the way he behaved prior to this episode. He seems more agitated. He is no longer carefree and "chill" as he had been prior to the incident. He indicated that he intends to continue to maintain contact with Jim Hochstetler in the future.

*Clinical Interview:*

I met James Hochstetler for the first time on March 15, 2025 when he traveled to Colorado for this independent medical examination. During the clinical interview he described the vehicle he was in as an 'up armored Humvee' with a rhino front. He recalls being in the vicinity of a town in Iraq, sitting behind the driver in the vehicle. He has no independent recollection of the explosion. He does have a brief recollection of sitting next to the vehicle after he was removed from it, but no contiguous memories of events at the scene. He has some flashes of memory of the firefight that ensued right after the attack on his vehicle, but no distinct recollection of those details nor many hours thereafter. He has no independent recollection of the helicopter medevac transportation that arrived to take him Balad Air Base for emergency medical treatment.

During his 3-day hospital stay at Balad, he assumes he was given pain medications which may have also affected his memory. He does vaguely recall making a phone call to his wife and leaving her a voicemail message that he was injured but OK and just wanted her to know. He has no independent recollection of the flight back to the United States for his admission to Walter Reed Army Medical Center. He does recall being aware that the hospital was so busy that he was admitted to a woman's OB GYN unit which was the only place a hospital bed was available.

He underwent surgeries for reconstruction of his nearly amputated nose, using cartilage from an ear and skin from his forehead. He had surgical repair of the injury to his right hand and eye surgery for the injuries sustained from the blast.

Following the surgical procedures and rehabilitation care he continued to experience headaches and required various therapies and physical fitness exercises to address being deconditioned. He maintained active duty status and opted to return to Iraq to continue

4

with the mission he had been assigned originally. However, that transition and return to his duties over the 2008 to 2010 time frame were uncomfortable and physically challenging without periods of relaxation to fully recuperate. His headaches became more of a problem. He assumed additional duties in offices and training assignments for short deployments. He remained in a garrison environment for a span of time within the special operations community, with assignments at Fort Campbell and at Fort Bragg. During these changes in assignments his headaches worsened.

He describes his headaches as starting around his right eye and working across to the left. They are common in the middle of the day when he begins to experience a draining of his energy. At times he would work out rather than take a lunch break but sometimes saw stars and head throbbing in his head. The headaches last until he is able to fall asleep. He sometimes requires medications in order to fall asleep or uses NyQuil to attain sleep onset.

He even tried changing his diet so that he would have a breakfast which he had previously typically not eaten but found no change in the headache pattern or timing. He saw no relationship of the headaches to stress as his job, which he did not consider stressful. Headaches occurred even while he reduced his coffee intake and was eating a healthy diet.

He moved to Hawaii for an additional military assignment and to attend graduate school. His family joined him. While in Hawaii, he thinks his headache intensity was lessened and wondered at the time if the atmosphere and predictably nice weather played a role. He was never able to identify clear dietary precipitants for his headaches. He was prescribed Elavil and Sumatriptan to treat his headaches. However, changes in his behavior affected his marital relationship and a divorce followed. He had previously aimed at bringing in more income for his family by taking risky roles while on active duty, and had been promoted to the rank of major while in Iraq. He was later able to complete his MBA and felt he had distinguished himself as a student, pushing through the headaches and other injury-related symptoms.

He was stopped by police and charged with driving while intoxicated (DWI) which started him on a downhill path, in his opinion, leading to his leaving the military. He was not contemporaneously aware that the medications he was taking at the time plus alcohol in combination were problematic, especially since he has no recall of parts of the DWI episode. He eventually initiated the medical board process for his discharge from the military.

*Medications:*

Flexeril PRN for relaxation of muscle tension at bedtime. Meloxicam for joint pain. Celebrex works best but is too expensive. Sumatriptan to abort headaches (rarely used).

Past medical history: no prior history of headaches of any consequence prior to his injury. He knows that his behavior has been a problem for the year since his injury. Medical care has provided some medications as interventions, such as Adderall and Klonopin to help with his fluctuations in mood and irritability, but nothing seems to benefit for long. He had an altercation with the civilian police during which he was shot in the chest while being arrested. He required no surgery other than a chest tube placed to help drain his chest to reinflate his collapsed lung.

*Past Medical History:*

He was in good health and physically fit prior to his injuries in Iraq.

*Family History:*

He has five brothers with no family history of headaches.

*Social History:*

He grew up in Illinois. Attended The United States Military Academy at West Point where he graduated in the top 10% of his class. He pursued special forces training thereafter where his service record was exemplary. He was married and is currently divorced. He has one biological son and one biological daughter through that marriage, and he adopted one son of his wife from a relationship prior to their marriage.  He has one child from a more recent relationship, now living near his 6-year-old son and his mother from whom he is currently separated. He supports his children financially to the best of his ability.

He is working with an old colleague now. Some travel for business development is required, but much of his work is done from home remotely. He feels that he can't get out of "mission mode" and that he is still locked into "operator mode".

*Review of Systems:*

He reports being forgetful. He knows he is easily irritated and prone to anger. His symptom checklist includes agitation and difficulty sitting still, decreased attention, feeling nervous and anxious, and having sleep disturbance. He describes typically having four to five hours of sleep per night, rarely 7 or 8 hours.

He does not think he has PTSD, and he is not easily startled. However, he can't fully experience joy and gratification. He has difficulty relaxing.

6

He has lost his sense of smell since his injuries which causes a diminished taste sensation. Symptoms he checked in the review of systems list include fatigue, neck pain, neck stiffness, tinnitus slash ringing in the ears, nasal congestion, runny nose, postnasal drip, sinus pressure, sore throat and voice change. Head and neck symptoms include eye pain, "floaters" in his left eye, eye redness and photophobia slash sensitivity to light. He has a frequent cough and chest pain. He has intermittent diarrhea. He describes joint aches, back pains, difficulty walking, joint swelling and muscle aches. Neurological symptoms include dizziness, headaches and lightheadedness.

Physical examination: height 5 feet 7 inches. Weight approximately 170 lbs. This 46 year old right-handed man is muscular and generally fit. There are obvious surgical scars of his right hand, nose, and scars with wrinkling of his forehead (graft site).

These are all signs of his facial and extremity injuries, not dysmorphic or congenital in nature. He has a bullet wound scar to the right of his sternum and the right side of his spine where the bullet passed through. There is a right axillary line chest tube scar and shrapnel scars on the left side of his neck. There are no carotid or supraclavicular bruises. Heart sounds are normal period lungs are clear.

*Neurological Examination:*

On mental status testing he was awake, alert, fully cooperative and able to follow instructions. He was oriented to time, place, person and situation. His speech was clear with a regular rate and rhythm as well as volume and prosody. His thought process was logical and coherent. His mood was calm.

He obtained 30 out of 30 points on the Mini Mental State Examination (MMSE). He was able to copy a simple geometric figure of over overlapping pentagons with two minor line corrections. He had to make one correction of an error in drawing the face of a clock in which he set the hands at 5 minutes after 11 when the instruction was to set the hands at 10 minutes past 11. He obtained 27 out of 30 points on the Standardized Assessment of Concussion (SAC), missing three points for being unable to recall any of the 5 words from the earlier immediate memory verbal test. He conflated earlier parts of our conversation and examination with the word list he was to memorize, and substituted words by guessing.

Language skills of comprehension, fluency, reading, writing, repetition and naming were all within normal limits.

*Cranial Nerve Examination:*

Cranial Nerve I - no ability to detect the odors of coffee grounds or scented soap.

7

Cranial Nerve II - intact to double simultaneous stimulation in all quadrants fundoscopic examination was obscured on the left due to injury changes.

Cranial Nerves III, IV, VI - the left pupil is larger than the right and irregular, reacting less so than the more normal pupillary reactions to light and accommodation on the right. The eyes moved in a conjugate fashion in all directions without nystagmus.

Cranial Nerve V - intact sensation with some patchiness of sensory loss on the left side of his face and in the vicinity of his nose where the injuries were most obvious. Muscles of mastication were of normal strength and bulk.

Cranial Nerve VII - the face moved symmetrically on forced and spontaneous expressions with the exception of the frontalis muscle which was distorted and limited by scarring from the skin graft procedure to bring blood supply and tissue to his nose reconstruction.

Cranial Nerve VIII - able to hear soft sounds such as finger rubbing next to his ears. Weber test did not lateralize to either ear. Rinne test found air conduction greater than bone conduction bilaterally.

Cranial Nerves IX and X - the palate elevated symmetrically on phonation and swallow was normal.

Cranial Nerve XI - normal strength and bulk of the sternocleidomastoid and trapezius muscles.

Cranial Nerve XII - the tongue deviated to the right on multiple attempts to project his tongue forward. There was no obvious muscle atrophy of the tongue.

*Motor Examination:*

All extremity muscle groups were of normal strength, bulk and tone throughout. There was no drift of the upper extremities with eyes closed and fine finger movements were normal bilaterally. He was able to stand from a chair without the use of his arms.

*Sensory Examination:*

Sensation throughout the body was intact to pinprick, temperature, light touch, proprioception and vibration. Romberg was negative.

*Muscle Stretch Reflexes:*

Reflexes were absent throughout the upper and lower extremities at all joints, even with reinforcement through clenching his teeth and gripping his hands together.

*Coordination:*

Finger-nose-finger, rapid alternating movements, heel-knee-shin, and tandem gait were all grossly within normal limits with subtle uncertainty and corrective changes only.

Toes were down-going to plantar stimulation bilaterally. There were no frontal lobe release signs present.

*Impression:*

This pleasant and intelligent 46 year old former Special Forces US Army officer sustained a traumatic brain injury at the time his vehicle was struck by an EFP in Iraq on August 23, 2007. Evidence of his traumatic brain injury were eyewitness reports of his unresponsiveness consistent with loss of consciousness for minutes, the amnesia for the event immediately surrounding the blast itself, eyewitness reports of his inability to participate in his own extrication from the vehicle or attend to his own medical needs, and the subsequent post-traumatic amnesia for events following the injuries he sustained.

The brief recollections he reports of the firefight at the scene and being seated next to the vehicle are very brief examples of "islands of memory in the sea of amnesia" which have been reported in the medical literature for many decades. (Levin)

His examination reveals a subtle short term memory deficit manifest by his inability to recall a five-word list over a span of five minutes.  More worrisome is the fact that he substitutes other words he had heard, thus misremembering without awareness of his error.

His physical examination finds the residual effects of the traumatic injuries to his face and right hand.  The finding of the loss of the sense of smell may be due to the known physical tissue injury to nasal structures, to trauma to his olfactory nerves, or a combination of these injuries. This loss of the ability to smell odors puts him at risk of being aware of noxious or dangerous odors in his environment.

The deviation of his tongue to one side seems likely due to an injury to right Cranial Nerve VII, the right hypoglossal nerve. This would also be due to the blast.

He exhibited very subtle balance and equilibrium deficits which he is aware of and works to overcome.  This is due to the blast effect as well.

The diagnosis of traumatic brain injury is further confirmed by the evidence of a cerebral contusion on the under surface of his right temporal lobe in the inner posterior aspect described in the MRI scan. His mental clouding around the time of his urgent medical care in Iraq, more extensive medical care in Germany and then surgical care in the United States

9

likely includes some medication effects which interfered with his ability to track events and later recall them.

When cerebral contusions are seen on brain imaging such as his MRI scans months apart, it is well recognized that less visible injury occurs adjacent to those lesions and likely elsewhere in the brain on a microscopic level due to the blast effect injuring brain tissue. These more diffuse tissue injuries are below the threshold of conventional neuroimaging scanners to detect. We also now know that blast injuries of this magnitude are associated with microscopic injury leading to scarring in the brain unique to the blast wave effects. These anatomical injuries are known to affect cognitive functions, alter personality features, and predispose to disinhibited behaviors, easy distractibility, irritability in a pattern commonly thought of as a "short fuse".

Based upon a reasonable degree of medical certainty, my opinions are as follows:

1. James Hochstetler sustained a traumatic brain injury on   while on military duty in Iraq when his vehicle was struck by an EFP. His injury meets criteria for the diagnosis of TBI determined by the National Academy of Neuropsychology in 2009 and criteria most recently established by the American Congress of Rehabilitation Medicine in 2023. (Ruff) (Silverberg)

2. The force of such explosive blasts is now known to cause a specific type of brain injury called interface astroglial scarring seen on microscopic analysis of brain tissue at autopsy which cannot be detected on CT scans or MRI scans.  (Shively)

3. His TBI could be categorized as either a complicated mild TBI (meaning with an identified focal traumatic lesion on brain imaging) or a moderate TBI, based on the length of post-traumatic amnesia. Neurobehavioral outcomes are known to be worse in those with complicated mild TBI compared with those with uncomplicated mild TBI. (Levin) (CENTER-TBI)

4. A recent study of psychiatric symptom severity in a large cohort of military personnel who were less seriously blast-concussed that Hochstetler revealed that they experienced more severe PTSD anxiety, depression, and sleep disturbance on self-report measures and clinician assessments than those military personnel who were deployed without blast injuries.  (McDonald)

5. He was rendered unconscious by the blast and remained so for several minutes while unresponsive and motionless in the vehicle. He required extrication from the

vehicle by others at the scene. The blast effect led to unconsciousness by causing diffuse brain injury immediately upon impact, complicated by the presence of a brain contusion in the medial aspect of his right temporal lobe adjacent to and part of the limbic system which controls emotional regulation.

The human limbic system is a complex network of brain structures that monitor and regulate emotional behavior. Injury to the limbic system is known to cause impairment of emotional regulation leading to mood swings, irritability, anger outbursts, behavioral disinhibition, and verbal or physical aggression. His irritability, short fuse, restlessness and his self-perceived need to keep in motion are directly related to the state of anxiety and agitation resulting from the limbic system injury. These new vulnerabilities predispose him to interpersonal conflict and social disruption in his premorbid lifestyle and pattern of interactions with others. (Maresca)

6. His cognitive deficits, psychological problems and neurobehavioral conditions subsequent to this incident, as described to me during our discussion, and as recorded in his declaration and those of his family members, are entirely due to the injuries he sustained at the time. There is no indication in his previous history to suggest that he had these problems as pre-existing conditions. Entire textbooks have been written on the neurobehavioral consequences of traumatic brain injury, describing in great detail the range of behavioral, cognitive and emotional changes following such injuries. (Levin)

Sincerely,

James P. Kelly, MD

James P. Kelly, MD
Professor Emeritus
University of Colorado School of Medicine

11

Levin, Harvey S., Benton, Arthur L., Grossman, Robert G. Neurobehavioral Consequences of Closed Head Injury. Oxford University Press. New York: 1982

Ruff RM, Iverson GL, Barth JT, Bush SS, Broshek DK et al. (2009). NAN Policy and Planning Committee. Recommendations for Diagnosing a Mild Traumatic Brain Injury: A National Academy of Neuropsychology Education Paper. Archives of Clinical Neuropsychology 24 (2009) 3–10.

The American Congress of Rehabilitation Medicine Diagnostic Criteria for Mild Traumatic Brain Injury. Noah D. Silverberg, PhD, Grant L. Iverson, PhD, ACRM Brain Injury Special Interest Group Mild TBI Task Force members: Archives of Physical Medicine and Rehabilitation 2023;104:1343−55

Shively SB, Horkayne-Szakaly I, Jones RV, et al. (2016). A distinctive pattern of interface scarring in human brain after high explosive exposure. The Lancet Neurology Aug;15(9):944-953, 2016.

Christine L. Mac Donald, PhD; Jason Barber, MS; Jana Patterson; Ann M. Johnson; Sureyya Dikmen, PhD; Jesse R. Fann, MD, MPH; Nancy Temkin, PhD. Association Between 5-Year Clinical Outcome in Patients With Nonmedically Evacuated Mild Blast Traumatic Brain Injury and Clinical Measures Collected Within 7 Days Postinjury in Combat. *JAMA Network Open.* 2019;2(1):e186676. doi:10.1001/jamanetworkopen.2018.6676

Post-Concussion Symptoms in Complicated vs. Uncomplicated Mild Traumatic Brain Injury Patients at Three and Six Months Post-Injury: Results from the CENTER-TBI Study. Daphne C. Voormolen, Juanita A. Haagsma, Suzanne Polinder, Andrew I.R. Maas, Ewout W. Steyerberg, Petar Vulekovi, Charlie A. Sewalt, Benjamin Y. Gravesteijn, Amra Covic, Nada Andelic, Anne Marie Plass, Nicole von Steinbuechel and on behalf ofthe CENTER-TBI Participants and Investigators. J. Clin. Med. 2019, 8, 1921; doi:10.3390/jcm8111921

Traumatic Brain Injury and Related Antisocial Behavioral Outcomes: A Systematic Review. Giuseppa Maresca, Viviana Lo Buono, Anna Anselmo, Davide Cardile, Caterina Formica, Desiree Latella, Angelo Quartarone and Francesco Corallo. Medicina 2023, 59, 1377. https://doi.org/10.3390/medicina59081377

**James P. Kelly, MA, MD, FAAN, FANA** *(Academic Behavioral Neurologist / TBI Specialist)*

Dr. Kelly is President of Kelly Neuroscience Consulting, LLC, Co-Owner of Valor (Hockey Helmet) Industries, LLC and Chief Medical Officer of Oragenics, Inc.  He is the Former (Founding) Executive Director of the Marcus Institute for Brain Health (MIBH) and Professor Emeritus of Neurology and PM&R at the University of Colorado School of Medicine in Aurora, CO.  The MIBH is a specialized treatment program funded by the Marcus Foundation to care for US military Veterans with persistent symptoms of TBI from direct blows to the head and from explosive blasts.  He was also National Director of the Avalon Action Alliance TBI Programs for which the MIBH served as the clinical coordinating center.

His prior position was Director of the National Intrepid Center of Excellence (NICoE) at Walter Reed National Military Medical Center in Bethesda, MD.  As its founding Director, he led the creation of an innovative interdisciplinary team of healthcare professionals who blended high-tech diagnosis and treatment with complementary and alternative medical interventions in a holistic, integrative approach to the care of US military personnel with the complex combination of TBI and psychological conditions such as post-traumatic stress, depression and anxiety.   In this role, Dr. Kelly was frequently called upon by leaders of the Military Health System in the Pentagon, the US Congress, the Department of Veterans Affairs and numerous military facilities in the continental US and abroad.  He twice traveled to Afghanistan to advise and assist at military hospital programs and forward operating base medical units.

Additional positions, accomplishments and honors include:

- Inaugural Chairman of the US Defense Health Board TBI External Advisory Subcommittee

- Lead author of the first sports concussion guideline for the American Academy of Neurology

- Co-author of the *Standardized Assessment of Concussion*, the most widely used mental status test for concussion in athletes, military personnel and the general population worldwide

- Co-author of numerous reports on advances in civilian and military concussion care through the US Department of Defense, the Centers for Disease Control, the American Academy of Neurology, and the international sports community (IOC, IIHF, FIFA, etc.)

