UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN BURKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 16-cv-1102 (CRC) |
| ) | |
| v. ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF RANDOLPH DELBERT NANTZ'S STATUS REPORT**

As this Court has noted, "[i]n Borochov, the D.C. Circuit held that the FSIA's terrorism exception does not apply to attacks that did not kill anyone, including those where the perpetrator 'attempted, but failed, to commit an extrajudicial killing.'" *Burks v. Islamic Republic of Iran ("Burks II")*, No. 16-CV-1102 (CRC), 2025 WL 637368, at *3 (D.D.C. Feb. 27, 2025) (quoting *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053, 1061 (D.C. Cir. 2024)). In addition, this Court found that absent further factual development, "the EFP attack that injured Sergeant Nantz was not an 'extrajudicial killing' under § 1605A." *Burks v. Islamic Republic of Iran ("Burks I")*, No. 16-CV-1102 (CRC), 2022 WL 20588923, at *10 (D.D.C. Sept. 30, 2022).

On April 23, 2024, Plaintiff Randolph Delbert Nantz moved this court to "stay issuance of its judgment as to his claims until the *Borochov* plaintiffs have exhausted all appellate process." Dkt. No. 67 at 4. The Court granted that motion, staying entry of judgment on Nantz's claims "until the Supreme Court has resolved the petition in *Borochov*." *Burks II*, 2025 WL 637368, at *3. The Court further ordered that Plaintiff Nantz "file a status report 14 days after

the Supreme Court's decision whether to grant certiorari in *Borochov v. Iran* . . . ." Dkt. No. 69. Plaintiff Nantz now files that status report.

On June 30, 2025 the Supreme Court denied the *Borochov* plaintiffs' petition for a writ of certiorari. *Borochov v. Iran*, No. 24-277, 2025 WL 1787731, at *1 (U.S. June 30, 2025). Plaintiff Nantz appreciates the Court having granted his requested stay during the pendency of the *Borochov* petition, and will continue to confer with counsel regarding the remaining appellate and political processes available to him after entry of judgment as to his claims.

Dated: July 14, 2025

Respectfully submitted,

/s/ Steven R. Perles
Steven R. Perles (D.C. Bar No. 326975)
Edward B. MacAllister (D.C. Bar No. 494558)
Joshua K. Perles (D.C. Bar No. 1031069)
PERLES LAW FIRM, PC
816 Connecticut Avenue, NW
12th Floor
Washington, DC 20006
Telephone: (202) 955-9055

James P. Bonner (*pro hac vice*)
Patrick L. Rocco (*pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (908) 586-2045

*Attorneys for Plaintiffs*