UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALAN BURKS**, *et al.*,

    Plaintiffs,

    v.

**ISLAMIC REPUBLIC OF IRAN**, *et al.*,

    Defendants.

Case No. 16-cv-1102 (CRC)

### ORDER

For the reasons stated in the Court's [65] Memorandum Opinion and in light of Plaintiff Randolph Delbert Nantz's [ECF No. 74] Status Report, it is hereby

**ORDERED** that the claims of Plaintiff Nantz are hereby dismissed for lack of jurisdiction.

This is a final appealable Order.

**SO ORDERED**.

                                      CHRISTOPHER R. COOPER
                                      United States District Judge

Date: July 23, 2025