UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAN BURKS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 16-cv-1102 (CRC) |
| | ) | |
| v. | ) | |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Randolph Delbert Nantz in the above captioned case

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the United States District Court for the District of Columbia's July 23, 2025 Order dismissing his

claims. That order is final and appealable.

Dated: Aug 19, 2025                    Respectfully Submitted,

/s/ Steven R. Perles
Steven R. Perles (D.C. Bar No. 326975)
Edward B. MacAllister (D.C. Bar No. 494558)
Joshua K. Perles (D.C. Bar No. 1031069)
PERLES LAW FIRM, PC
816 Connecticut Avenue, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 955-9055

James P. Bonner (*pro hac vice*)
Patrick L. Rocco (*pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Telephone: (908) 586-2045

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2025, a true and correct copy of the foregoing Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ Steven R. Perles
Steven R. Perles