**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALAN BURKS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>Defendants. | Case No. 16-cv-1102 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [75] Plaintiffs' Motion for Adoption of the Special Master's Recommended Damages Awards and for Entry of Default Judgment is GRANTED in part and DENIED in part. It is further

**ORDERED** that the claims of Plaintiff P.H. are DISMISSED. It is further

**ORDERED** that Plaintiffs are awarded damages in the amounts provided in **Exhibit A** to this Order. It is further

**ORDERED** that final judgment on liability and damages is directed as to all claims by Plaintiffs identified in **Exhibit A** against Defendants Islamic Republic of Iran and Iranian Revolutionary Guard Corps in the dollar-denominated amounts listed in **Exhibit A**. It is further

**ORDERED** that this Order is the final judgment for the claims of the Plaintiffs listed in **Exhibit A** to be served on Defendants Islamic Republic of Iran and Iranian Revolutionary Guard Corps. The Clerk of Court is directed to (1) not issue individual judgments for these claims, as this Order shall constitute that judgment; and (2) serve this judgment upon receipt of a translated version from Plaintiffs pursuant to 28 U.S.C. § 1608(a)(3), (b)(3)(B).

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: March 9, 2026

## EXHIBIT A

| Plaintiff Name | Pecuniary Damages | Non-Pecuniary Damages | Total Damages |
|---|---|---|---|
| Estate of Peter Burks | $10,292,872 | $0 | $10,292,872 |
| Alan Burks | $0 | $5,000,000 | $5,000,000 |
| Jackie Hlastan | $0 | $5,000,000 | $5,000,000 |
| Georgia Burks | $0 | $2,625,000 | $2,625,000 |
| Alison Burks McRuiz | $0 | $2,500,000 | $2,500,000 |
| Sarah Phillips | $0 | $2,750,000 | $2,750,000 |
| Zachary Burks | $0 | $2,500,000 | $2,500,000 |
| Estate of Benjamin Tiffner | $13,218,995 | $0 | $13,218,995 |
| Timothy Tiffner | $0 | $5,000,000 | $5,000,000 |
| Judith Tiffner | $0 | $5,000,000 | $5,000,000 |
| Joshua Tiffner | $0 | $2,500,000 | $2,500,000 |
| Seth Tiffner | $0 | $2,500,000 | $2,500,000 |
| Sarah Crosby | $0 | $2,500,000 | $2,500,000 |
| James Hochstetler | $9,072,791 | $5,000,000 | $14,072,791 |
| Leanne Renfroe | $0 | $4,000,000 | $4,000,000 |
| James Hochstetler II | $0 | $2,500,000 | $2,500,000 |
| Kyle Marshall | $0 | $2,500,000 | $2,500,000 |
| **TOTAL** | **$32,584,658** | **$51,875,000** | **$84,459,658** |