- Director of the Brain Injury Program at the Rehabilitation Institute of Chicago

- Consulting neurologist for the Chicago Bears of the NFL and many elite athletes

- Founder of the Aspen Neurobehavioral Conferences which assembled the first international group of leaders in the field of TBI to develop consensus medical management guidelines

- Author/co-author of over 130 published medical articles, book chapters, reports and abstracts

- Numerous awards, honors, invited lectures and speaking engagements

- Inventor with two US patents related to head protection devices

# Curriculum Vitae

JAMES P. KELLY, MA, MD, FAAN, FANA
Kelly Neuroscience Consulting, LLC
12635 E. Montview Blvd., Suite 141
Aurora, CO  80045

**April 2025**

**POSITIONS**

President
Kelly Neuroscience Consulting, LLC
12635 E. Montview Blvd., Suite 141
Aurora, CO  80045
Phone 303-588-3395
Email – kellyneuro2015@gmail.com

Chief Medical Officer
Oragenics, Inc.
1990 Main Street, Suite 750
Sarasota, FL 34236
Website www.oragenics.com
Email – jkelly@oragenics.com

Principal / Partner
KLNP, LLC
3 Jennings Meadow Road
Cold Spring Harbor, NY 11724
Phone 303-588-3395
Email – kellyneuro2015@gmail.com

Principal / Partner
Valor Industries, LLC / Valor Hockey
28 Old Rudnick Lane
Dover, DE 19901
Website www.valorhockey.com

Professor Emeritus
Departments of Neurology and Physical Medicine & Rehabilitation
University of Colorado School of Medicine
12631 E. 17th Avenue, Mailstop C307 Aurora, CO 80045
Email – james.kelly@cuanschutz.edu
Website https://som.ucdenver.edu/Profiles/Faculty/Profile/6089

Professor Emeritus
Clinical Science Graduate Program
University of Colorado Graduate School
12401 E. 17th Avenue, Mail Stop B141
Aurora, CO 80045
Email – james.kelly@cuanschutz.edu

<u>**CURRICULUM VITAE**</u>                                   James P. Kelly, MA, MD, FAAN, FANA

Member, Scientific Advisory Board
NeuroTech Insights
803 S. College Road, Suite G
Wilmington, NC 28403
Phone 910-541-4248
Website www.neurotechinsights.com

Member, Medical Advisory Board
The Leigh Steinberg Foundation for Concussion, Traumatic Brain Injury and Brain Health
2901 W. Coast Highway
Newport Beach, CA 92663
Phone 949-270-2779
https://leighsteinbergfoundation.org/

**Past**

Founding Executive Director, Marcus Institute for Brain Health
National Director, Avalon Action Alliance TBI Program
Anschutz Health and Wellness Center
12348 East Montview Blvd. Aurora, CO 80045
Phone 303-724-4TBI (4824)
Email – james.kelly@cuanschutz.edu
Website https://medschool.cuanschutz.edu/mibh
Website https://www.avalonactionalliance.org/
2017 – 2024

Fellow, Military Service Initiative
George W. Bush Institute
2943 SMU Blvd.
Dallas, TX  75205
Website -- http://www.bushcenter.org/explore-our-work/issues/military-service-initiative.html
2015 - 2017

Founding Director- National Consultant/Scientific Advisor
National Intrepid Center of Excellence
Walter Reed National Military Medical Center
4860 South Palmer Road
Bethesda, MD 20889-5849
Phone 301-319-3603
Website – www.nicoe.capmed.mil
2009-2015

**EDUCATION**

BA  1974 - Western Michigan University
MA 1977 - Western Michigan University
MD 1983 - Northwestern University Medical School

**POSTGRADUATE TRAINING**

Internship, Clinical Psychology
Kalamazoo State Hospital
Kalamazoo, MI
1976

Internship, Clinical Psychology, MultiClinic
Western Michigan University
Kalamazoo, MI
1975 - 1977

**<u>CURRICULUM VITAE</u>**                          James P. Kelly, MA, MD, FAAN, FANA

Internship, Clinical Psychology, University Counseling Center
Western Michigan University
Kalamazoo, MI
1977

Practicum, Clinical Psychology
Rehabilitation Institute of Chicago
Northwestern University Medical School
Chicago, IL
1982 - 1983

Practicum, Clinical Psychology
Institute of Psychiatry
Northwestern University Medical School
Chicago, IL
1983 - 1984

Internship, Flexible/Transitional (Medicine and Surgery)
Michigan State University College of Human Medicine
Southwestern Michigan Area Health Education Center
Borgess and Bronson Hospitals
Kalamazoo, MI
1984 – 1985

Residency, Neurology
Department of Neurology
University of Colorado School of Medicine
Denver, CO
1985 - 1988

Fellowship, Behavioral Neurology and Neurotoxicology
Department of Neurology
University of Colorado School of Medicine
Denver, CO
1988 – 1989

**ACADEMIC EXPERIENCE**

Professor Emeritus
Departments of Neurology and Physician Medicine and Rehabilitation
University of Colorado School of Medicine
Aurora, CO
2024 – present

Professor
Departments of Neurology and Physical Medicine and Rehabilitation
University of Colorado School of Medicine
Aurora, CO
2017 - 2024

Clinical Professor
Departments of Neurosurgery and Physical Medicine & Rehabilitation
University of Colorado School of Medicine
Aurora, CO
2013 - 2017

**<u>CURRICULUM VITAE</u>**                                    James P. Kelly, MA, MD, FAAN, FANA

Professor
Departments of Neurosurgery and Physical Medicine & Rehabilitation
University of Colorado School of Medicine
Aurora, CO
2007 - 2013

Associate Professor
Departments of Neurosurgery and Physical Medicine & Rehabilitation
University of Colorado Denver School of Medicine
Aurora, CO
2004 - 2007

Adjunct Associate Professor
Department of Mechanical Engineering
North Dakota State University
Fargo, ND
2003 - 2024

Associate Professor of Clinical Neurology
Northwestern University, Feinberg School of Medicine
Chicago, IL
2000 - 2004

Associate Professor
Departments of Physical Medicine and Rehabilitation and Neurology
Northwestern University Medical School
Chicago, IL
1998 - 2000

Assistant Professor
Departments of Physical Medicine & Rehabilitation and Neurology
Northwestern University Medical School
Chicago, IL
1993 - 1998

Assistant Professor
Departments of Neurology, Surgery (Neurosurgery) and Psychiatry
University of Colorado School of Medicine
Denver, CO
1991 – 1993

Instructor
Department of Neurology
University of Colorado School of Medicine
Denver, CO
1988 – 1991

Adjunct Assistant Professor
MultiClinic, College of Health and Human Services
Western Michigan University
Kalamazoo, MI
1985 - 1986

Instructor
Science Department

4

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

Columbia College
Chicago, IL
1982 - 1983


**MILITARY EXPERIENCE**
United States Air Force Academy
Cadet 4th Class
June 1970 – November 1970
Honorable Discharge


**BOARD CERTIFICATION**
Provider Certificate, Advanced Trauma Life Support (ATLS), American College of Surgeons. 1985-1994

Diplomate, National Board of Medical Examiners. 1985

Diplomate in Neurology, American Board of Psychiatry and Neurology. 1991

Instructor Certificate, First Aid and Cardiopulmonary Resuscitation (CPR), American Red Cross. 2000


**LICENSES**
Michigan Medical Board 1985-1986

Colorado State Board of Medical Examiners 1986-present

Physician and Surgeon, Illinois Department of Professional Regulation. 1993-2004


**HONORS, SPECIAL RECOGNITION, & AWARDS**
Cum Laude, Western Michigan University, 1974

Kemper Medical Scholarship of Northwestern University Medical School, 1979-1983

National Institute of Mental Health, Summer Fellowship, 1980

University Scholar, The Graduate School of Northwestern University, 1982-1983

Chief Resident, Department of Neurology, University of Colorado School of Medicine, Denver, CO 1987-1988

Sheldon Berrol Clinical Services Award, Brain Injury Association, 1995

James Brady Award, Brain Injury Association of Illinois, 1997

Founder's Appreciation Award, Aspen Neurobehavioral Conference,1999

Castle Connelly Guide, How to Find the Best Doctors, Chicago Metropolitan Area, First Edition, 1999

Nationwide Register's Who's Who in Executives and Business, Life Member, 2000 Millennium Edition

**CURRICULUM VITAE**                                     James P. Kelly, MA, MD, FAAN, FANA

National Registry's Who's Who, Life Member, 2000 Edition

Fellow, American Academy of Neurology, 2000

Strathmore's Who's Who 2000-2001

Top Doctors, Chicago Metro Area, 2001-2003

Best Doctors in America, 2001-2010

Kingston's National Registry of Who's Who, Life Member, 2002 Edition

Journal of Athletic Training Clint Thompson Award for the Outstanding Non-Research Manuscript, 2002

Marquis Who's Who in Medicine and Healthcare, 4th Edition 2002, 5th Edition 2004, 6th Edition 2006-2007, 7th Edition 2008-2009

Marquis Who's Who in the World, 21st Edition 2003.

Member, American Neurological Association, 2003

Marquis Who's Who in America, 60th Edition 2005-2006

Colorado Boxing Commission, Boxing Commissioner, June 2007-June 2010

America's Top Doctors, Castle Connolly, 2010-2013

Department of Defense Joint Meritorious Unit Award to the Defense Centers of Excellence for Psychological Health and Traumatic Brain Injury, January 2010 - June 2012

Commissioned Kentucky Colonel, Commonwealth of Kentucky, 2012

Fellow, American Neurological Association, 2013

Member, Alpha Omega Alpha (AOA) Honor Medical Society, 2014

Military Officers Association of America Community Awardee, 2014

Honoree, Irish American Healthcare & Life Sciences 50, 2014 & 2015

American Congress of Rehabilitation Medicine Edward Lowman Award, 2022

Neuro Hero Award, Medical College of Wisconsin, 2023


**EDITORIAL APPOINTMENTS**
Journal of Head Trauma Rehabilitation
Issue Editor, April 1998

Applied Neurology
Editorial Advisory Board, 2005-2007

**<u>CURRICULUM VITAE</u>**                                          James P. Kelly, MA, MD, FAAN, FANA

<u>American Academy of Neurology</u>
Chairman, AANnews Subcommittee, Membership Committee, 2005-2009
Editor-in-Chief, AAN e-news, 2005-2009
Editor, AAN e-news, 2006-2009

<u>Ward Rounds, Northwestern University Feinberg School of Medicine</u>
Editorial Board, Ward Rounds / Northwestern Medicine Magazine, 2005-2009, 2011-2016

<u>Frontiers in Psychiatry</u>
Issue Co-Editor: Traumatic brain injury and post-traumatic stress disorder: from neurobiology to treatment. Volume 16, 2025

**Ad Hoc Reviewer**
<u>Annals of Neurology</u>
<u>Archives of Physical Medicine and Rehabilitation</u>
<u>American Journal of Preventive Medicine</u>
<u>British Journal of Sports Medicine</u>
<u>Child Abuse and Neglect: The International Journal</u> <u>Clinical Journal of Sport Medicine</u>
<u>Cortex</u>
<u>Doody's Health Sciences Book Review Journal</u>
<u>Journal of Neuroimaging</u>
<u>Journal of the American Medical Association</u>
<u>Military Medicine</u> <u>Neurology</u>
<u>Neuropsychiatry, Neuropsychology and Behavioral Neurology</u>
<u>Neurosurgery</u>
<u>Pediatrics</u>
<u>Psychological Reports</u>
<u>The Physician and SportsMedicine</u>

**NATIONAL RESPONSIBILITIES**
<u>Mayo Medical Center Regional Traumatic Brain Injury</u>
Advisory Council, 1993-1996

<u>Brain Injury Association of America</u>
(Formerly known as the National Head Injury Foundation)
Vice-Chair, National Advisory Council, 1994-1996
Board of Directors, 1996-1999

<u>American Academy of Neurology</u>
Preventive Neurology Task Force St. Paul, MN. 1995-1999
Public and Professional Information Committee St. Paul, MN. 1999-2002
Boxing Task Force St. Paul, MN. 2007- 2008

<u>National Football League</u>
Consulting Neurologist, Chicago Bears, 1995-2003

<u>National Highway Transportation Safety Administration, Pittsburgh, PA</u>
Subject Matter Expert for Paramedic: National Standard Curriculum 1996-1998

<u>National Advisory Panel for Traumatic Brain Injury Rehabilitation</u> Evidence Based Review, Agency for Healthcare Policy and Research Washington, DC. 1997-1998

**CURRICULUM VITAE**                              James P. Kelly, MA, MD, FAAN, FANA

National Center for Injury Prevention and Control, Centers for Disease Control and Prevention
Traumatic Brain Injury Brochure Expert Panel Atlanta, GA. 1997-1999
Traumatic Brain Injury Tool Kit Advisory Group Atlanta, GA. 2002-2003
Traumatic Brain Injury Education for Coaches Advisory Group Atlanta, GA. 2003-2005
Mild Traumatic Brain Injury and Mass Trauma Events Atlanta, GA 2003-2005
Brain Trauma Foundation mTBI Definition Group Bethesda, MD August 19, 2011-2014
Traumatic Brain Injury Rehabilitation Practices Workshop Atlanta, GA October 11, 2011 Concussion
Definition Consortium Task Force, 2014

U.S. Department of Health and Human Services
Traumatic Brain Injury State Demonstration Grant Advisory Committee, Health Resources and
Services Administration, Maternal and Child Health Bureau Washington DC  1997-1999

Aspen Neurobehavior Conference
Director and Co-Founder Aspen, CO. 1995-1999

American Board of Psychiatry and Neurology
Examiner Oral Examination (Part 2)1998-2008

Institute of Medicine
Neuropsychological Consequences of Head Impact in Youth Soccer Washington DC 2001-2002

National Trainers' Athletic Association
Pronouncements Committee Working Group on Sports Concussion Dallas, TX. 2002-2004

Department of Defense and Department of Veterans Affairs
TBI Initiatives Planning Group Lansdowne, VA. 2007-2008

Expert Committee, Management of Headache Following Concussion/Mild Traumatic Brain Injury,
Bethesda, MD. 2014

U.S. Department of Defense
Chairman, TBI External Advisory Subcommittee, Defense Health Board, Washington, DC
20082009

Mount Sinai Brain Injury Research Center
CDC Grant Advisory Committee, New York, NY.  2010

Feinberg School of Medicine, Northwestern University
Education Advisory Board, Chicago, IL 2010 - 2014

National Institute of Science, Space and Security Centers
Board of Advisors, University of Colorado at Colorado Springs, CO 2010 – 2011

Vision Center of Excellence
Panel member, Vision Consensus Conference, Visual Dysfunction Following Traumatic Brain
Injury: Referral and Rehabilitation, Arlington VA 2012

White House Joining Forces Initiative of the First Lady Michelle Obama and Dr. Jill Biden National
Intrepid Center of Excellence, Bethesda, MD January 10-12, 2012

U.S. Department of Defense
Secretary of Defense Symposium on Traumatic Brain Injury Pentagon, Arlington, VA June 12, 2013

**CURRICULUM VITAE**                          James P. Kelly, MA, MD, FAAN, FANA

National Collegiate Athletic Association-Department of Defense (NCAA-DoD) Grand Alliance
Concussion Assessment, Research, and Education (CARE) Consortium Scientific Advisory Board
Indianapolis, IN 2014-18

National Collegiate Athletic Association (NCAA)
Sport Science Institute Initiatives Concussion Registry for Youth Meeting Indianapolis, IN March 3,
2015

U.S. Congress
Congressional Neuroscience Caucus Washington, DC March 19, 2015

Foundation for the National Institutes of Health
Sport and Health Research Program Stakeholders Board Meeting Washington, DC March 31, 2015


**STATE RESPONSIBILITIES**
Colorado Head Injury Foundation
Vice-President, Board of Directors, Englewood, CO 1992-1993

Colorado Medical Society
Chairman, Sports Medicine Committee, Englewood, CO 1992-1993

Illinois Department of Rehabilitation Services.
Member, Governor's Head & Spinal Cord Injury Advisory Council, Chicago, IL 1994-1996

Epilepsy Foundation of Colorado Member
Professional Advisory Board, Denver, CO 2005-2009


**INTERNATIONAL RESPONSIBILITIES**
The Royal Hospital for Neuro-disability
Member, Working Party on the Management of the Vegetative State, London, England 1995

National Hockey League Players Association
Consulting Neurologist, Toronto, Canada 1999-Present

International Brain Injury Association
Board of Governors Washington DC 2003-2005

International Olympic Committee, International Ice Hockey Federation, Federation Internationale
de Football Associations Concussion in Sport Group
Member, Vienna, Prague, Zurich 2001-2008


**PROFESSIONAL SOCIETIES**
American Academy of Neurology. 1986-Present.
Chairman, AANnews
Subcommittee of the Practice Committee 2005-2007.
Public Relations Committee 2005-2007.
Editors-in-Chief Committee 2005-2009.
Membership Committee 2004-2008
AAN Media Experts Program 2011

American Congress of Rehabilitation Medicine, 1993-2023

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

Brain Injury Interdisciplinary Special Interest Group, 1993-2000

American Medical Association 1980-2003

American Neurological Association.  2003-present

Association of University Professors of Neurology, 1995-1999

Brain Injury Association (Formerly known as the National Head Injury Foundation), 1988- 2003.
    Board of Directors, 1996-1999.
    National Advisory Council. 1993-1996.
    Vice-Chair, 1994-1996.
    Strategic Planning Committee, 1994-1995.
    By-Laws and Association Agreement Committee, 1994-1998

Annual Symposium Planning Committee, Chicago Medical Society. 1994-2004

Colorado Head Injury Foundation, 1988-1993.  Board of Directors. 1992-1993

Colorado Medical Society, 1986-1993. Sports Medicine Committee. 1989-1993 Chairman,
Resident Physician Section, Denver, CO 1989

Colorado Society of Clinical Neurologists. 1990-1993 and 2004-present. President 2005-2007

Denver Medical Society. 1988-1994

Housestaff Association, University of Colorado Health Sciences Center and Affiliated Hospitals,
Denver, CO 1985-1989.  President 1988-1989

Illinois Council Against Handgun Violence. 1997-2004

Illinois State Medical Society, 1980-1983, 1994-2004  Medical
    Legal Council, 1980-1983

Society for Behavioral and Cognitive Neurology. 1991-present


**UNIVERSITIES/HOSPITAL RESPONSIBILITIES**
    University of Colorado School of Medicine at Denver, CO
    Assistant Dean, Graduate Medical Education, 1989-1993
    Pre-Clinical Neuroscience Course, Clinical Correlations Elective 1990
    "Clinical Correlations in Neuroanatomy" Elective Medical School Course, March-May1990
    Director of Resident Selection, Department of Neurology, 1990-1993
    Pre-Clinical Neuroscience Course, Core Curriculum, Lectures on Selected Topics, 1991-1993
    Given Biomedical Institute Steering Committee, 2004-2010
    Ethics in the Health Professions Ethics and Humanities, Small Group Facilitator, 2005-2006,
    2006-2007
    Neuroscience Block, Clinical Neurosciences IDPT6004 – 2nd year
    Lectures on Concussion, and on Stupor, Coma, Vegetative State, Minimally Conscious State &
    Brain Death, 2005-2020
    Neurologic Examination, Foundations of Doctoring 2005-2006, 2006-2007
    Ethics Panel on Surrogate Decision-making in Severe Brain Injury, Coma, Vegetative State and
    Minimally Conscious State
    Moderator and Participant, Neuroscience Block – 2nd Year, 2006

**<u>CURRICULUM VITAE</u>**                                   James P. Kelly, MA, MD, FAAN, FANA

Clinical Neurology Lecture Series in the Required Medical School Clerkship Course. Several lectures each year, 1988-1993

<u>University of Colorado Health Sciences Center</u>
Research Park Advisory Committee, Fitzsimons Redevelopment Authority, 2005-2009
Effective Change Management, University Leadership Development Institute, 2006-2007
Engagement Task Force, University Planning and Accreditation Committee 2007-2009

<u>University of Illinois School of Public Health</u>
Dissertation Committee for T. Bender-Pape "Assessment of the Minimally Conscious Patient-AMP" 1995-1999

<u>Northwestern University Medical School</u>
Medical Education Committee, Department of Physical Medicine and Rehabilitation, 1993-2000
Clinical Neurology Lecture Series in the Required Medical School Clerkship Course, Several lectures each year, 1993-2004
Problem Based Learning (PBL) Course, Faculty Tutor Pre-Clinical Year Core Curriculum, 1994-2004
Appointment, Promotion and Tenure Committee, Department of Physical Medicine and Rehabilitation, 1994-2000
Brain Injury Lecture Series, Department of Physical Medicine and Rehabilitation 1995-2000
The Profession of Medicine, Medical Ethics and Humanities Program, Faculty Facilitator, Pre-Clinical Core Curriculum, 1995-2004
Director, Neurology Residency Training Program, 1995-1999
Graduate Medical Education Committee, 1995-1999
Education Council, 1999-2002
Mentor of Kelly College and Faculty Member, 2000-2004
Patient, Physician and Society, and Faculty member, 2000-2004

<u>Riverside Medical Center</u>
Psychologist, Psychology Department and Program Coordinator, Adolescent Treatment Team, Mental Health Unit, 1977-1979

<u>Midwest Institute of Alcohol Studies</u>
Faculty Member, Workshop Leader, 1978-1979

<u>Northwestern University Medical School</u>
Teaching Assistant in Neuropsychological Assessment Course, Division of Clinical Psychology, 1981

<u>Northwestern Memorial Hospital</u>
Chief Extern, Medical Consultation Service, Institute of Psychiatry, 1983-1984
Attending Neurologist, 1994-2004
Research Committee, 1996-1999
Ethics Committee, 2001-2004

<u>Colorado Mental Health Institute at Fort Logan</u>
Consulting Neurologist and Electroencephalographer, 1988-1993

<u>Neuropsychiatry Conference</u>
Monthly 1989-1993

<u>Colorado Mental Health Institute at Pueblo</u>
Consulting Neurologist, 1988-1993
Neuropsychiatry Grand Rounds, Monthly 1989-1993
Geriatric Neuropsychiatry Conference, Monthly 1989-1993

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

University Hospital at Denver, CO
Attending Neurologist, 1988-1993
Attending Neurologist, Memory Disorders Clinic,1990-1992

Veterans Affairs Medical Center
Attending Neurologist, 1989-1992

Denver General Hospital
Attending Neurologist, 1989-1993

Spalding Rehabilitation Hospital, Denver, CO
Consulting Neurologist, Brain Injury Rehabilitation Services, 1990-1991

Mediplex Rehab-Denver, Thornton, CO
Consulting Neurologist, 1990-1993

Rocky Mountain Rehabilitation Institute, Aurora, CO
Consulting Neurologist,1992

Regional Head Injury Center for Rehabilitation and Prevention
(funded by National Institute of Disability and Rehabilitation Research, U.S. Department of
Education) Co-Director, 1993-1995

Columbus Hospital, Chicago, IL
Consulting Physician, 1994-1996

Rehabilitation Institute of Chicago
Educational Consultant, Psychology Department, (National Institute of Mental Health Summer
Fellowship), 1980 and 1981
Medical Director, RIC Day Rehab Center-Grand Avenue (formerly called the Center for
Neurorehabilitation and Re-Entry), 1993-1996
Director, Brain Injury Program, and Attending Physician, 1993-2000
Consulting Neurologist, 1993-2000 and 2001-2004
Injury Prevention Advisory Board, 1994-2000
Quality Improvement Task Force on Interdisciplinary Team Conferences, 1994-1998
Medical Director, RIC Day Rehab Center-Willowbrook, 1995-1996
Medical Records Committee, 1995-1997
Ethics Forum, 1995-2004
Outcomes Management Advisory Group, 1997-2000

The Center for Study of Disability Ethics
Founding member, 1999-2004

Chicago Neurological Institute
Medical Director, 2000-2004

University of Colorado Hospital
Neuroscience Unit Transition Planning Committee, 2006-2008
Attending Neurologist, 2004-2011

**<u>CURRICULUM VITAE</u>**                    James P. Kelly, MA, MD, FAAN, FANA

**GRANTS**

"The Neuropsychological Effects of Mild Head Injury," Pilot Project Denver General Hospital and University Hospital, Funded by Dept. of Psychiatry, University of Colorado School of Medicine, Denver, CO. Co-Principal Investigator, 1989-1994

"Metabolic Studies in Dementia, Aging and Demyelination," National Institute on Aging Program Project Grant AG09417 University of Colorado School of Medicine, Denver, CO. Senior Investigator, 1991-1993

"Altered consciousness and outcome following brain injury." Locally Initiated Grant Program, Edward Hines Jr. VAH, Health Services Research and Development Center of Excellence, Midwest Center for Health Services Research and Policy Studies. (LIP 42.063). Consultant, 1999

"A Prospective Study on Injury Assessment, Return to Play and Outcome Following Concussion in Athletes", Research Grant supported by the National Collegiate Athletic Association-NCAA Committee on Competitive Safeguards and Medical Aspect of Sports, Milwaukee, WI. Consultant, 1999-2003

"The Assessment of Consciousness Following Brain Injury." US Department of Education, National Institute on Disability and Rehabilitation Research, Mary E, Switzer Rehabilitation Research Program. (CFDA 84.133F). Consultant, 2000-2001

"Measurement, Treatment Effectiveness and Outcomes Post Severe Brain Injury." Department of Veterans Affairs, Office of Research and Development, Rehabilitation Research and Development. Consultant, (B2632-V) 2001-2004

"Can We Facilitate Consciousness after Severe Traumatic Brain Injury?" Department of Veterans Affairs, Office of Research and Development, Rehabilitation research and Development. (B3302K). Consultant, 2004-2007

"Neuroprotectants in Mild Traumatic Brain Injury", Subcontract with the National Rehabilitation Hospital, Department of Defense Grant, Co-PI 2005-2007

"A Double Blind Trial of Divalproex Sodium for Affective Lability and Alcohol Use Following Traumatic Brain Injury", Thomas P. Beresford, Denver Research Institute. Denver, Co (PT075168) Research Consultant, 2009-2016

"Emotional Dyscontrol in Veterans with Extended History of Mild Traumatic Brain Injury and Upright Balance Control and Auditory Sensory Processing Contributions", Jeffrey Hebert, US Department of Defense, Co-Investigator, 2022-2025.

**PUBLICATIONS Refereed Journal Publication/Peer-Reviewed Papers**

1. **Kelly JP**, Nichols JS, Filley CM, Lillehei KO, Rubinstein D, Kleinschmidt-DeMasters BK. Concussion in Sports: Guidelines for the Prevention of Catastrophic Outcome. <u>JAMA</u>; 266(20):2867-2869, 1991.

2. **Pennypacker** LC, Allen RH, **Kelly JP**, Mathews LM, Grigsby J, Kaye K, Lindenbaum J, Stabler SP. High Prevalence of Cobalamin Deficiency in Elderly Outpatients. <u>Journal of the American</u> Geriatrics <u>Society</u>; 40(12):1197-1204, 1992.

3. Burkhardt C, **Kelly JP**, Lim YH, Filley CM, Parker WD. Neuroleptic Medications Inhibit Complex I of the Electron Transport Chain. <u>Annals of Neurology;</u> 33:512-517, 1993.

4. Filley CM, **Kelly JP**. Alcohol and Drug-Related Neurotoxicity. Current Opinion in <u>Neurology and Neurosurgery;</u> 6:443-447, 1993.

**CURRICULUM VITAE**                                          James P. Kelly, MA, MD, FAAN, FANA

5.  Rubinstein D, Escott E, **Kelly JP**. Methanol Intoxication with Putaminal and White Matter Necrosis: MR and CT Findings. <u>American Journal of Neuroradiology</u>; 16:1492-1494, 1995.

6.  Schmidt MF, Garvin LJ, Heinemann AW, **Kelly JP**. Gender and Age-Related Role Changes Following Brain Injury. <u>Journal of Head Trauma Rehabilitation</u>; 10(4):14-27, 1995.

7.  McCrea M, **Kelly JP**, Kluge J, Ackley B, Randolph C. Standardized Assessment of Concussion in Football Players. <u>Neurology</u>; 48:586-588, 1997.

8.  **Kelly JP**, Rosenberg, JH. The Diagnosis and Management of Concussion in Sports.  <u>Neurology</u>; 48:575-579, 1997.

9.  **Kelly JP**, Rosenberg JH. American Academy of Neurology report: Practice Parameter: The Management of Concussion in Sports (Summary Statement).  <u>Neurology</u>**;** 48:581-585, 1997.

10.  Giacino J, Zasler N, Katz D, **Kelly JP**, Rosenberg J, Filley C. Development of Practice Guidelines for Assessment and Management of the Vegetative and Minimally Conscious States: Proceedings of the Aspen Neurobehavioral Conference. <u>Journal of Head Trauma Rehabilitation</u>; 12(4):79-89, 1997.

11.  **Kelly JP**, Rosenberg, JH. The Development of Guidelines for the Management of Concussion in Sports. <u>Journal of Head Trauma Rehabilitation;</u> 13(2):53-65, 1998.

12.  McCrea M, **Kelly JP**, Randolph C, Kluge J, Bartolic E, Finn G, Baxter B. Standardized Assessment of Concussion (SAC): Onsite Mental Status Evaluation of the Athlete. <u>Journal of Head Trauma Rehabilitation;</u> 13(2):27-35, 1998.

13.  Patyk M, Gaynor S, **Kelly JP**, Ott V. Touch-Screen Computerized Education for Patients with Brain Injuries. <u>Rehabilitation Nursing</u>; 23(2):84-87, 1998.

14.  Zuhosky JP, Dugan SA, Young JL, Rode RK, **Kelly JP**.  A Retrospective Review of the Incidence and Rehabilitation Outcome of Concomitant Traumatic Brain Injury and Ligamentous Knee Injury. <u>Archives of Physical Medicine and Rehabilitation</u>; 79:805-810, 1998.

15.  Hanlon RE, Demery JA, Montinovich Z, **Kelly JP**. Effects of Acute Injury Characteristics on Neuropsychological Status and Vocational Outcome Following Mild Traumatic Brain Injury. <u>Brain Injury</u>; 13(11):873-887, 1999.

16.  **Kelly, JP**. Concussion in Sports and Recreation. <u>Seminars in Neurology</u>; 20(2):165-171, 2000.

17.  Filley CM, Price BH, Weissberg M, Nell V, Morgan AS, Antoinette T, Bresnahan JF, Pincus J, Gelbort MM, **Kelly JP**.  Toward an Understanding of Violence: Neurobehavioral Aspects of Unwarranted Interpersonal Aggression. Aspen Neurobehavioral Conference Consensus Statement. Neuropsychiatry, <u>Neuropsychology and Behavioral Neurology;</u> 14(1):1-14, 2001.

18.  **Kelly JP**.  Loss of Consciousness: Pathophysiology and Implications in Grading and Safe Return to Play.  <u>Journal of Athletic Training;</u> 36(3):249-252, 2001.

19.  Giacino JT, Ashwal S, Childs N, Cranford R, Jennett B, Katz DI, **Kelly JP**, Rosenberg J, Whyte J, Zafonte R, Zasler N. The Minimally Conscious State: Definition and Diagnostic Criteria. The Aspen Neurobehavioral Conference Consensus Statement. <u>Neurology</u>; 58(3):349-353, 2002.

20.  Aubry M, Cantu R, Dvorak J, Graf-Baumann T, Johnston K, **Kelly JP**, Lovell M, McCrory P, Meeuwisse W, Schamasch P. Summary and Agreement Statement of the First International Conference on Concussion in Sport, Vienna 2001.  Simultaneous publications in <u>The Physician and Sportsmedicine</u> 2002; 30(2):57-63, <u>Clinical Journal of Sport Medicine</u> 2002; 12(1):6-11 and the <u>British Journal of Sports Medicine</u>; 36(1):6-10, 2002.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

21. McCrea M, **Kelly JP**, Randolph C, Cisler RC, Berger L. Immediate Neurocognitive Effects of Concussion. Neurosurgery; 50(5): 1032-1042, 2002.

22. Dubow J, **Kelly JP**.  Epilepsy in Sports and Recreation. Sports Medicine; 33(7):499-516, 2003.

23. Guskiewicz KM, McCrea M, Marshall SW, Cantu RC, Randolph C, Barr W, Onate JA, **Kelly JP**. Cumulative effects associated with recurrent concussion in collegiate football players: The NCAA Concussion Study. JAMA; 290(19):2549-2555, 2003.

24. McCrea M, Guskiewicz KM, Barr W, Marshall SW, Randolph C, Cantu RC, Onate JA, Yang J, **Kelly JP**. Acute effects and recovery time following concussion in collegiate football players: The NCAA Concussion Study.  JAMA; 290(19):2556-2563, 2003.

25. Guskiewicz KM, Bruce SL, Cantu RC, Ferrara MS, **Kelly JP**, McCrea M, Putukian M, Valovich McLead TC.  National Athletic Trainers' Association Position Statement: Sport-Related Concussion. Journal of Athletic Training; 39(3):280-297, 2004.

26. Guskiewicz KM, Bruce SL, Cantu RC, Ferrara MS, **Kelly JP**, McCrea M, Putukian M, Valovich McLeod TC. Recommendations on Management of Sport-Related Concussion: Summary of the National Athletic Trainers' Association Position Statement. Neurosurgery; 55(4):891-896, 2004.

27. McCrea M, Barr WB, Guskiewicz KM, Randolph C, Marshall SW, Cantu R, Onate JA, **Kelly JP**. Standard Regression-Based Methods for Measuring Recovery After Sports- Related Concussion. Journal of the International Neuropsychological Society; 11(1):58-69, 2005.

28. Pape, T, Heinemann AW, **Kelly JP**, Hurder A, Lundgren S. A measure of neurobehavioral functioning after coma. Part I: Theory, reliability and validity of the Disorders of Consciousness Scale. Journal of Rehabilitation Research & Development; 1(1):1-18, 2005.

29. Pape T, Senno R, Guernon A, **Kelly JP**, Parrish T. A measure of neurobehavioral functioning after coma. Part II: Clinical and scientific implementation. Journal of Rehabilitation Research & Development; 42(1):19-28, 2005.

30. Hanlon RE, Demery J, **Kelly JP**.  Effect of subarachnoid hemorrhage on neuropsychological outcomes after moderate-severe traumatic brain injury.  Brain Injury; 19(4):257-262, 2005.

31. McCrory P, Johnston K, Meewisse W, Aubry M, Cantu R, Dvorak J, Graf-Baumann T, **Kelly JP**, Lovell M, Schamasch P. Summary and agreement statement of the 2nd International Conference on Concussion in Sport, Prague 2004.  Simultaneous publications in British Journal of Sports Medicine, 39(4):196-204 -- Clinical Journal of Sport Medicine; 15(2):48-55, 2005. Phys SportsMed 2005 Apr;33(4):29-44.

32. Guskiewicz KM, Bruce SL, Cantu RC, Ferrara MS, **Kelly JP**, McCrea M, Putukian M, Valovich McLeod  TC. Research-based Recommendations for the Management of Sport-related Concussion: Summary of the National Athletic Trainers' Association Position Statement. British Journal of Sports Medicine, 40:6-10, 2006.

33. Cantu RC, Aubry M, Dvorak J, Graf-Bauman T, Johnston K, **Kelly JP**, Lovell M, McCrory P, Meeuwisse W, Schamasch P, Guskiewicz K, Bruce SL, Ferrara MS, McCrea M, Putukian M, McLeod-Valovich TC. Overview of concussion consensus statements since 2000. Neurosurgery Focus; 21(4):E3, 2006.

34. Gabella, BA, Mangione EJ, Hedegaard H, **Kelly JP**. Comparison of nursing home residents with and without traumatic brain injury: Use of the Minimum Data Set. Journal of Head Trauma Rehabilitation; 22(6):368-376, 2007.

**CURRICULUM VITAE**                        James P. Kelly, MA, MD, FAAN, FANA

35. Brenner LA, Ladley-O'Brien SE, Harwood JE, Filley CM, **Kelly JP**, Homifar BY, Adler LE. An exploratory study of neuroimaging, neurologic, and neuropsychological findings in veterans with traumatic brain injury and/or posttraumatic stress disorder. Military Medicine;174(4):347-352, 2009.

36. Homifar BY, Brenner LA, Gutierrez PM, Harwood JF, Thompson C, Filley CM, **Kelly JP**, Adler LE. Sensitivity and specificity of the Beck Depression Inventory II in persons with traumatic brain injury. Archives of Physical Medicine and Rehabilitation; 90(4):652-656, 2009.

37. Bahraini NH, Brenner LA, Harwood JEF, Homaifar BY, Ladley-O'Brien SE, Filley CM, **Kelly JP**, Adler LE.  Utility of the Trauma Symptom Inventory for the assessment of post-traumatic stress symptoms in veterans with a history of psychological trauma and/or brain injury.  Military Medicine 174(10):1005-1009, 2009.

38. Randolph C, Millis S, Barr WB, McCrea M, Guskiewicz KM, Hammeke TA, **Kelly JP**. Concussion symptom inventory: an empirically derived scale for monitoring resolution of symptoms following sport-related concussion. Archives of Clinical Neuropsychology, 24(3):219-229, 2009.

39. McCrea M, Guskiewicz KM, Randolph C, Barr WB, Hammeke TA, Marshall SW, **Kelly JP.** The effects of a symptom-free waiting period on clinical outcome and risk of re-injury following sportrelated concussion. Neurosurgery; 65(5):876-883, 2009.

40. Iverson GL, Langlois JA , McCrea M, **Kelly JP**.  Challenges associated with post-deployment screening for mild traumatic brain injury in military personnel. The Clinical Neuropsychologist; 23(8):1299-1314, 2009.

41. McCrea M, Iverson GL, McAllister T, Hammeke TA, Powell M, Barr WB, **Kelly JP**.  An integrated review of recovery after mild traumatic brain injury (MTBI): Implications for clinical management. The Clinical Neuropsychologist; 23(8):1368-1390, 2009.

42. McCrea M, Guskiewicz K, Randolph C, Barr WB, Hammeke TA, Marshall SW, Powell MR, Ahn KW, Wang Y, **Kelly JP**. Incidence, Clinical Course and Predictors of Prolonged Recovery Time Following Sport-Related concussion in High School and College Athletes. Journal of the International Neuropsychological Society; 19(1):22-33, 2013.

43. Dretsch M, Bleiberg J, Williams K, Caban J, **Kelly J**, Grammer G, DeGraba TJ. Three Scoring Approaches to the Neurobehavioral Symptom Inventory for Measuring Clinical Change in Service Members Receiving Intensive Treatment for Combat-Related mTBI. The Journal of Head Trauma Rehabilitation. Published online ahead of print, February 19, 2015.

44. Shively SB, Horkayne-Szakaly I, Jones RV, **Kelly JP,** Armstrong RC, Perl DP. A Distinctive Pattern of Interface Scarring in Human Brain after High Explosive Exposure.  The Lancet Neurology Aug;15(9):944-953, 2016.

45. Filley CM, **Kelly JP.** White Matter and Cognition in Traumatic Brain Injury.  Journal of Alzheimer's Disease 65: 345–362, 2018.

46. Hardin KT, **Kelly JP.** The Role of Speech-Language Pathology in an Interdisciplinary Care Model for Persistent Symptomatology of Mild Traumatic Brain Injury. Seminars in Speech and Language 40(1), 65-77, 2019.

47. Filley CM, Arciniegas, DB, Brenner, LA, Anderson, CA, **Kelly JP**. Chronic Traumatic Encephalopathy: A Clinical Perspective. Journal of Neuropsychiatry and Clinical Neurosciences. Published Online**:**23 Apr 2019 https://doi.org/10.1176/appi.neuropsych.18100223

48. Ledreux A, Pryhoda MK, Gorgens K, Shelburne K, Gilmore A, Linseman DA, Fleming H, Koza LA, Campbell J, Wolff A, **Kelly JP,** Margittai M, Davidson BS, Granholm AC.  Assessment of LongTerm Effects of Sports-Related Concussions: Biological Mechanisms and Exosomal Biomarkers.

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

Frontiers in Neuroscience. Published Online: 30 July 2020 |
https://doi.org/10.3389/fnins.2020.00761

49. DeGraba TJ, Williams K, Koffman R, Bell J, Pettit W, **Kelly JP**, Dittmer TA, Nussbaum G, Bleiberg J, French LM, Pickett TC. Efficacy of an Interdisciplinary Intensive Outpatient Program in Treating Combat-Related Traumatic Brain Injury and Psychological Health Conditions. Frontiers in Neurology. Published Online:  18 January 2021 | https://doi.org/10.3389/FNEUR.2020.580182

50. Johnston-Brooks CH, Grassmeyer RP, Filley CM, **Kelly JP**.  The Marcus Institute for Brain Health: An Integrated Practice Unit for the Care of Traumatic Brain Injury in Military Veterans. Brain Injury. Published Online: 11 December 2021 (DOI: 10.1080/02699052.2021.2013535)

51. Utter B, Anderson CA, Filley CM, **Kelly JP**, Johnston-Brooks C, Arciniegas DB.   Cannabis Use in a Cohort of Healthcare-Seeking United States Military Veterans With Persisting Symptoms After Mild Traumatic Brain Injury: Preliminary Observations. Military Medicine.        Published Online Jan 22, 2022; https://doi.org/10.1093/milmed/usac011

52. Beresford T, Ronan PJ, Hipp D, Schmidt B, Thumm B, Temple B, Wortzel H, Weitzenkamp D, Emrick C, **Kelly JP**, Arciniegas DB.  A Double-blind, Placebo Controlled, Randomized Trial of Divalproex Sodium for Post-traumatic Irritability Greater Than One Year After Mild-to-Moderate Traumatic Brain Injury. Journal of Neuropsychiatry and Clinical Neurosciences.
Published Online: Mar 11, 2022; https://doi.org/10.1176/appi.neuropsych.19070159

53. **Kelly JP**, Priemer DS, Perl DP, Filley CM. Sports Concussion and Chronic Traumatic Encephalopathy: Finding a Path Forward. Ann Neurol 93:222–225, 2023
Published Online: http://doi.org/10.1002/ana.26566

**Abstracts**
1. **Kelly JP**, Boyson S.  Familial Pallidal Atrophy of Autosomal Recessive Inheritance. Neurology 1988; 38(3), Supplement 1:315. Poster – American Academy of Neurology Annual Meeting, Cincinnati, OH. April 1988.

2. **Kelly JP**, Murray RS, Adcock D and Rosenberg NL. Intravascular Lymphomatosis Related to Epstein-Barr Virus in CNS Tissues. Neurology 1989; 39(3), Supplement 1:197.

3. **Kelly JP**, Nichols J, Lillehei KO, Filley CM. Catastrophic Outcome After Repeated Minor Head Injury in Sports.  Neurology 1990; 40(4), Supplement 1:252. Poster – American Academy of Neurology Annual Meeting, Miami Beach, FL. April, 1990.

4. Pennypacker LC, Allen RH, **Kelly JP**, Mathews LM, Grigsby J, Kaye K, Lindenbaum J, Stabler SP. High Prevalence of Cobalamin Deficiency in Elderly Outpatients. Clinical Research 1990; 38:258A.Burkhardt C, **Kelly JP**, Lim YH, Filley CM, Parker WD. MPTP-like Toxicity of Neuroleptic Medications.  Annals of Neurology 1991; 30(2):296.

5. Cullum CM, Filley CM, **Kelly JP**, Schneck SA. Utility of Cognitive Screening Tasks in Patients with Mild Alzheimer's Disease.  Journal of Clinical and Experimental Neuropsychology 1992; 14 (1):22.

6. Zuhosky JP, Young JL, **Kelly JP**. The Unique Challenge of Rehabilitation of Ligamentous Knee Injuries in a Traumatic Brain Injury Patient: A Case Report. Archives of Physical Medicine and Rehabilitation 1995; 76:1083.  Poster – American Academy of Physical Medicine and Rehabilitation Annual Conference, Orlando, FL. November 19, 1995.

7. Carbone AT, Jet J, **Kelly JP**. The Mechanism of Injury, Acute Evaluation and Rehabilitation of Acquired Binocular Blindness in Traumatic Brain Injured Patients. Archives of Physical Medicine

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

and Rehabilitation 1995; 76:1088. Poster – American Academy of Physical Medicine and Rehabilitation Annual Conference, Orlando, FL. November 19, 1995.

8.  Hudgins, TH, Fillmore JH, Ho JC, **Kelly JP**. Medical Costs of Unhelmeted Motorcycle Accidents. Archives of Physical Medicine and Rehabilitation 1996; 77:935.

9.  Dugan S, Zuhosky JP, **Kelly JP**, Young JL. A Retrospective Review of the Incidence and Rehabilitation Outcome of Concomitant Traumatic Brain Injury and Ligamentous Knee Injuries. Archives of Physical Medicine and Rehabilitation 1996; 77:935.

10. McCrea M, **Kelly JP**, Kluge J, Ackley B, Randolph C. A Standardized Method for the Sideline Assessment of Concussion in Football Players. Journal of the International Neuropsychological Society 1997; 3 (1):53.

11. McCrea M, **Kelly JP,** Randolph C. Standardized Assessment of Concussion in Sports. Archives of Clinical Neuropsychology 1997; 5:56.

12. Bergquist TF, Day SX, **Kelly J**. Making the Transition to an Interdisciplinary Team Format: Attitude Change in Two Inpatient Rehabilitation Settings. Archives of Physical Medicine and Rehabilitation 1997; 78(8):906.

13. Patel P, Kim SL, Bode R, Philip P, **Kelly J**. Criteria for the Safe Decannulation of Tracheostomies in Brain Injured Patients. American Journal of Physical Medicine and Rehabilitation 1998; 77(2):180.

14. Yee AS, Spitz MC, Shantz DL, **Kelly JP**, Filley CM. Postictal Mania. Epilepsia 1998, 39(6):241.

15. Hanlon RE, Demery J, **Kelly J**. Impact of Traumatic Subarachnoid Hemorrhage on Neuropsychological Outcome Following Moderate-Severe Head Injury. Journal of the International Neuropsychological Society 2000;6(2):185-186.

16. **Kelly JP**, McCrea M, Randolph C. The Detection of Neurocognitive Deficits at the Threshold of Concussion. Neurology 2000; 54(7), Supplement 3:A243.

17. Bonesteel KR, Hanlon RE, **Kelly JP**. Mild Traumatic Brain Injury: Impact of Attribution on Postconcussive Symptoms. Journal of the International Neuropsychological Society 2001; 7(2):179. Poster – International Neuropsychological Society 29th Annual Conference, Chicago, IL. February 15, 2000.

18. Bonesteel KR, Hanlon RE, **Kelly JP**. Neuropsychological Status of Litigating Versus Nonlitigating Postconcussive Patients. Journal of the International Neuropsychological Society 2001; 7(2):231. Poster – International Neuropsychological Society 29th Annual Conference, Chicago, IL. February 17, 2000.

19. Pape T, Gitelman D, Parrish T, Senno R, **Kelly J**, Weiner B. Measurement of cerebral activity in male participants four and six years post severe brain injury. Archives of Physical Medicine and Rehabilitation 2001; 82(9): 1304.

20. **Kelly JP**. Return to Play Following a Concussion. British Journal of Sports Medicine 2001; 35(5):372.

21. Weiner BA, Demery J, Kuczen C, Hanlon RE, **Kelly JP**. Relationship between Patient Complaints and Neuropsychological Status following Mild Traumatic Brain Injury. The Clinical Neuropsychologist 2002; 16:213. Poster – American Psychological Association Conference, Chicago, IL. August 24, 2002.

**CURRICULUM VITAE**                                James P. Kelly, MA, MD, FAAN, FANA

22. Ludolph DJ, McCrea M, Gusliewicz KM, Barr W, Marshall S, Randolph C, **Kelly JP**, Cantu RC. Acute effects and recovery time following concussion in collegiate football players. Journal of Athletic Training 2003; 38(2) S25.

23. Guskiewicz KM, McCrea M, Marshall S, Cantu RC, **Kelly JP**, Randolph C, Barr W, Onate JA. Cumulative consequences of recurrent concussion in collegiate football players. Journal of Athletic Training 2003; 38(2) S27.

24. McCrea M, **Kelly JP**, Randolph C. Standardized Assessment of Acute Mild Traumatic Brain Injury. Journal of International Neuropsychological Society 2003; 9:207.

25. Lombard LA, **Kelly JP**, Heinemann A, Ruchlik K.  Motorcycle Crash Victims in the Acute Rehabilitation Setting.  American Journal of Physical Medicine & Rehabilitation 2003; 82(3):251252.

26. McCrea M, Guskiewicz KM, Barr W, Marshall S, Randolph C, Cantu RC, Onate JA, **Kelly JP**. Acute effects and recovery time following concussion in collegiate football players. 32nd Annual Meeting of the International Neuropsychological Society: Program & Abstracts 2004; 168.

27. McCrea M, Guskiewicz KM, Barr WB, Randolph C, Hammeke TA, **Kelly JP**. The natural history of recovery from concussion and the effects of a symptom-free waiting period on recovery. Journal of the International Neuropsychological Society 2010; 16:163.

28. DeGraba TJ, Bleiberg J, Grammer G, Caban J, Koffman R, Bell J, Dretsch M, Williams K, **Kelly JP** 2014; Interdisciplinary Assessment and Care in Service Member with Combat Related mTBI and PTSD. Neurology 2014; 82 (10): P5.327. Poster - American Academy of Neurology 2014 Annual Meeting, Philadelphia, PA. April 30, 2014.

29. DeGraba TJ, Williams K, Caban J, Bleiberg J, Grammer G, **Kelly JP**. Differences in Symptom Severity in mTBI Patients with and without PTSD. Journal of Neurotrauma  2014; 31(12):A57-A58.

30. DeGraba TJ, Williams K, Caban J, Bleiberg J, Grammer G, **Kelly J**. Persistent Symptom Severity in Service Members with Combat Related TBI with and without PTSD. Annals of Neurology 2014;76(S18):134.

31. DeGraba TJ, Grammer G, Williams K, **Kelly JP**.  Efficacy of an Interdisciplinary Intensive Outpatient Program in Treating Combat-Related TBI and Psychological Health Conditions. Annals of Neurology 2016;80(S20):S235-S236.

32. Johnston-Brooks CH, Filley CM, **Kelly JP**, Hardin KT, Stearns-Yoder KA, Brenner LA. Marcus Institute for Brain Health:  Selecting and Sharing Outcomes to Promote Evidence-Based Treatments. Physical Medicine and Rehabilitation 2018; 99: E140-141.

33. Utter B, Anderson CA, Filley CM, **Kelly JP**, Johnston-Brooks CH, Arciniegas DB. Cannabis Use and Trends in a Mild Traumatic Bain Injury Cohort. Journal of Head Trauma Rehabilitation 2020;35(2):E245-E246.

34. Johnston-Brooks CH, Grassmeyer RP, Filley CM, **Kelly JP**. Marcus Institute for Brain Health: Two Years of Clinical Experience. Journal of Head Trauma Rehabilitation 2020;35(2): E188.

35. Elmer AT, Russel EN, Johnston-Brooks CH, **Kelly JP**, Filley CM, Hebert JR, Arciniegas DB. Defining the Minimally Important Difference on the Neurobehavioral Symptom Inventory among Veterans and First Responders with Chronic Mild or Moderate Traumatic Brain Injury.     J Neuropsychiatry Clin Neurosci 2023; 35(3):281.

36. Arciniegas DB, Elmer AT, Russel EN, Johnston-Brooks CH, Filley CM, Hebert JR, **Kelly JP**. Efficacy of the Integrated Practice Unit Approach on Persistent Symptoms after Mild or Moderate Traumatic Brain Injury among Veterans and First Responders. J Neuropsychiatry Clin Neurosci 2023; 35(3):269-270.

<u>**CURRICULUM VITAE**</u>                                      James P. Kelly, MA, MD, FAAN, FANA

**Book Chapters**

1. Filley CM, **Kelly JP**. Neurobehavioral Effects of Focal Subcortical Lesions. In: Cummings, JL, Ed. Subcortical Dementia. New York: Oxford University Press, 1990.

2. **Kelly JP**, Filley CM.  Neurobehavioral Toxicology.  In: Sullivan, JB, Ed. Hazardous Materials Toxicology.  Baltimore: Williams and Wilkins, 1992.

3. **Kelly JP**. Paraneoplastic Neurological Syndromes. In: Wood M, Ed. Hematology-Oncology Secrets. Philadelphia: Hanley & Belfus, 1994.

4. **Kelly JP**, Filley CM. Traumatic Brain Injury in Children. In: Simkins, C, Ed. Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury. Washington, DC: Brain Injury Association (Formerly known as the National Head Injury Foundation), 1994.

5. **Kelly JP**. Concussion in Sports. In: Torg JS, Shephard RJ, Eds. Current Therapy in Sports Medicine, 3rd Edition. Philadelphia: Mosby, 1995.

6. **Kelly JP**, Rosenberg NL. Brain and Spinal Cord Injuries in the Work Place. In: Rosenberg NL, Ed. Occupational and Environmental Neurology. Newton, MA: Butterworth-Heineman, 1995.

7. **Kelly JP**.  Head Injuries in Sports.  Hoerner, EF, Ed. Symposium on Safety in American Football (Special Technical Publication). Philadelphia, PA. American Society for Testing and Materials, 1996

8. **Kelly JP**. Paraneoplastic Neurological Syndromes. In: Wood M, Ed. Hematology-Oncology Secrets, 2nd Edition. Philadelphia: Hanley & Belfus, 1999.

9. Filley CM, **Kelly JP**. Clinical Neurotoxicology and Neurobehavioral Toxicology. In: Sullivan JB, Krieger GR, Eds. Clinical Environmental Health and Toxic Exposures, 2nd Edition. Philadelphia: Lippincott, Williams and Wilkins, 2001.

10. Kirkwood MW, Randolph C, McCrea M**, Kelly JP**, Yeates KO. Pediatric Sport-Related Concussions. In: Mild Traumatic Brain Injury in Children and Adolescents: From Basic Science to Clinical Management. New York, NY: Guilford Press, 2012.

11. Anderson CA, Filley CM, Arciniegas DB, **Kelly JP**. Arousal. In: Behavioral Neurology & Neuropsychiatry. Cambridge, England: Cambridge University Press, 2013.

12. Filley CM, **Kelly JP**.  White Matter and Cognition in Traumatic Brain Injury.  In: Castellani R, Ed. Handbook of Traumatic Brain Injury and Neurodegeneration.  Clifton, VA: IOS Press, 2020.

13. **Kelly JP,** Filley CM. Mild Traumatic Brain Injury.  In: *Reference Collection in Neuroscience and Biobehavioural Psychology* Online, April 2025. Encyclopedia of the Neurological Sciences, third edition (In press, scheduled to be published June 2025).

**Invited Articles**

1. **Kelly JP**. Sports-Related Recurrent Brain Injuries-United States (MMWR. 1997;46:224-227). <u>JAMA</u> 1997; 277(15):1190-1191.

2. **Kelly JP**, Preface, <u>Journal of Head Trauma Rehabilitation</u> (Guest Editor) 1998; 13(2): v-vi.

3. **Kelly JP**. Traumatic Brain Injury and Concussion in Sports (Editorial). JAMA 1999; 282(10):989991.

4. Filley CM, **Kelly JP**, Price BH. Violence and the Brain: An Urgent Need for Research. <u>The Scientist</u> April 2, 2001; 39.

**CURRICULUM VITAE**                                          James P. Kelly, MA, MD, FAAN, FANA

5. Kirschner KL, Mukherjee D, Gittler M, Brenner L, **Kelly JP**. Setting limits: the threat of violence in the health care setting. <u>PM & R: the journal of injury, function, and rehabilitation</u> 2011 Jan; 3(1):689; discussion 69-72.

6. Tepe V, Cernich A, **Kelly JP.** Polytraumatic TBI: Perspectives from Military Medicine. <u>Psychiatric Annals</u> 2013; 43(7) 308-312.

7. **Kelly JP**, Lewine JD, Tanev KS. Editorial: Traumatic brain injury and post-traumatic stress disorder: from neurobiology to treatment. Sec. Anxiety and Stress Disorders. <u>Front. Psychiatry</u>, 27 March 2025. Volume 16 - 2025 | <u>https://doi.org/10.3389/fpsyt.2025.1560177</u>

**Reviews in Non-Peer Reviewed Journals**

1. **Kelly JP**, Filley CM. Neurological Aspects of Taste and Smell. <u>Oto '88</u> 1988; 2:7-9.

2. **Kelly JP**. Education, Awareness and Prevention of Brain Injuries in Sports. Brain Injury Association (Formerly known as the National Head Injury Foundation) <u>TBI Challenge!</u> 1995; 3(1):3-7.

3. **Kelly JP**, Ramundo M, Thurman DJ, Zink BJ. Improving Outcome After Brain Trauma. Patient Care. <u>Emergency Handbook 97</u>, August 15, 1997; 36-71.

4. **Kelly JP**, Savage RC. Concussion in Sports and Return to School Issues Following Concussion, <u>Brain Injury Source</u> 1999;3(3):34-37.

5. **Kelly JP**. Concussion, <u>Grolier Multimedia Encyclopedia</u>. http://gme.grolier.com and 2002 edition Grolier Multimedia Encyclopedia CD Rom.

6. **Kelly JP**. Uncertain Outcome. <u>Brain Injury Source</u>, Summer 2003:25.

**Neuropsychological and Mental Status Test Publications**

1. McCrea M, **Kelly JP,** Randolph, C. (1997). SAC: The Standardized Assessment of Concussion. Comprehensive Neuropsychological Services, Inc. Wauwatosa, Wisconsin.

2. McCrea M, **Kelly JP,** Randolph, C. (1998). SAC-ER: The Standardized Assessment of Concussion - Emergency Room Edition. Comprehensive Neuropsychological Services, Inc. Wauwatosa, Wisconsin.

3. McCrea M, **Kelly JP,** Randolph, C. (2000). SAC: The Standardized Assessment of Concussion Manual for Administration Scoring and Interpretation (Second Edition). Comprehensive Neuropsychological Services, Inc. Wauwatosa, Wisconsin.

4. McCrea M, **Kelly JP,** Randolph, C. (2001). eSAC: Electronic Standardized Assessment of Concussion. PanMedix: New York, NY.

5. Defense and Veterans Brain Injury Center (DVBIC) (2006). Military Acute Concussion Evaluation (MACE). Defense and Veterans Brain Injury Center (DVBIC). Washington, DC.

6. McCrea M, **Kelly JP,** Randolph, C. (2007). Electronic Standardized Assessment of Concussion (SAC). CSMi, Inc. Boston, MA.

7. Bender P, Hines E Jr, Lundgren S, Guernon AM**, Kelly JP**, Heinemann AW, (2011). Administration Manual Disorders of Consciousness Scale (DOCS). Chicago, IL.

**<u>CURRICULUM VITAE</u>**                                        James P. Kelly, MA, MD, FAAN, FANA

**Other Publications**

1.  **Kelly JP**. Committee Report, Guidelines for the Management of Concussion in Sports. <u>Colorado Medicine.</u> August, 1990.

2.  **Kelly JP**, Ed. Proceedings of the Mild Head Injury Conference 1991. Publication of the Colorado Department of Health. May, 1992.

3.  **Kelly JP**. Mild Traumatic Brain Injury (TBI) Instruction Sheet. Rocky Mountain Regional Brain Injury Center, 1993.

4.  **Kelly JP**. Concussion/Mild Traumatic Brain Injury (TBI) Management Suggestions for Professionals. Rocky Mountain Regional Brain Injury Center,1993.

5.  **Kelly, JP**. Book review of Davies PM. "Starting Again: Early Rehabilitation After Traumatic Brain Injury or Other Severe Brain Lesion." <u>Doody's Health Sciences Book Review Journal</u> 1994; 2(6):34.

6.  **Kelly JP**. Book review of Levin JS, Benton AL, Muizelaar JP, Eisenberg HM. "Catastrophic Brain Injury." <u>Doody's Health Sciences Book Review Journal</u> 1996; 4(1):41.

7.  **Kelly JP**. Book review of Ashley MJ and Krych DK. "Traumatic Brain Injury Rehabilitation." <u>Doody's Health Sciences Book Review Journal</u> 1996.

8.  **Kelly JP**. Book review of Horn L and Zasler N. "Medical Rehabilitation of Traumatic Brain Injury". <u>Doody's Health Sciences Book Review Journal</u> 1996.

9.  Andrews K, Beaumont G, Danze F, Dimancescu MD, Freeman EA, Fugl-Meyer A, Groswasser Z, Jennett B, **Kelly JP**, Mathé JF, Potapov A, Rosenberg J, Schönle PW, Stonnington HH, Tasseau F, Tsubokawa T, Wilson SL, Wood RLI, Zasler ND, Zitnay GA. "International Working Party Report on the Vegetative State." The Royal Hospital for Neuro-disability, West Hill, Putney, London, United Kingdom, February 1996.

10. **Kelly JP**. Book review of Rizzo M, Tranel D (eds). Head Injury and Post Concussive Syndrome. <u>Journal of Head Trauma Rehabilitation</u> 1998; 13(3):102-103.

11. **Kelly JP**. Book review of Cantu, RC (ed). Neurologic Athletic Head and Spine Injuries. <u>Annals of Neurology</u> 2001; 50(3):425.

12. **Kelly JP**, Lezak MD, Kirkendall DT, Brooks J, Hovda DA, Roof RL, Barth JT, Echemendia RJ, Gale SD, Guskiewicz K, Hergenroeder AC, Crisco JT. Is Soccer Bad For Children's Heads? Summary of the IOM Workshop on Neuropsychological Consequences of Head Impact in Youth Soccer. Washington DC: National Academy Press, 2002.

13. **Kelly JP**. Book review of Cremmins, C. Where is the Mango Princess: A Journey Back from Brain Injury. <u>Neurology Today</u> 2002; 2(6): 12-13.

14. Helmick K, Guskiewicz KM, Barth B, Cantu RC, **Kelly JP**, McDonald E, Flaherty S, Bazarian J, Bleiberg J, Carter T, Cooper J, Drake A, French L, Grant G, Holland M, Hunt R, Hurtado T, Jenkins D, Johnson T, Kennedt J, Labutta R, Lopez M, McCrea M, Montgomery H, Riechers R, Rirchie E, Ruscio B, Schneider T, Schwab K, Tanner W, Zitnay G, Warden D. Defense and Veterans Brain Injury Center Working Group on the Acute Management of Mild Traumatic Brain Injury in Military Operational Settings. Clinical Practice Guideline and Recommendations. DVBIC – Walter Reed Army Medical Center, Washington, DC, 2006.

15. McCrory, P, Meeuwisse, W, Johnston, K, Dvorak, J, Aubry, M, Malloy, M, Cantu, R: Consensus Panelists: Broglio, S, Davis, G, Dick, R, Echemendia, R, Gioia, G, Guskiewicz, K, Herring, S, Iverson, G, **Kelly, J,** Kissick, J, Makdissi, M, McCrea, M, Ptito, A, Purcell, L, Putukian, M. Consensus statement published in the following journals: Clin J Sport Med 2009;19:185-200, Physician and Sports Medicine 2009 Jun; 37(2):141-59, Physical Medicine and Rehabilitation 2009

**CURRICULUM VITAE**                                      James P. Kelly, MA, MD, FAAN, FANA

May; 1(5):406-20, J Athl Train 2009 Jul-Aug; 44(4): 434-48, Br J Sports Med 2009 May;43 suppl 1:i76-90, J Clin Neurosci. 2009 Jun;16(6);755-63, J Sci Med Sport 2009 May;12(3):340-51. Consensus Statement on Concussion in Sport 3rd International Conference on Concussion in Sport, Zurich November 2008.

16. Helmick K; Members of Consensus Conference: Batten S, Beal S, Bleiberg J, Boccio P, Boyd T, Cicerone K, Comper P, Cooper D, Cornis-Pop M, Cozzarelli T, Dickey D, Doncevic S, Ferland K, Findling E, French L, Fortuin N, Golden J, Gozales M, Gordon W, Helmick K, Jones D, Kass F, **Kelly J**, Kennedy C, Kortte K, Kreutzberg K, Lowe L, Malec J, Mashima P, Miller C, Mouratidis M, Prigatano G, Roth C, Russell M, Schobitz R, Scholten J, Simmer E, Sohlberg MM, Solomon B, St Laurent M, Thomson E, Tsao J, Vanderploeg R, Vogt M, Walden T, Williams C, Wilmore M, Woods Y, Xenakis S. Results of April 2009 consensus conference. Cognitive rehabilitation for military personnel with mild traumatic brain injury and chronic post-concussional disorder: NeuroRehabilitation 2010; 26 (3):239-255.

17. **Kelly JP** (Expert Panel Member and Contributor). US Department of Health and Human Services, Centers for Disease Control and Prevention.  Report to Congress 2015 -- Traumatic Brain Injury in the United States: Epidemiology and Rehabilitation. ttp://www.cdc.gov/traumaticbraininjury/pdf/tbi_report_to_congress_epi_and_rehab-a.pdf


**Other Products of Scholarship / Educational Media**

1. "Closed Head Injury", Technical Medical Animation Corporation, Denver, CO. 1990 and 1995. (Videotape).

2. "Think Twice", Rocky Mountain Regional Brain Injury Center, Denver, CO. 1992. (Videotape).

3. "When the Cheering Stops", Rocky Mountain Regional Brain Injury Center, Denver, CO. 1992. (Videotape).

4. "Heads UP! Hard Hat Safety", Coastal Video Communications Corporation, Virginia Beach, VA. 1994. (Videotape).

5. "Impaired Driving: Physician Effectiveness in Preventing Traffic Related Morbidity and Mortality", Orbis Broadcast Group, Chicago, IL. 1995. (Videotape).

6. "The Critical Connection", The New Explorers Public Broadcasting Television Series, Kurtis Productions, Chicago, IL. (Aired on National Television March 20, 1996).

7. "Exploring Your Brain: Stress, Trauma, and the Brain", WETA Public Television, Washington, DC. (Aired in Washington March 28, 1999 and at various other times on other PBS stations).

8. "Management of Concussion in Sports", A Power Point Presentation by the American Academy of Neurology and the Brain Injury Association, 1999.

9. "Head Up: Brain Injury in Your Practice". Mild TBI Tool Kit. Information for Physicians and Patients. http://www.cdc.gov/ncipc/pub-res/tbi_toolkit/toolkit.htm. Centers for Disease Control, Atlanta, GA. 2002.

10. "Heads Up: CDC Tool Kit on Concussion for High School Coaches. http://www.cdc.gov/ncipc/tbi/Coaches_Tool_Kit.htm. Centers for Disease Control, Atlanta, GA. 2003.

**<u>CURRICULUM VITAE</u>**                    James P. Kelly, MA, MD, FAAN, FANA

**Letters to the Editor**
1. **Kelly JP**, Stevens JC.  Reply from authors in response to letter from Dr. Barry Jordan regarding (Management of Concussion in Sports). <u>Neurology</u> 1999; 53(4):892

2. **Kelly JP**, McCrea M, Randolph C. Detection of neurocognitive deficits at the threshold of concussion. <u>Neurology</u> 2002; 54: 243-244.

3. McCrea M, **Kelly JP**, Randolph C. Standardize Assessment of Acute Mild Traumatic Brain Injury. <u>Journal of the International Neuropsychological Society</u> 2003; 9:207.

4. **Kelly JP**, Filley CM.  Letter to the Editor, "Proneness to psychological distress is associated with Alzheimer's disease". <u>Neurology</u> 2004; 63:941.

5. Marion D, Grimes J, **Kelly JP**, Flores E III.  Letter to the Editor, "Loss of Consciousness and Concussion", <u>Annals of Neurology</u>: 2013 74: 152–153. doi: 10.1002/ana.23896

**Weblogs**
1. Understanding Invisible Wounds:  Traumatic Brain Injury.   March 2, 2016.
   http://www.bushcenter.org/publications/articles/2016/02/understanding-invisible-wounds-tbi.html

2. Understanding Invisible Wounds:  Post Traumatic Stress.   March 2, 2016.
   http://www.bushcenter.org/publications/articles/2016/02/invisible-wounds-pts.html

3. New study of blast explosions has important implications for veterans. June 24, 2016.
   http://www.bushcenter.org/publications/articles/2016/06/blast-explosions-study.html

**Administrative Positions / Conference Coordination and Facilitation International**
Session Chairman, International Conference on the Implications, Progress and Opportunities of Persistent Vegetative State, The Royal College of Physicians, London, England.  March 7, 1995.

Founder and Co-Chairman, Neurobehavioral Conference, Given Biomedical Institute, Aspen, CO. March 29-April 2, 1995, March 9-13, 1996, April 2-6, 1997, April 5-9, 1998, and March 27-31, 1999.

Moderator, Session on Mild Brain Injury Guideline Development, Third World Congress on Brain Injury, Quebec City, Quebec, Canada. June 14, 1999.

Co-Chairman, Session on "Epidemiology and Primary Prevention of ABI", The 5th World Congress on Brain Injury, Stockholm, Sweden.  May 24, 2003.

Moderator, Sessions on "Neuropsychiatry of TBI Panel Discussion", and "Management of Sports Concussion in the Adolescent and collegiate Athlete: What Are We Learning?", International Brain Injury Association Eighth World Congress on Brain Injury, Washington, DC March 10-14, 2010.

**National**
Co-Chairman, Concussion in Sports and Recreation Seminar, Brain Injury Association, Charlotte, NC. June 5-6, 1997.

Program Director, Return to Sports After Concussion, American Academy of Neurology 50th Annual Meeting, Minneapolis, MN. May 1, 1998.

Course Director, Return to Sports After Concussion, American Academy of Neurology 51st Annual Meeting, Toronto, Ontario, Canada. April 19, 1999.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

Course Director, The Diagnosis and Management of Concussion, American Academy of Neurology, Denver, CO. April 15, 2002, and Honolulu, HI, March 31, 2003. San Francisco, CA. April 5, 2004, and Miami Beach, FL. April 15, 2005.

Moderator, Symposium "The Regeneration of Brain Synapses Science, Implications, and Opportunities" Center for Brain Science & Metabolism, the National Intrepid Center of Excellence, and the Massachusetts Institute of Technology, Bethesda, MD. March 16, 2011.

Chairman, Symposium "National Intrepid Center of Excellence (NICoE) Summit", the office of Assistant Commandant of the Marine Corps, Vice Chief of Staff of the Army and NICoE, Arlington, VA August 10-11, 2011.

Co-Chairman, Brain Trauma-related Neurodegeneration: Strategies to Define, Detect and Predict. Foundation of the NIH, Bethesda, Maryland. July 22-23, 2013.

**Region / State**
Moderator, Mild Head Injury Conference, Colorado Head Injury Foundation, Copper Mountain Colorado. June 13-15, 1991.

President, Colorado Society of Clinical Neurologists, Invite speakers on various topics of interest for monthly educational dinner meetings of neurologists, Denver, CO. 2005-2007.

**Medical School**
Course Director, Midwest Regional Neurotrauma Symposium: Management of Severe Head Injury. Northwestern University School of Medicine, Chicago, IL. May 2-3, 1997.

President, Colorado Society of Clinical Neurologists, Invite speakers on various topics of interest for monthly educational dinner meetings of neurologists, Denver, CO. 2005-2007.

**Hospital**
Co-Chairman, Brain Injury Rehabilitation: Practical Approaches to Interdisciplinary Care. Rehabilitation Institute of Chicago, Chicago, IL. April 20-22, 1995.

Co-Chairman, Second Annual Multidisciplinary Brain Injury Rehabilitation Program: Critical Issues in Community Reintegration. Rehabilitation Institute of Chicago, Chicago, IL.  April 29-May 1, 1996.

Co-Chairman, Third Annual Multidisciplinary Brain Injury Rehabilitation Program: Management of the Minimally Conscious Patient. Rehabilitation Institute of Chicago, Chicago, IL.  April 7-9, 1997.

Co-Chairman, Fourth Annual Multidisciplinary Brain Injury Rehabilitation Program: Behavioral Issues in Brain Injury. Rehabilitation Institute of Chicago, Chicago, IL.  April 16-17, 1998.

Mock Oral Neurology Examination, Rush-Presbyterian-St. Luke's Department of Neurological Sciences, Chicago, IL. 1996, 1997, 1998, 1999.

Co-Chairman, Fifth Annual Multidisciplinary Brain Injury Rehabilitation Program: Concussion in Sports: Prevention, Evaluation and Management. Rehabilitation Institute of Chicago, Chicago, IL. April 14-15, 1999.

**Platform/Poster Presentations**
**Kelly JP**, Boyson S.   "Familial Pallidal Atrophy of Autosomal Recessive Inheritance," Poster Presentation, American Academy of Neurology, Cincinnati, OH. April, 1988.

**CURRICULUM VITAE**                                James P. Kelly, MA, MD, FAAN, FANA

**Kelly JP**, Nichols J, Lillehei KO, Filley CM. "Catastrophic Outcome After Repeated Minor Head Injury in Sports," Poster Presentation, American Academy of Neurology Annual Conference, Miami Beach, FL. April, 1990.

**Kelly, JP**. "Preventing Catastrophic Outcomes After Repeated Concussion in Sports," Poster Presentation, Brain Injury Association (Formerly known as the National Head Injury Foundation), 12th Annual National Symposium, Orlando, FL. November 9, 1993.

Shah M, Merlotti G, Fantus R, Sulkowski R, Josephs K, **Kelly J**. "Prevention Projects in Trauma Patients," American College of Surgeons 8th Annual Clinical Conference, Poster Presentation, Chicago, IL. October 12, 1994.

Schmidt MF, Garvin L, Heinemann AW, **Kelly JP**. "Gender and Age-Related Role Changes Following Brain Injury," Poster Presentation, Brain Injury Association (Formerly known as the National Head Injury Foundation) 13th Annual Symposium, Chicago, IL. November 7, 1994.

Schmidt MF, Garvin L, Heinemann AW, **Kelly JP**. "Substance Use, Employment and Life Satisfaction Following Brain Injury," Poster Presentation, Brain Injury Association (Formerly known as the National Head Injury Foundation) 13th Annual Symposium, Chicago, IL. November 8, 1994.

Zuhosky J, **Kelly JP**. "The Unique Challenge of Rehabilitation of Ligamentous Knee Injuries in a Traumatic Brain Injury Patient: A Case Report," Poster Presentation, American Academy of Physical Medicine and Rehabilitation Annual Conference, Orlando, FL. November 19, 1995.

Carbone AT, Jet J, **Kelly JP**. "The Mechanism of Injury, Acute Evaluation and Rehabilitation of Acquired Binocular Blindness in Traumatic Brain Injured Patients," Poster Presentation, American Academy of Physical Medicine and Rehabilitation Annual Conference, Orlando, FL. November 19, 1995.

Zuhosky J, Dugan S, Young J, **Kelly JP**. "A Retrospective Review of the Incidence and Rehabilitation Outcome of Concomitant Traumatic Brain Injury and Ligamentous Knee Injuries," Platform Presentation, American Academy of Physical Medicine and Rehabilitation Annual Conference, Chicago, IL. October 11, 1996.

Fillmore J, Hudgins T, **Kelly JP**. "Cost Effectiveness of Helmeted versus Non-Helmeted Motorcycle Collisions," Platform Presentation, American Academy of Physical Medicine and Rehabilitation Annual Conference, Chicago, IL. October 11, 1996.

Malec JF, Zasler ND, Morse PA, **Kelly JP**. 6A-BIAS: A comprehensive system for medical/neuropsychological assessment of persons with brain injury. Brain Injury Association 15th Annual Symposium, Dallas, TX. November 2-5, 1996.

McCrea M, **Kelly JP**, Randolph C. "Use of the Standardized Assessment of Concussion (SAC) in the Immediate Sideline Examination of Football Players," Poster Presentation, International Neuropsychological Society 25th Annual Meeting, Orlando, FL. February 7, 1997.

Bonesteel KR, Hanlon, RE, **Kelly JP**. "Mild Traumatic Brain Injury: Impact of Attribution on Post concussive Symptoms,("Poster Presentation, International Neuropsychological Society 29th Annual Conference, Chicago, IL. February 15, 2001.

Bonesteel KR, Hanlon, RE, **Kelly JP**. "Neuropsychological Status of Litigating versus Nonlitigating Post concussive Patients," Platform Presentation, International Neuropsychological Society 29th Annual Conference, Chicago, IL. February 17, 2001.

Weiner B, Demery J, Hanlon RE, **Kelly JP**. "Patient Complaints Versus Neuropsychological Status Following Mild Traumatic Brain Injury", Poster Presentation, American Psychological Association Conference, Chicago, IL. August 24, 2002.

26

<u>**CURRICULUM VITAE**</u>                                  James P. Kelly, MA, MD, FAAN, FANA

**Kelly JP**, McCrea M, Randolph R. "Standardized assessment of concussion – Emergency Room (SACER) for Emergency Medical Providers". Center for Disease Control and Prevention Injury and Violence in America Symposium, Denver, CO. May 9, 2005.

Brenner LA, O'Brien S, Homaifar B, Filley CM, **Kelly JP**, Harwood JEF, Adler LE. "Traumatic Brain Injury (TBI) and Post Traumatic stress Disorder (PTSD): Neuropsychological Functioning in Veterans with TBI, PTSD or Both", American Psychological Association (Division 22) Rehabilitation Psychology Conference. Charlotte, NC. March 16, 2007.

Temme L, Reeves D, Browning R, Still D, Bleiberg J, **Kelly J,** Ellison-Bundy K, St. Onge L. "The Effects of Hypoxia on Cognitive Function in Aviators and Complex System Operators that have had a Mild Traumatic Brain Injury", Military Health Research Forum, Kansas City, MO. January, 2009.

DeGraba TJ, Caban JJ, Bleiberg, J, Grammer GG, **Kelly JP**. "Utility of the Neurobehavioral Symptom Inventory to assess efficacy of an interdisciplinary treatment program for Service Members with combat-related mTBI", Poster Presentation, National Capital Area TBI Research Symposium 2014, Bethesda, MD March 4, 2014.

DeGraba TJ, **Kelly JP**, Bleiberg J, Grammer GG, Caban JJ, Bell JM, Koffman RL. "Interdisciplinary Assessment and Care in Service Members with Combat Related TBI and PTSD", Poster Presentation, 2014 Annual American Academy of Neurology Meeting, Philadelphia, PA. May 2, 2014.

Beresford T, Schmidt B, Thumm B, Temple B, Wortzel H, Weitzenkamp D, Emrick C, **Kelly** J, Arciniegas D. "A Double-blind, Placebo Controlled, Randomized Trial of Divalproex Sodium for Affective Lability and Alcohol Use Following Traumatic Brain Injury", Poster Presentation, American Psychiatric Association Annual Scientific Meeting, Toronto, Canada, 2015.

DeGraba TJ, Grammer G, Williams K, **Kelly JP. "**Efficacy of an Interdisciplinary Intensive Outpatient Program in Treating Combat-Related TBI and Psychological Health Conditions", American Neurological Association Annual Meeting, Baltimore, MD, 2016.

Brenner LA, Stearns-Yoder KA, Johnston-Brooks CH, Hardin KT, Filley CM, **Kelly JP.** "Marcus Institute for Brain Health: Selecting and Sharing Outcomes from Evidence-Based Treatments", Federal Interagency TBI Conference, Washington, DC, June 12, 2018.

Utter B, Anderson CA, Filley CM, **Kelly JP**, Johnston-Brooks CH, Arciniegas DB. "Cannabis Use and Trends in a Mild Traumatic Bain Injury Cohort. Journal of Head Trauma Rehabilitation", North American Brain Injury Society (NABIS), New Orleans, LA, February 27, 2020.

Johnston-Brooks CH, Grassmeyer RP, Filley CM, **Kelly JP**. "Marcus Institute for Brain Health: Two Years of Clinical Experience." North American Brain Injury Society (NABIS), New Orleans, LA, February 27, 2020.

**Kelly, JP**., Gore, R., Wallace, T., Johnston-Brooks, C., Arciniegas, D. (2021). "Optimizing Outcomes: Care of Veterans and Service Members with Mild Traumatic Brain Injury." 98th Congress on Rehabilitation Medicine – Annual Conference, Virtual, September 29, 2021.

Elmer AT, Russel EN, Johnston-Brooks CH, **Kelly JP**, Filley CM, Hebert JR, Arciniegas DB. Defining the Minimally Important Difference on the Neurobehavioral Symptom Inventory among Veterans and First Responders with Chronic Mild or Moderate Traumatic Brain Injury.  American Neuropsychiatric Assn Annual Conference, Boston, MA, March 15, 2023.

Arciniegas DB, Elmer AT, Russel EN, Johnston-Brooks CH, Filley CM, Hebert JR, **Kelly JP**. Efficacy

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

of the Integrated Practice Unit Approach on Persistent Symptoms after Mild or Moderate Traumatic Brain Injury among Veterans and First Responders. American Neuropsychiatric Assn Annual Conference, Boston, MA, March 15, 2023.


**Other Professional Positions**

Consultant, Technical Medical Animation Corporation (TMAC), Denver, CO. 1990-1993.

Consulting Physician, Aspen Skiing Company, Aspen, CO. 2002-present.

Coordinator, Health Professions Continuing Education, Colorado Area Health Education Center System, Aurora, CO. 2004-2007.

Associate Director, Colorado Area Health Education Center System, University of Colorado at Denver and Health Sciences, Aurora, CO. 2007-2008.


**INTIVED EXTRAMURAL LECTURES, PRESENTATIONS & VISITNG PROFESSORSHIPS Invited Extramural Lectures / Academic Grand Rounds**

"Methanol Poisoning," Neurology/Neurosurgery Grand Rounds, University of Colorado School of Medicine July 29, 1992.

"Methanol Poisoning: Neurobehavioral Toxicology," Neurology Grand Rounds, Loyola University Stritch School of Medicine, Maywood, IL. October 16, 1992.

"Mild Traumatic Brain Injury," Grand Rounds, Department of Rehabilitation Medicine, Northwestern University Medical School, Chicago, IL. February 23, 1993.

"Head Injuries," Grand Rounds, Department of Pediatrics, Cook County Children's Hospital, Chicago, IL, January 25, 1994.

"Neuroleptic Induced Movement Disorders," Grand Rounds, Department of Neurology, Northwestern Memorial Hospital, Chicago, IL. January 11, 1994.

"Update on Head Injury Research," Grand Rounds, Department of Neurosurgery, Columbus-Cabrini Hospital, Chicago, IL. June 22, 1994.

"Rehabilitation of the Patient with Minor Head Trauma," Grand Rounds, Trauma Service, Olympia Fields Hospital, Olympia Fields, IL. August 10, 1994.

"Update on Seizure Prophylaxis in Traumatic Brain Injury," Grand Rounds, Rehabilitation Institute of Chicago, Chicago, IL. September 7, 1994.

"Rehabilitation Institute of Chicago: Program and Capabilities," Grand Rounds, Columbus-Cabrini Hospital, Chicago, IL.  January 18, 1995.

"Concussion in Sports," Neurology Grand Rounds, Northwestern University Medical School, Chicago, IL.  February 7, 1995.

"Post-Concussion Syndrome," Psychiatry Grand Rounds, University of Chicago, Chicago, IL. February 13, 1995.

"Brain Injury", Psychiatry and Behavioral Sciences Grand Rounds, Northwestern University Medical School, Chicago, IL. October 11, 1995.

**CURRICULUM VITAE**                                        James P. Kelly, MA, MD, FAAN, FANA

"Concussion in Sports-Update", Department of Neurology, Northwestern University Medical School, Chicago, IL. June 2, 1997.

"Second Impact Syndrome", Schwab Rehabilitation Hospital and Care Network Grand Rounds, affiliated with University of Chicago, Chicago, IL. December 8, 1997.

"Mild Brain Injury in Athletic Activities", Lutheran General Hospital Grand Rounds, affiliated with University of Illinois, Park Ridge, IL. July 28, 1999.

"Sports Concussion", Northwestern Memorial Hospital and Northwestern University Medical School Department of Neurological Surgery Academic Day, Chicago, IL. April 6, 2001.

"Concussion in Sports", Neuropsychology Conference, Montreal Neurological Institute, Montreal, Quebec, Canada. July 16, 2001.

"The Diagnosis and Management of Concussion", Northwestern University Medical School Department of Neurology Grand Rounds, Chicago, IL. October 9, 2001.

"The Diagnosis and Management of Concussion", The Pritzker School of Medicine, University of Chicago, Neurology Grand Rounds, Chicago, IL. September 26, 2002.

"Neuroprotectants in the Treatment of Concussion", Physical Medicine and Rehabilitation Grand Rounds, National Rehabilitation Hospital / Georgetown University, Washington, DC. March 2, 2007.

"Chronic Traumatic Encephalopathy (CTE)", Navy Medicine Professional Development Center and National Intrepid Center of Excellence (NICoE ) ECHO TBI, Bethesda, MD. February 6, 2014.

"Concussion", Uniformed Services University Family Nurse Practitioners Students, Bethesda, MD. December 2, 2014.

"A Clinical Research Institute for TBI: The US Military Experience", North Shore University Hospital Departments of Neurosurgery and Medicine Grand Rounds, Long Island, NY. April 16 & 17, 2015.

"A Clinical Research Institute for TBI", Emory University Department of Neurology Grand Rounds, Atlanta, GA. September 25, 2015.

"Concussion: Lessons Learned from Athletes and US Military Personnel", John H. Stroger Hospital of Cook County, Chicago, IL. January 15, 2016.

"Concussion and its Consequences", University of Colorado School of Medicine, Department of Neurology, Grand Rounds, Aurora, CO, September 6, 2017

"Concussion and Its Consequences", Grand Rounds, Cedars Sinai Medical Center, Los Angeles, CA, November 16, 2018

"TBI/Brain Injury in Veterans" Emergency Medicine Department Grand Rounds, Icahn School of Medicine at Mt. Sinai. New York, NY. October 16, 2019.

"Development of Military TBI Treatment - NICoE and Beyond". Center for Sport/Tulane Center for Brain Health, Tulane University (via teleconference), December 9, 2021

**Invited Extramural Lectures / Presentations**
"Evaluation of Head Injuries in the Athlete," University of Colorado Continuing Medical Education, Second Annual Sports Medicine Symposium, Denver, CO. May 12, 1989.

**<u>CURRICULUM VITAE</u>**                                     James P. Kelly, MA, MD, FAAN, FANA

"Malignant Cerebral Edema Following Repeated Minor Head Injuries," Colorado Head Injury Foundation Annual Conference, Denver, CO. June 9, 1989.

"Management of Acute Head Trauma and Post-Concussion Syndromes," University of Colorado Continuing Medical Education, Internal Medicine Review Course, Estes Park, CO. July 13, 1989.

"Stress in Residency Training Years," St. Joseph Hospital Residents' Conference, Denver, CO. December 4, 1989.

"Catastrophic Outcome after Repeated Minor Head Injury in Sports," University of Colorado Medical School, Denver, CO. February 14, 1990.

"Mental Status Disorders," University of Colorado Continuing Medical Education, Family Practice Review Course, Denver, CO. September 10, 1990.

"Stress in Training: Adapting to Changes," Conference on The Changing Faces of Medicine: Professional Decisions, Personal Choices, St. Joseph Hospital, Denver, CO. October 13, 1990.

"The Neuropsychology of Head Injury," University of Colorado Medical School, Denver, CO. October 24, 1990.

"Conceptual Neurobehavioral Approach to Traumatic Head Injury Rehabilitation," 9th Annual Head Injury Symposium, Vail, CO. January 14, 1991.

"Prevention of Catastrophic Outcomes Following Minor Head Injuries and Sports Related Injuries," 9th Annual Head Injury Symposium, Vail, CO. January 14, 1991.

"The Neurobehavioral Consequences of Mild Head Injury," Lecture to the New Medico Head Injury Treatment Program at Riverside Medical Center, Kankakee, IL. January 17, 1991.

"The Neurobehavioral Consequences of Mild Head Injury," and "Neuroleptic Treatment of Schizophrenia," Riverside Medical Center, Kankakee, IL. January 17, 1991.

"Contemporary Approaches to Traditional Challenges: New Directions in Behavior Management," An Educational Seminar about Neurobehavioral Management, New Medico, Salt Lake City, UT. March 22, 1991.

"Neurobehavioral Consequences of Mild Head Injury", Second Annual Brain Injury Symposium, Wyoming Medical Center, Casper, WY.  April 5, 1991.

"Prevention of Catastrophic Outcomes Following Concussion in Sports," Sports Neurology Seminar, American Academy of Neurology Annual Meeting, Boston, MA. April 26, 1991.

"Neurobehavioral Consequences of Brain Injury," Rocky Mountain Rehabilitation Institute, Aurora, CO. June 5, 1991.

"The Mental Competency Exam in Neurology," University of Colorado Medical School, Denver, CO. August 21, 1991.

"Dementia, Cerebral Vascular Disease and Degenerative Nerve Disease," Internal Medicine Board Review Course, University of Colorado Health Sciences Center, Denver, CO. August 22, 1991.

"Closed Head Injury," 17th Annual Primary Care Orthopedics Course, University of Colorado School of Medicine, The Given Institute, Aspen, CO.  August 30, 1991.

**<u>CURRICULUM VITAE</u>**                                James P. Kelly, MA, MD, FAAN, FANA

"Preventing Catastrophic Outcomes Following Concussions in Sports Injuries," 9th Annual Conference of the Colorado Head Injury Foundation, Colorado Springs, CO.  October 4, 1991.

"Guidelines for the Management of Concussion in Sports," 8th Biannual Fall Practicum in Athletic Training for Coaches, Denver Broncos Sports Medicine, Englewood, CO. November 16, 1991.

"The Psychological and Physiological Effects of Traumatic Brain Injury," Psychiatric Conference, Denver Department of Health and Hospitals, Denver, CO.  December 11, 1991.

"The Neurological and Behavioral Consequences of Traumatic Brain Injury", The Colorado Interagency Conference, Colorado Springs, CO.  February 7, 1992.

"Dementia, Cerebral Vascular Disease and Degenerative Nerve Disease," American College of Physicians Medical Knowledge Self-Assessment Program. Denver, CO. February 22, 1992.

"Concussion," Colorado Society of Clinical Neurologists, Denver, CO.  March 4, 1992.

"What is Head Injury?", "Managing Concussion in Sports" and "How to Manage Seizures Safely."  The Fifth Annual Montana Head Injury Conference, Billings, MT. September 5, 1992.

"The Anatomical Basis of Neurobehavioral Disorders," and "Mild Brain Injuries in Sports," The First Annual Brain Injury Consortium Conference, Denver, CO. September 13, 1992.

"The Anatomical Basis of Neurobehavioral Disorders." Wyoming Head Injury Association Annual Conference, Casper, WY. October 3, 1992.

"Prevention of Traumatic Brain Injury" and "Traumatic Brain Injury in Sports." Centennial Area Health Education Center, Westminster, CO. October 24, 1992.

Neurology-Head Injuries," Medicine for Lawyers Seminar of the Colorado Trial Lawyers Association. Denver, CO. December 11, 1992.

"Closed Head Trauma," 9th Annual Primary Care and Surgical Update, Colorado Academy of Physician Assistants, Breckenridge, CO. January 17, 1993.

"Concussion in Sports," 10th Annual Practicum in Athletic Training for Coaches, The Denver Bronco Training Facility, Englewood, CO. March 20, 1993.

"The Neurobehavioral Effects of Traumatic Brain Injury," Fourth Annual Seminar for the Benefit of the Michigan Head Injury Alliance and Mothers Against Drunk Driving, Detroit, MI. March 25, 1993.

"Independent Medical Examination and Expert Witness Testimony," Carolinas Brain Injury Symposium, North Carolina Head Injury Foundation, Charlotte, NC. April 29, 1993.

"Traumatic Brain Injury: Preventing Catastrophe," Colorado Association of School Nurses, Annual Meeting, Copper Mountain, CO. May 22, 1993.

"Traumatic Brain Injury," Colorado Trauma Symposium, Breckenridge, CO. July 31, 1993.

"Managing Concussion in Sports," Montana Coaches Association Annual Conference, Great Falls, MT. August 5 & 6, 1993.

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

"Mechanisms of Traumatic Brain Injury: Continuum of Mild Through Severe," and "Treatment of PostConcussion Syndrome," Northern Rockies Brain Injury Symposium, Missoula, MT. August 20, 1993.

"Neuroanatomy and Biomechanics of Brain Injury" and "Concussion Management," Mercy Medical Center Traumatic Brain Injury Seminar, Durango, CO. November 22, 1993.

"The Neuropsychiatric Aspects of Traumatic Brain Injury," The Thresholds, In-Service Training, Chicago, IL. December 14, 1993.

"Helmets in Prevention," Chicago Medical Society, 1994 Midwest Clinical Conference, Chicago, IL. February 13, 1994.

"Neurobehavioral Effects in Brain Injury," Rehabilitation Institute of Chicago, Annual Rehabilitation Nursing Management Conference, Chicago, IL. February 24, 1994.

"What Happens to the Brain During Traumatic Brain Injury," Seminar of the Midwest Rehabilitation Center, Waterford, WI. Chicago, IL. March 11, 1994.

"Biomechanics of Traumatic Brain Injury," Fifth Annual Seminar, Michigan Head Injury Alliance and Michigan State Mothers Against Drunk Driving, Detroit, MI. March 24, 1994.

"Clinical Aspects of Brain Injury," Head Injury Rehabilitation: Current Approaches in the Continuum of Care, Rehabilitation Institute of Chicago, Chicago, IL. April 15, 1994.

"Impact of Emergency Care on Outcomes," Loyola University Medical School Emergency Medical Services Program, Rehabilitation Institute of Chicago, Chicago, IL. April 21, 1994.

"Prediction of Outcome from Neuropsychological Testing," Traumatic Brain Injury Rehabilitation and Outcomes: Entering the Age of Accountability, Rehabilitation Institute of Chicago, Chicago, IL. May 13, 1994.

"Mild/Moderate Head Trauma: Diagnosis and Treatment," HealthSouth Rehabilitation Hospital of Montgomery, Montgomery, AL. June 18, 1994.

"Case Management - Treatment Trends for the 90's," Olsten Kimberly QualityCare Symposium, Arlington Heights, IL. June 21, 1994.

"Closed Head Injury," Resident Seminar, Department of Neurology, University of Colorado School of Medicine, Denver, CO.  August 4, 1994.

"Mild Traumatic Brain Injury," Medical Education Conference, Hinsdale Hospital, Hinsdale, IL. September, 21, 1994.

"Traumatic Brain Injury in Sports: Are the Risks Appreciated?,"  Brain Injury Association (Formerly known as the National Head Injury Foundation) Eighth Annual Trail Lawyers' Conference, Palm Beach, FL.  September 29, 1994.

"Neurology of Traumatic Brain Injury: Background and Stages of Recovery," Children's Head Injury Consortium, Chicago, IL.  October 1, 1994.

"Management of Concussion in Athletes," National Center for Advanced Medical Education Sports Medicine Conference, Chicago, IL.  October 3, 1994.

**CURRICULUM VITAE**                              James P. Kelly, MA, MD, FAAN, FANA

"Compensating for Frontal Lobe Dysfunction," Illinois Chapter, Brain Injury Association (Formerly know as the National Head Injury Foundation) 12th Annual Education Conference, Lisle, IL.  October 7, 1994.

Kelly JP, Smith LJ, Dyro FM, Appel A, Black FW. "Medical Legal Implications of Mild Traumatic Brain Injury," Pre-Symposium Course, Brain Injury Association (Formerly known as the National Head Injury Foundation) 13th Annual Symposium, Chicago, IL. November 6, 1994.

"Traumatic Brain Injury 101," and "General Health Issues," Life After Brain Injury: Answers I Can Live With, U.S. Department of Education, Office of Special Education and Rehabilitation Services National Brain Injury Conference, Chicago, IL.  November 9, 1994.

"Working with the Traumatically Brain Injured Patient in the Home," Olsten Kimberly QualityCare InService, Downers Grove, IL.  November 15, 1994.

"Management of Concussion in Athletes," National Center for Advanced Medical Education, Sports Medicine Conference, Chicago, IL.  November 16, 1994.

"Traumatic Brain Injury: Medical and Behavioral Implications," Iowa Association of Service Providers in Private Rehabilitation Conference, Des Moines, IA. November 17, 1994.

"Neurophysiology and Neuropathology of Mild Traumatic Brain Injury," "Overview of Mild Traumatic Brain Injury Management from a Primary Care Perspective," "Psychopharmacologic Intervention," and "Mild Traumatic Brain Injury: Future Directions," National Rehabilitation Hospital Conference, Mild Traumatic Brain Injury: Integrated Treatment of Somatic, Cognitive, and Emotional Sequelae, Washington, DC. December 2, 1994.

"Concussion Management in Football," American Society for Testing and Materials Conference, Safety in American Football, Phoenix, AZ. December 7, 1994.

"Managing Risks of Concussion," Professional Football Players' Concussion Seminar, Newport Beach, CA. February 17, 1995.

"Biomechanics of Traumatic Brain Injury," Sixth Annual Seminar, Michigan Head Injury Alliance and Michigan State Mothers Against Drunk Driving, Detroit, MI. March 23, 1995.

"Preventing Concussion in Sports and Recreation", Sports Exhibit, Museum of Science and Industry, Chicago, IL.  April 9, 1995.
"Pathophysiology and Approaches to Medical Management of Brain Injury", Brain Injury Rehabilitation: Practical Approaches to Interdisciplinary Care, Rehabilitation Institute of Chicago, Chicago, IL. April 20, 1995.

"Second Impact Syndrome", Illinois Athletic Trainers Association, Wheaton South High School, Wheaton, IL. May 13, 1995.

"Concussion in Sports", Neurosciences Conference, Evanston Hospital, Evanston, IL. May 15, 1995.

"Sports and Brain Injury" Workshop, Brain Injury Association (Formerly known as the National Head Injury Foundation) Annual Meeting, Alexandria, VA. June 2, 1995.

"The Management of Concussion in Sports", ABTA panel, Team Athletic Trainers of the National Basketball Association, Sheraton-Chicago, Chicago, IL.  June 5, 1995.

"The Road to Wellness: Taking the Rehab Path", American Brain Tumor Association Annual Symposium, Showing Hope, Chicago, IL.  June 10, 1995.

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

"Mild Traumatic Brain Injury", Resident Lecture Series, West Suburban Hospital and Medical Center, Oak Park, IL.  August 9, 1995.

"Traumatic Brain Injury in Sports: Are the Risks Appreciated?" and "Determining Causation and Prognosis in Post-Concussion Syndrome Cases", 9th Annual Brain Injury Association Trial Lawyers Conference, The Brain Injury Case: What Trial Lawyers Need to Know, Colorado Springs, CO. September 28 and September 29, 1995.

"Rehabilitation of Patients with Traumatic Brain Injury", 7th Annual Symposium, Chicago Institute of Neurosurgery and Neuroresearch, Neuroscience Nursing, Chicago, IL.  October 20, 1995."

Acute and Chronic Head Injuries in Football", Pre-Symposium Workshop, Brain Injury Association, 14th Annual National Symposium, San Diego, CA.  December 3, 1995.

"Pharmacology Update:  Brain Injury", Rehabilitation Nursing Second Annual Course: Long Term Disability After Traumatic Injury, Rehabilitation Institute of Chicago, Chicago, IL. February 28, 1996.

"How to Prevent, Detect and Treat Sports Related Concussion", Public Lecture Series, The Given Biomedical Institute, Aspen, CO. March 13, 1996.

"Neurological Evaluation of Concussion", Sports Related Concussion: Neurological and Neuropsychological Evaluation and Management, Allegheny General Hospital, Pittsburgh, PA. March 23, 1996.

"Traumatic Brain Injury in Sports: Are the Risks Appreciated?", Georgia Neurosurgical Society Annual Spring Meeting, Sea Island, GA. May 25, 1996.

"Rehabilitation in the Acute State", International Conference on Recent Advances in Neurotraumatology, sponsored by the Neurotraumatology Committee of the World Federation of Neurosurgical Societies, Rimini, Italy. September 11, 1996.

"The Science and Politics of Practice Guidelines for Acquired Brain Injury: A Multi-Specialty Report from the Aspen Neurobehavioral Institute", American Academy of Physical Medicine and Rehabilitation Annual Conference, Chicago, IL. October 13, 1996.

"Aspen Conference Guidelines: A Discussion of Their Implications for Brain Injury Treatment and Recovery", BIA 15th Annual Symposium, Dallas, TX. November 2-5, 1996.
"A Comprehensive System for Medical/Neuropsychological Assessment of Persons with Brain Injury (6A-BIAS)", Brain Injury Association 15th Annual Symposium, Dallas, TX. November 2-5, 1996.

"Concussion in Sports - Update", Rehabilitation Sports Medicine IX: Controversies in Sports Medicine II, Rehabilitation Institute of Chicago, Chicago, IL. December 12, 1996.

"Neurological Basis of Traumatic Brain Injury", Management of Cognitive-Communicative Problems in Adults with Brain Injury, Rehabilitation Institute of Chicago, Chicago, IL. February 6, 1997.

"Concussion Classification: What Are the Uses and How Are They Used?", Sports Related Concussion and Nervous System Injuries Conference, Allegheny General Hospital, Orlando, FL. February 10, 1997.

"Guidelines for the Management of Patients in a Vegetative State", Third Annual Multidisciplinary Brain Injury Rehabilitation Program: Management of the Minimally Conscious Patient, Rehabilitation Institute of Chicago, Chicago, IL.  April 8, 1997.

"Return to Sports After Concussion", Forty-Ninth Annual Meeting, American Academy of Neurology, Boston, MA. April 17, 1997.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

"Memory Training", Third Biennial Brain Tumor Symposium, American Brain Tumor Association, Chicago, IL. July 20, 1997.

"Mild Head Injury", Family Medicine Residency Lecture Series, West Suburban Hospital, Oak Park, IL. September 10, 1997.

"Evolution of Guidelines for the Management of Patients in Minimally Conscious State", Current Trends in Acquired Brain Injury Treatment: An Up-to-Date Report, Shepherd Center, Atlanta, GA. September 18, 1997.

"Concussion in Sports and Recreation", Brain Injury Association of Illinois Annual Educational Conference, Lisle, IL. October 24, 1997.

"Concussion in Sports and Recreation", Brain Injury Association 16th Annual National Symposium, Philadelphia, PA. November 2, 1997.

"Injury Prevention: A Focus on Traumatic Brain Injury", American Academy of Physical Medicine and Rehabilitation Annual Conference, Atlanta, GA. November 14, 1997.

"Sideline Evaluation of 'Dinged' Athlete", American Orthopaedic Society of Sports Medicine Workshop, Chicago, IL. December 11, 1997.

"Current Concepts in Sports Concussion", American Orthopaedic Society of Sports Medicine Workshop, Chicago, IL. December 11, 1997.

"Second Impact Syndrome", Great Lakes Athletic Trainers Association Winter Meeting, St. Charles, IL. March 13, 1998.

"Sports Related Head Injuries", University of Illinois/Ravenswood Family Practice Residency Program, Chicago, IL. March 18, 1998.

"Neuroanatomy of Behavior", Fourth Annual Multidisciplinary Brain Injury Rehabilitation Program: Behavioral Issues in Brain Injury, Rehabilitation Institute of Chicago, Chicago, IL.  April 16, 1998.

"Mechanics of Brain Injury: What is Second Impact Syndrome?", American Academy of Neurology 50th Annual Meeting, Minneapolis, MN. April 30, 1998.
"Mild Traumatic Brain Injury/Sports Concussion", American Academy of Neurology 50th Annual Meeting, Minneapolis, MN. May 1, 1998.

"Return to Sports After Concussion", American Academy of Neurology 50th Annual Meeting, Minneapolis, MN. May 1, 1998.

"Importance of Wearing Helmets in Cycling and Other Sports and Recreational Activities", Harold Washington Library, Chicago, IL. May 22, 1998.

"Concussional Injuries: Recently Adopted Practice Guidelines for Neurologists and Neurosurgeons", Brain Injury Association 12th Annual Conference for Attorneys, Palm Beach, FL. September 17-18, 1998.

"Neglected Medical Issues in Mild Traumatic Brain Injury Cases", Brain Injury Association 12th Annual Conference for Attorneys, Palm Beach, FL. September 17-18, 1998.

"Medical Assessment and Treatment of Mild Traumatic Brain Injury", Brain Injury Association 12th Annual Conference for Attorneys, Palm Beach, FL. September 17-18, 1998.

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

"Concussion in Sports", Department of Sports Medicine, Lutheran General Hospital, Park Ridge, IL. September 23, 1998.

"Post Concussive Injury and Sports", Brain Injury Association of Colorado Annual Conference, Vail, CO. October 9, 1998.

"Accomplishments and Future Considerations of Aspen Neurobehavioral Conference", Rehabilitation of Persons with Traumatic Brain Injury, National Institutes of Health Consensus Development Conference, Bethesda, MD. October 26, 1998.

"Neurology of Mild Traumatic Brain Injury (MTBI) and Post-Concussion Syndrome (PCS)", Neuropsychological and Legal Aspects of Mild Traumatic Brain Injury and the Post-Concussion Syndrome Seminar, The Health Law Institute, DePaul University College of Law, Chicago, IL. October 30, 1998.

"A Dissemination Strategy for Sports Related Concussions in High School and Collegiate Athletes: A Pilot Curriculum", Brain Injury Association 17th Annual National Symposium, New Orleans, LA. November 1, 1998.

Family Violence Initiative Press Conference, American Medical Association, Chicago, IL. November 4, 1998.

"Introduction to the Course: Scope of the Problem", "Biomechanics of Concussion: Consensus Management Guidelines", "Prevention Strategies/Helmet Designs", Fifth Annual Multidisciplinary Brain Injury Rehabilitation Program: Behavioral Issues in Brain Injury, Rehabilitation Institute of Chicago, Chicago, IL.  April 14-15, 1999.

"Return to Sports After Concussion", American Academy of Neurology 51st Annual Meeting, Toronto, Ontario, Canada. April 19, 1999.

"Mild Traumatic Brain Injury and Concussion in Sports: Clinical Implications", Spaulding Hospital Rehabilitation Hospital, Department of Physical Medicine and Rehabilitation, Harvard Medical School, Boston, MA. May 26, 1999.

"Rehabilitation After Traumatic Brain Injury", Department of Neurological Surgery, Northwestern University Medical School, Chicago, IL. May 28, 1999.
"Rehabilitation of the Patient with Minor Head Trauma", Emergency Medicine Residency Program, Olympia Fields Osteopathic Hospital, Olympia Fields, IL. June 9, 1999.

"The Epidemiology, Definition and Consequence of Concussion", "Post-Concussion Syndrome", Multiple Concussions: How Many Are Too Many?, West Coast Sports Medicine Foundation Sports Head Injury Symposium 1999, Westwood, CA. June 12, 1999.

"Sports and Concussion: Research in Practice", Third World Congress on Brain Injury, Quebec City, Quebec, Canada. June 16, 1999.

"Medical Rehabilitation Management of Brain Injury", Rehabilitation of Persons with Physical Disability and Chronic Illness, Rehabilitation Institute of Chicago, Chicago, IL. June 21, 1999.

"Emerging from Coma-The Prognosis for Recovery", (Grading Concussions-Recent Neurological Practice Guidelines (Brain Injury Assoc. 13th Annual Conference for Attorneys), Phoenix, AZ. September 16, 1999. "Diagnosis and Management of Concussion", Pain and Rehabilitation Clinic of Chicago, Chicago, IL. October 1, 1999.

"Closed Head Injury: Concussion", "Epilepsy and Sports Participation", and "Neurologic Injury of the

**CURRICULUM VITAE**                              James P. Kelly, MA, MD, FAAN, FANA

Upper Extremity", American College of Sports Medicine, Team Physician Course, Part I, St. Petersburg Beach, FL. February 2-6, 2000.

"Concussion/Sports and Concussion", Continuing Medical Education Program, Edgewater Medical Center, Chicago, IL. April 12, 2000.

"Grading Scales, Return-to-Play Decisions and Retirement Recommendations in Sports Concussion", Spring Conference, Mild Head Injury: Clinical Implications and Applications in Sports Medicine, Colorado Neuropsychological Society, Boulder, CO. May 12, 2000.

"Traumatic Brain Injury: Second Impact Syndrome", 2000 Annual Symposium, Academy for Sports Dentistry, Chicago, IL. June 9, 2000.

"There Is No Such Thing as a Minor Concussion", 2000 Annual Meeting of Player Representatives, Professional Hockey Players( Association, Palm Coast, FL. June 14, 2000.

"Concussion in Sports", National Hockey League Players "Association Players" Meeting, Whistler, British Columbia, Canada. June 27-28, 2000.

"The Health Perspective", Region VIII Safe Communities Highway Safety Briefing, Naperville, IL. June 30, 2000.

"Management of Concussion in Sports: Expert Perspectives on Grading Scales and Return to Play Guidelines", 51st Annual Meeting & Clinical Symposia, National Athletic Trainers Association, Nashville, TN. July 1, 2000.

"When the Elite Professional Athlete Sustains a Concussion: Medical/Legal Issues" and "Special Focus on Mild TBI: Medical Assessment and Treatment", 14th Annual Conference for Attorneys, Brain Injury Association, Palm Beach, FL. September 14, 2000.

"Concussion in Sports and Recreation", Indiana Neurological Society, Indianapolis, IN. September 29, 2000.

"Mild Traumatic Brain Injury", Chubb Insurance Group, Chicago, IL. November 3, 2000.

"Headache", St. Joseph Parish, Homewood, IL. November 14, 2000.

"Guidelines for the Management of Concussion", Hospital for Special Surgery, New York, NY. December 2, 2000.

"Concussion in Sports and Recreation", the 9th Annual Conference of the Brain Injury Association of Iowa, Des Moines, IA.  March 16, 2001.

"The Management of Concussion in Sports", Mary Institute Country Day School, St. Louis, MS.  March 17, 2001.

"Medical Clearance for Return to Skiing After Concussion", Seven Mile Clinic, Winter Park Resort, Winter Park, CO.  March 27, 2001.

"Update on Traumatic Brain Injury", Department of Neurology, University of Colorado School of Medicine, Denver, CO.  March 29, 2001.

"Grading the Severity of Concussion", Williamsburg Traumatic Brain Injury International Conference, Williamsburg, PA.  June 8, 2001.

<u>**CURRICULUM VITAE**</u>                                James P. Kelly, MA, MD, FAAN, FANA

"Rehabilitation of the Severely Closed Head Injured Patient", Association of Trial Lawyers of America Annual Convention, Montreal, Quebec, Canada.  July 15, 2001.

"Preventing Catastrophic Outcomes Following Concussion in Sports", 3rd Interurban Acquired Brain Injury Conference 2001: An ABI Odyssey Program, London, Ontario, Canada, October 26, 2001.

"Return to Play Following a Concussion", 1st International Symposium on Concussion in Sport, International Ice Hockey Federation, Federation Internationale de Football Association and International Olympic Committee, Vienna, Austria, November 3, 2001.

"Concussions/Second Impact Syndrome", Current Concepts in Primary Care Sports Medicine, University of Chicago, Illinois Chapter, American Academy of Pediatrics, Chicago, IL. March 7, 2002.

"The Cumulative Effect of Multiple Concussions", Trial Lawyers of British Columbia Brain Injury Litigation Conference, Vancouver, BC, Canada.  April 12, 2002.

"AAN Grading Scale for Concussion in Sports", Sports Neurology Program, American Academy of Neurology 54th Annual Meeting, Denver, CO.  April 13, 2002.

"The Diagnosis and Management of Concussion", American Academy of Neurology 54th Annual Meeting, Denver, CO.  April 16, 2002.

"Communicating with Speech/Mentally Challenged Non-verbal Patients", South Suburban Hospital, Hazel Crest, IL. April 24, 2002.

"The Diagnosis and Management of Concussion", Neuropsychology Conference, University of TexasSouthwestern, Dallas, TX.  June 17, 2002.

"Brain and Spinal Cord Injuries in the Workplace", Association of Trial Lawyers of America, 2002 Annual Convention, Atlanta, GA. July 22, 2002. "Mild TBI", National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta, GA.  July 22, 2002.

"Concussion Evaluation and Management in Sports", Concussion and Sports 2002, Brain Injury Association of British Columbia, Vancouver, BC.  October 2, 2002.

"The Diagnosis and Management of Concussion", Neurotrauma Day, Pacific Coast Brain Injury Conference, Brain Injury Association of British Columbia, Vancouver, BC.  October 3, 2002.

"The Minimally Conscious State: Communication between the family and the professional", Brain Injury Association of Illinois 2002 Annual Education Conference, Lisle, IL.  October 4, 2002.

"Gunshot Wounds to the Head", 7th HELP Network Conference, Chicago, IL.  October 28, 2002.

"Helmet Use in Skiing", three separate lectures delivered to the Ski Patrol and the Ski Instructors (Aspen Skiing Company), and to the community of Aspen, CO.  Aspen, CO.  November 14 & 15, 2002.

"Clinical Presentation and Medical Management of MTBI: From the Sideline to Chronic Postconcussion Syndrome" and "The Future of Assessment Methods for prevention and Treatment of MTBI", International Conference on Closed Head Trauma: Traumatic Brain Injury Mechanisms and Design Criteria for Effective Protection Strategies, San Juan, Puerto Rico. January 29, 2003.

"Sports Neurology", The Chicago Review Course in Neurology, Chicago, IL. January 31, 2003.

"Concussion/Second Impact Syndrome", The University of Chicago 2nd Annual Current Concepts in Primary Care Sports Medicine, Chicago, IL. March 6, 2003.

**CURRICULUM VITAE**                                    James P. Kelly, MA, MD, FAAN, FANA

"The Diagnosis and Management of Concussion", American Academy of Neurology 55th Annual Meeting, Honolulu, HI. March 31, 2003.

 "What is and what is not Mild TBI", The 5th World Congress on Brain Injury, International Brain Injury Association, Stockholm, Sweden.  May 23, 2003."Consciousness: Caveats and Controversies", The 5th World Congress on Brain Injury, International Brain Injury Association, Stockholm, Sweden.  May 24, 2003.

"Prognostic Uncertainty in Severe Brain Injury Cases", Ethics Rounds, Northwestern Memorial Hospital, Chicago, IL.  September 11, 2003.

"Concussion and Altitude Sickness", Aspen Skiing Company Ski Patrol Update, Snowmass, CO. November 13, 2003.

"Neurological Aspects of Concussion", Allegheny General Hospital Course "Neurotrauma and Sports Medicine", Phoenix, AZ.  February 27, 2004.

"The Diagnosis and Management of Concussion", American Academy of Neurology Annual Symposium, San Francisco, CA.  April 25, 2004.

"Sports Concussion", Continuing Education Lecture, Marianjoy Rehabilitation Hospital, Wheaton, IL. May 13, 2004.

"Terminal Sedation", Medical Ethics and Humanities Program – Work in Progress, Northwestern University Medical School, Chicago, IL. May 21, 2004.

"Grading Concussions: Recent Neurological Practice Guidelines", North American Brain Injury Society, Beaver Creek, CO. September 20, 2004.

"Impaired Driving" and "Management of Sports Concussion", Montrose Fall Clinics, Montrose, CO. September 24, 2004.

"Consciousness", Brain Injury Association of Colorado Annual Conference, Vail, CO.  October 2, 2004.

"Terri Schiavo Case – Neurological Aspects", Center for Bioethics and Humanities Advisory Board Retreat, University of Colorado Health Sciences Center, Denver, CO.  October 14, 2004.

"The Prognosis of Early Signs and Symptoms", "The Nature of PCS and Who gets Persistent Symptoms", and "Medico-Legal Perspective in North America", 2nd International Symposium on Concussion in Sport, Prague, Czech Republic. November 5 & 6, 2004.

"Head Injury vs. Altitude", Aspen Skiing Company Medical Update, Aspen, CO.  November 11, 2004.

"Guidelines for the Management of Concussion", Heading for the Future: Managing Sports Injury and Concussion Co-sponsored by the Brain Injury Association of New York State and Weill Medical College of Cornell University, New York, NY. December 10, 2004.

"Neurological examination – recent neurological practice guidelines", Trial Lawyers Association of British Columbia, Medical & Legal Issues in Brain Injury Seminar, Vancouver, BC. April 1, 2005.

"Defining Death", Montrose Memorial Hospital, Montrose, CO. August 5, 2005.

"Concussion in Sports", Colorado Society of Clinical Neurologists, Denver, CO. September 14, 2005.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

"Concussion", Winter School / Western Colorado AHEC, Grand Junction, US CO. February 16, 2006.

"The Neurology of Consciousness", Colorado Psychoanalytic Society, Denver, CO. March 10, 2006.

"The Diagnosis and Management of Concussion", Montrose Memorial Hospital, Montrose, CO. September 8, 2006.

"Concussion", St. Mary's Hospital, Grand Junction, CO. September 12, 2006.

"Concussion in Sports", Community Lecture, Delta Recreation Facility, Delta, CO. October 5, 2006.

"The Diagnosis and Management of Concussion", Delta County Memorial Hospital, Delta, CO. October 6, 2006.

"Concussion in Sports", Community Lecture, Mesa State College, Grand Junction, CO. November 2, 2006.

"Concussion" and "Consciousness", Two separate lectures to the nursing students, Mesa State College, Grand Junction, CO. November 3, 2006.

"The Neurochemical Aftermath of Amateur Boxing", Lecture as discussant for a paper presented by Max Albert Hietala, MD, PhD. American Academy of Neurology 59th Annual Meeting. Boston, MA. May 2, 2007.

Defense and Veterans Brain Injury Center (DVBIC)-Defense Centers of Excellence (DCoE)/Department of Defense (DOD)/National Football League (NFL) Conference, University of Colorado Denver, CO September 16, 2008.

"'Social Security Administration's Compassionate allowances outreach hearing on brain injuries and stroke", Baltimore, MD. December 12, 2008.

Panel on Concussions Instructions, American College of Emergency Physicians (ACEP), New York, NY February 6th, 2009.

Congressional Brain Injury Task Force Panel on the Hill, Washington, DC March 17, 2009.

"TBI", American Academy of Neurology, Seattle, WA May 1, 2009.

"TBI and Psychological Health Conditions", American Psychiatric Association, San Francisco, CA. May 20, 2009.

"Mild TBI and PTSD", VA Mental Health Conference, Baltimore, MD. July 22, 2009.

Advance Technology Applications in Combat Casualty Care Conference (ATACCC), Panel, Tampa, FL. August 9-12, 2009.

National Alaska Brain Injury Network Conference, Anchorage Alaska, August 18-22, 2009.

Centers of Excellence for Remote and Medically Under-Served Areas Conference (CERMUSA), Johnstown, PA. September 3-4, 2009.

"Smoke but No Fire", 2ND Annual International Neurotrauma Society Conference, Santa Barbara, CA. September 8, 2009.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

TBI Conference, Saint Louis University CME, St Louis, MO. September 9, 2009.

3rd Annual National TBI conference, Keynote speaker-Washington, DC. September 17-18, 2009.

Brain Injury Association of Colorado (BIAC), October 7-8, 2009.

"Caring for Our Wounded Warriors", The Seventh Annual Conference on Brain Injury, North American Brain Injury Society (NABIS) – Austin, TX. October 15, 2009.

Brain Injury Association of North (BIANC), Raleigh, NC. October 23, 2009.

"Screening for TBI", CIMIT – Boston, MA. October 28, 2009.

"The Things They Carry: Injury and Resilience Among Veterans" When Veterans Come Home- Atlanta, January 7, 2010.

MHS Conference, National Harbor Baltimore, MD. January 25-28, 2010.

Mount Sinai CDC Grant Advisory Committee, 2010-2012

"US Court of Appeals Claims for Veterans 11th Annual Judicial Conference", US Court of Appeals Federal Court Judges Conference, Washington, DC March 4, 2010.

"Mild TBI: Current Science and Future Directions", International Brain Injury Association Eighth World Congress on Brain Injury Washington, DC. March 11, 2010.

Annual Polytrauma Rehabilitation Centers Conference, Keynote speaker- Richmond, March 30-31 2010.

Military Health Management Training Conference, Washington, DC. April 28. 2010.

US Navy & Marine COSC, San Diego, CA. May 18-20, 2010.

IBMISPS World Congress Gala, Bethesda, MD. May 23, 2010.

McGowan Institute for Regenerative Medicine Open Session, Pittsburgh, PA. May 24-25, 2010.

"Traumatic Brain Injury: Clinical application of latest research; complementary alternative treatments; readjustment/reintegration; continuity of care", Brain at War Conference, San Francisco, CA. June 17, 2010.

"Cumulative Concussion: Lessons Learned from Sports Research/Medicine" and "NICoE Update", 4th Annual TBI Military Training Conference, Washington, DC. August 30-31, 2010.

"Mild Head Injury/Concussion", University of Colorado, Denver, CO. September 3, 2010.

"Coma" and Decision making panel, University of Colorado, Denver, CO. October 7, 2010.

28th Annual Conference, The Brain Injury Association of Colorado, Colorado Springs, CO. October 21, 2010.

"NICoE Brief", Defense Health Board (DHB) National Intrepid Center of Excellence, Bethesda, MD. November 1, 2010.

<u>**CURRICULUM VITAE**</u>                                    James P. Kelly, MA, MD, FAAN, FANA

"Traumatic Brain Injury", Brain and Behavior 2010 Conference, Tulane University, New Orleans, LA. December 3-4, 2010.

"Cutting-Edge Multi-Disciplinary Care for the TBI Patient: National Intrepid Center of Excellence",  2011 Military Health System Conference, Maryland. January 26, 2011.

"Invisible Wound of Warriors, TBI & PTSD", Western Colorado Area Health Education Center (WCAHEC) Conference, VA Medical Center Grand Junction, CO. February 23-24, 2011.

4th Annual Translational Neuroscience Conference, University of Colorado, Denver, CO. March 4, 2011.

"Mild Traumatic Brain Injury/Concussion Pathology and Identification", DiSepio Symposium Series, Saint Francis University, Loretto, PA. May 13, 2011.

"Concussion as a Military Concern", Mount Sinai Medical Center, Concussion Definition Consortium- A Evidence-Based Project, New York, NY. May 20, 2011.

"Recovery of Function After Brain Injury", Johns Hopkins Traumatic Brain Injury National Conference: From Impact to Recovery, John Hopkins University School of Medicine, Baltimore, MD. May 21, 2011.

"Sports Related Concussions and Mild TBI" and "CNS Injury (Brain & Spine) on Veterans of Iraq and Afghanistan War", Foundation of the ASNR Symposium 2011: Neuroradiology of Trauma, Seattle, WA. June 5, 2011.

"Post-Traumatic Stress Disorder, Traumatic Brain Injury", Grand Rounds for Behavioral Health, FT. Belvoir, VA. June 7, 2011.

"National Intrepid Center of Excellence (NICoE) and the Military" and "The Natural History of mild TBI: Lessons Learned from Sports Concussion Research on Acute and Chronic Effects", Federal Interagency Conference on Traumatic Brain Injury, Washington, DC. June 14-15, 2011.

"National Intrepid Center of Excellence (NICoE)", The Traumatic Brain Injury Model Systems Project Directors Meeting, Arlington, VA. June 17, 2011.

"National Intrepid Center of Excellence (NICoE) Introduction, Patient Panel, and Philosophy & Methodology NICoE Summit", Arlington, VA. August 10-11, 2011.

"CNS Injury III- Concussion", University of Colorado, Denver, CO. September 2, 2011.

"Veterans and Department of Defense Issues" and "Blast Injury Institute Panel", The Ninth Annual Conference on Brain Injury, North American Brain Injury Society (NABIS) – New Orleans, LA. September 15-17, 2011.

"Traumatic Brain Injury", Center for Deployment Psychology Uniformed Services University of the Health Services, Bethesda, MD. September 20, 2011.

"Brain Injury: The U.S. Military Experience" and "The National Intrepid Center of Excellence: Advancing Our Understanding of Military TBI and Psychological Health Conditions", 2012 Brain Injury Summit, Craig Hospital, Beaver Creek, CO. January 9-10, 2012.

National Intrepid Center of Excellence, Wounded Warrior Track, Military Health System 2012 Conference, National Harbor, MD. January 31, 2012.

<u>**CURRICULUM VITAE**</u>                                        James P. Kelly, MA, MD, FAAN, FANA

"The Signs and Symptoms of TBI", Train the Trainer, California Area Health Education Center (AHEC) Statewide office at University of California San Francisco, Los Angeles, CA. February 21, 2012, Denver, CO. March 6, 2012, Dallas, TX. March 13, 2012.

"Longitudinal Study of Medical Requirements for Wounded, Ill or Injured Service Members Conference", Traumatic Brain Injury Panel, Hosted by the Assistance Secretary of Defense for Health Affairs, Naval Yard Washington, DC. March 15, 2012.

"National Intrepid Center of Excellence" (NICoE) and "Signs and Symptoms of Traumatic Brain Injury", International Health Partnership for Peace Workshop, Ramstein Air Base, Germany, April 18-20, 2012.

"Evidence-based Clinical Management of mTBI: The DoD Experience", New Frontiers in the Translational Science, Clinical Management, and Prevention of Traumatic Brain Injury conference, Medical College of Wisconsin, Milwaukee, WI. May 18, 2012.

"Traumatic Brain Injury", Center for Deployment Psychology Uniformed Services University of the Health Services, Bethesda, MD. June 14, 2012.

"Military's Experiences with and Procedures for Concussions", Clinical Decision Making in Emergency Medicine: An Evidence-Based Conference, Mount Sinai Medical Center, Brigham and Women's Hospital, University of Florida, Jacksonville, Mayo Clinic College of Medicine Carolinas Medical Center, Foundation for Education and Research in Neurologic Emergencies Best Practices, Inc. Emergency Medicine Practice, Ponte Vedra Beach, FL. June 23, 2012.

A-TrACC Project for the Behavioral/Mental Health of Veterans/Service Members & Families, AHEC Changing Healthcare Landscape Conference, San Antonio, TX. July 31 – 1 August 2012.

"Federal Panel on TBI Initiatives", 23rd Annual State of the States Conference partnering with the National Association of States United for Aging and Disabilities, Arlington, VA. September 10, 2012.

"Trauma and Stroke", Accelerating U.S. Israel Neuroscience & Neurotechnology Collaborations, Washington, DC. September 12, 2012.

"A Place to Heal the Invisible Wounds of War", Brian Injury Association of Michigan 2012, 2nd Veterans TBI Summit, Lansing, MI. September 26, 2012.

"A Novel Integration of Technology and Humanism: High Tech AND High Touch", Operation: Headed Home, Fort Campbell, KY. October 2, 2012.

"Understanding the Sacrifice, Caring for Brain & Psychological Health Injuries", Western Colorado Area Health Education Center (WCAHEC) Grand Junction, CO. October 13, 2012.

"Mild Traumatic Brain Injury", 1st Ulm Conference on Traumatic Brain injury and the Special Question of Problems with Mild Traumatic Brain Injury, Ulm, Germany. October 16, 2012.

"Concussion Management Updates", Ski Patrol and the Ski Instructors (Aspen Skiing Company), and to the community of Aspen, CO. Aspen, CO.  November 08, 2012.

"Traumatic Brain Injury, Concussion and Postconcussion Syndrome", Center for Deployment Psychology Uniformed Services University of the Health Services (USUHS), Bethesda, MD. December 7, 2012.

"NICoE Update", TBI Model Systems Project Directors Meeting, Arlington, VA. December 13, 2012.

**CURRICULUM VITAE**                    James P. Kelly, MA, MD, FAAN, FANA

"Traumatic Brain Injury, Concussion and Postconcussion Syndrome", Center for Deployment Psychology Uniformed Services University of the Health Services (USUHS), Bethesda, MD. April 17, 2013.

"A Place to Heal the Invisible Wounds of War", 2013 Brain Injury Association of Maryland Conference. Baltimore, MD. April 18, 2013.

"Fundamentals of TBI", Invisible Wounds of War: Traumatic Brain Injuries, Northeast Florida, Big Bend and Suwannee River AHECs Conference. Jacksonville, FL. August 9, 2013.

"Risk of Cumulative Concussions in High Risk Occupations", Defense and Veterans Brain Injury Center (DVBIC) DVBIC Global Synapse Conference, Washington, DC. August 22, 2013.

"Concussion Care in the US Military", Department of Neurosurgery Grand Rounds, University of Colorado School of Medicine, Denver, CO. September 3, 2013.

"A novel neurobehavioral approach to co-morbid TBI and PTSD: The Invisible wounds of war", Department of Neurology, University of Colorado School of Medicine, Denver, CO. September 4, 2013.

"Innovative Mental Health Solutions-Today and Tomorrow", 2013 Warrior Family Symposium. Washington, DC. September 12, 2013.

"Blast Injury Institute: Concussion and Chronic Traumatic Encephalopathy", The 11th Annual Conference on Brain Injury, North American Brain Injury Society, New Orleans, LA. September 20, 2013.

"Concussion Management Updates", Ski Patrol and the Ski Instructors (Aspen Skiing Company), and to the community of Aspen, CO.  Aspen, CO.  November 14, 2013.

"The National Intrepid Center of Excellence: An Instrument of Hope, Healing, Discovery, and Learning", Healthcare Design Academy Conference 2014 Bethesda, MD. March 1, 2014.

"Returning to Work: Making Headway After Brain Injury", Congressional Brain Injury Task Force on Capitol Hill, Washington, DC. March 12, 2014.

"Concussions", 82nd American Association of Neurological Surgeons Annual Scientific Meeting, San Francisco, CA. April 06, 2014.

"NICoE Overview", Department of Defense/Veterans Affairs Auditory Research Working Group (ARWG) Discussions, Bethesda, MD. April 24, 2014.

"Concussion in the Military and in Sports", 2014 Annual American Academy of Neurology Meeting, Philadelphia, PA. May 2, 2014.

"Advances In Assessment and Treatment of MTBI", American Psychiatric Association, New York, NY. May 5, 2014.

"Concussions", Department of Neurosurgery Grand Rounds, University of Colorado School of Medicine, Denver, CO. September 4, 2014.

"Sport Concussion Update," 2014 Defense and Veterans Brain Injury Center TBI Global Synapse, Arlington, VA. September 15, 2014.

"Coma" and "Panel on Ethical Decision Making", Department of Neurosurgery Grand Rounds, University of Colorado School of Medicine, Denver, CO. October 10, 2014.

**CURRICULUM VITAE**                                James P. Kelly, MA, MD, FAAN, FANA

"NICoE's Intensive Outpatient Program (IOP) Model", Wounded Warrior Project at Rush University Medical Center, Chicago, IL. March 13, 2015.

"Concussions and Treatment in the Military" and "Concussion Treatment and Consideration for Sports", Aspen Sports Summit, Aspen, CO. March 27-28, 2015.

"Care of Patients with Mild Traumatic Brain Injury and Co-Morbid Psychological Health Conditions", American Psychiatric Association, Toronto, Canada. May 16, 2015.

"National Intrepid Center of Excellence (NICoE) Overview", USSOCOM Care Coalition Conference, Tampa, FL. May 19, 2015.

"What should brain injury care look like and why", Brain Injury Alliance of Colorado Annual Conference, Denver, CO. November 6, 2015.

"Concussion: Lessons Learned from Athletes & Military Personnel", American Speech-LanguageHearing Association (ASHA) Annual Convention, Denver, CO. November 13, 2015.

"What Attorneys Can Learn from the Military Experience in TBI", "The Complexity of Mild TBI: Case Presentations and Panel Discussion", and "Interdisciplinary Intensive Outpatient Program Model", North American Brain Injury Society's 13th Annual Conference on Brain Injury, Tampa, FL. April 6-9, 2016.

"The Urgent Need for Long-term TBI Care", Panel Discussion, America's Warrior Partnership Third Annual Symposium, Atlanta, GA. September 8, 2016.

"What Can We Learn from The Sports Concussion Literature?", International Brain Injury Association, 30th Annual Conference on Legal Issues in Brain Injury, New Orleans, LA. March 30, 2017.

"Conversations with Dr. Kelly", George W. Bush Presidential Engagement for Portraits of Courage Dallas, TX. May 22, 2017.

"Getting Your Mind Right: A Place-based Conversation on Health, Healing and Wholeness", Academy of Architecture for Health, Summer Leadership Summit, Chicago, IL. July 22, 2017.

"Brain Health Panel", Infinite Hero Foundation Annual Conference, Littleton, CO. August 9, 2018.

"Streamlining Collaborative Efforts by Advancing Evidence-Informed Practices", Navy SEAL Foundation Impact Forum 2018, LaJolla, CA. October 2, 2018.

Shellshock: Concussion in Theaters of War", Neuroscience and Law Center, Fordham Law School, New York, NY. October 17, 2018.

"TBI". Winter Conference on Brain Research, Snowmass, CO. January 29, 2019.

"TBI: Lessons Learned from US Military & Sports" The Neurosciences Symposium, Pueblo, CO. October 5, 2019.

"Brain Injury in Veterans". 2019 Soffia Wathne Memorial Lecture Series. New York, NY. October 16, 2019.

"TBI Panel". UCH Neurosciences Conference. Aurora, CO October 18, 2019.

**<u>CURRICULUM VITAE</u>**    James P. Kelly, MA, MD, FAAN, FANA

"Veterans & TBI". Keynote Speaker at 2019 Making the Invisible Visible, a Dialogue on Traumatic Brain Injury. Chez Veterans Center, University of Illinois. Champagne, IL. November 1, 2019

"TBI & PTSD in Active Duty Military & Veterans". Strauss-Wisneski Virtual Lecture, Strauss Health Sciences Library, University of Colorado Anschutz Medical Campus, Aurora, CO. October 15, 2020.

"The Avalon Network: Optimizing Outcomes for Veterans with Mild Traumatic Brain Injury". Partnerships for Veteran & Military Health. University of Colorado Anschutz Medical Campus. April 12, 2022.

"The Valor Axiom Hockey Helmet". Professional Hockey Athletic Trainers Society/Society of Professional Hockey Equipment Managers (PHATS/SPHEM) Annual; Conference. Phoenix, AZ. June 23, 2023.

"Invisible Wounds of War". Pre-Conference Workshop, Concussion Recovery: Understanding & Managing Persisting Symptoms. National Academy of Neuropsychology 43rd Annual Conference. Philadelphia, PA. October 25, 2023.

"TBI Patient Journey". Cohen Veterans Bioscience TBI Action Alliance Membership Forum, Washington, DC. November 8, 2023.

"TBI: Lessons learned from US Military and Sports" and "mTBI in Active Duty Military and Veterans". Department of Neurology, Yale School of Medicine, Yale University, New Haven, CT. December 8, 2023.

"Blast Injury: What Do We Know?" Presentation and "The Wartime Traumatic Brain Injury Experience", Panel Discussion, The 2nd Annual University of Chicago Neurotrauma Symposium *Penetrating Brain Injury - Establishing Priorities.* Chicago, IL. September 21, 2024. "Concussion and Brain Health Panel Discussion", The 12th Annual Brain Health Summit, Leigh Steinberg Super Bowl Party, New Orleans Jazz Museum, New Orleans, LA. February 8, 2025.

**Invited Speeches**
Keynote address Honoring the Men and Women of the Military Veterans Day Ceremony, Operation Support Our Troops, Healing Field of Honor, Naperville, IL. November 11, 2012.

NICoE Satellite Center, Intrepid Spirit Ground Breaking Ceremony, Intrepid Fallen Heroes Fund, Fort Belvoir, VA and Camp Lejeune, NC. June 13, 2012.

Keynote Speaker at The Sports Concussion Conference, American Academy of Neurology, Chicago, IL. July 11, 2014.

Keynote Speaker at Concussion Awareness, Case Management & New Technologies, Allegheny Health Network, Pittsburgh, PA. November 12, 2014.

Invictus Games Symposium of Invisible Wounds, Panel Presentation on TBI, PTS and Co-Morbidity. Representing the George W. Bush Institute, Orlando, FL. May 8, 2016.

**Visiting Professorships**
Associate Visiting Professor of Neurology, University of Colorado School of Medicine. 1998-2000.

"The Diagnosis and Management of Concussion", Visiting Professorship / Combined Departments of Physical Medicine and Rehabilitation at Rush-Marianjoy-Loyola University Medical Center, Maywood, IL. December 3, 2005.

**CURRICULUM VITAE**                     James P. Kelly, MA, MD, FAAN, FANA

"Traumatic Brain Injury and Post-Traumatic Stress Disorders in Military Service Members". Sherwood B. Winslow Distinguished Lectureship, Battle Creek Community Foundation and the Western Michigan University Homer Stryker, MD School of Medicine, Battle Creek, MI. October 16, 2018.

**Thesis**

Kelly JP. "The Relationship Between Machiavellianism and Mutual Gaze in the Therapist-Client Dyad." In partial completion of Master of Arts Degree, Clinical Psychology, Western Michigan University, Kalamazoo, MI. 1977.


**INVENTIONS, INTELLECTUAL PROPERTY, AND PATENTS HELD OR PENDING**

**Neurocognitive Test Development**

McCrea M, **Kelly JP**, Randolph C., The Standardized Assessment of Concussion (SAC). Comprehensive Neuropsychological Services, Inc.: Wauwatosa, WI. 1997.

McCrea M, **Kelly JP**, Randolph C., The Standardized Assessment of Concussion – Emergency Room Edition (SAC-ER). Comprehensive Neuropsychological Services, Inc.: Wauwatosa, WI. 1998.

McCrea M, Randolph C, **Kelly JP**.  The Standardized Assessment of Concussion (SAC):  Manual for Administration, Scoring & Interpretation, 2nd Edition.  Wauwatosa, WI: Comprehensive Neuropsychological Services, Inc. 2000.

McCrea M, **Kelly JP**, Randolph C. eSAC: Electronic Standardized Assessment of Concussion. PanMedix: New York, NY. 2001.

McCrea M, **Kelly JP**, Randolph C. Electronic Standardized Assessment of Concussion (SAC). CSMi, Inc. Boston, MA. 2007.

**Patents**

**Kelly, JP**. Impact Absorbing Apparatus.
US Patent No.:10,520,056 B2. Date of Patent: December 31, 2019.

**Kelly, JP**.  Design Modifications of Existing US Patent No.:10,520,056 B2, Filed 2021.

**Kelly, JP** and Lafontaine, P. Device and System Ultrasonic Transmission of Accelerometer Data. US Patent Application No.:17/155,563, Filed 2021.

**Kelly, JP** and Lafontaine, P. Device and System Ultrasonic Transmission of Accelerometer Data. US 11,948,442 B2. Date of Patent: April 2, 2024.